## IN THE UNITED STATES DISTRICT COURT OF
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DELYAN SLAVCHEV PEEVSKI, *et al.* | )<br>)<br>) |
| *Plaintiffs,* | )<br>) |
| v. | )<br>) Civil No.: 1:22-cv-2334 |
| JANET YELLEN, *et al.* | )<br>)<br>) |
| *Defendants.* | )<br>) |

## CERTIFICATE REQUIRED BY LCvR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Pursuant to Local Civil Rule 26.1, I, the undersigned, counsel of record for Plaintiffs, Delyan Slavchev Peevski, Int Ltd EOOD, Intrust PLC EAD, BM Systems EAD, Int Invest EOOD, Inttrafik EOOD, and Real Estates Int Ltd EOOD, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies that own at least 10% of the stock of any Plaintiff which have any outstanding securities in the hands of the public:

**None.**

Dated: August 6, 2022	Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

/s/ Patrick A. Harvey
Kenneth J. Nunnenkamp (Bar No. 420914)
(*D.D.C. admission pending*)
Patrick A. Harvey (Bar No. 995570)
Amanda L. Salz (Bar No. 1671976)
(*D.D.C. admission pending*)
1111 Pennsylvania Avenue NW
Washington, DC 20004
Tel:  (202) 739-6000
Fax: (202) 739-6001
Email: patrick.harvey@morganlewis.com
           kenneth.nunnemkamp@morganlewis.com
           amanda.salz@morganlewis.com

*Attorneys for Plaintiffs*