AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-2334

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Andrea M. Gacki
was received by me on *(date)* 08/09/2022 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Summons sent via Certified U.S. Mail, Return Receipt Requested August 22, 2022. Receipt not returned; U.S. Postal Service website confirms delivery on August 29, 2022.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/14/2022

/s/ Adam T. Wingard
*Server's signature*

Adam T. Wingard, Senior Paralegal
*Printed name and title*

Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
*Server's address*

Additional information regarding attempted service, etc:

Print   Save As...   Reset




# FIRST CLASS MAIL

**Morgan Lewis**

Adam T. Wingard
1111 Pennsylvania Avenue NW
Washington, DC 20004

TO:

Andrea M. Gacki
Director of the U.S. Department of the
  Treasury, Office of Foreign Assets Control
1500 Pennsylvania Ave. NW
Washington, DC 20220

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70211970000008834996

Remove ✕

Your item was picked up at a postal facility at 3:35 am on August 29, 2022 in WASHINGTON, DC 20220.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, Individual Picked Up at Postal Facility

August 29, 2022 at 3:35 am
WASHINGTON, DC 20220

Feedback

Get Updates ⌄

| Text & Email Updates | ⌄ |
|---|---|
| Tracking History | ⌄ |
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌄ |

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

Delyan Slavchev Peevski, et al.

*Plaintiff(s)*

v.  Civil Action No. 1:22-cv-2334

Janet Yellen, et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Andrea M. Gacki
Director of the U.S. Department of the Treasury, Office of Foreign Assets Control
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Patrick A. Harvey
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004-2541

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 08/09/2022

/s/ Natalie Guerra
*Signature of Clerk or Deputy Clerk*