AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Delyan Slavchev Peevski, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-2334 |
| Janet Yellen, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Delyan Slavchev Peevski, et al.                                                           .

Date:   09/14/2022

/s/ Kenneth J. Nunnenkamp
*Attorney's signature*

/s/ Kenneth J. Nunnenkamp
*Printed name and bar number*
1111 Pennsylvania Ave., NW
Washington, D.C. 20004-2541

*Address*

kenneth.nunnenkamp@morganlewis.com
*E-mail address*

(202) 739-5618
*Telephone number*

*FAX number*