**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

DELYAN SLAVCHEV PEEVSKI, *et al.*,

        Plaintiffs,

    v.

JANET YELLEN, Secretary,
Department of the Treasury, *et al.*,

        Defendants.

No. 1:22−cv−02334−TSC

## PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' PARTIAL MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiffs request a two-week extension to file a response to Defendants' Partial Motion to Dismiss (ECF No. 19). The proposed enlargement of time would extend Plaintiffs' deadline to respond to the motion to dismiss from November 14, 2022, to November 28, 2022. Defendants have represented that they do not oppose the request.

Plaintiffs seek an enlargement of time to provide sufficient time to prepare a response to a motion to dismiss. Plaintiffs have not received any prior extension to respond to Defendants' Partial Motion to Dismiss, and such an extension will not interfere with any hearings or other deadlines set by the Court.

WHEREFORE, Plaintiffs respectfully request that the Court extend Plaintiffs' deadline to respond to Defendants' Partial Motion to Dismiss from November 14, 2022, to November 28, 2022.

Dated: November 10, 2022                Respectfully submitted,

                                        */s/ Patrick A. Harvey*
                                        Kenneth J. Nunnenkamp (Bar No. 420914)
                                        Patrick A. Harvey (Bar No. 995570)
                                        Amanda L. Salz (Bar No. 1671976)
                                        1111 Pennsylvania Avenue NW
                                        Washington, DC 20004
                                        Tel: (202) 739-6000
                                        Fax: (202) 739-6001
                                        Email: kenneth.nunnenkamp@morganlewis.com
                                                               amanda.salz@morganlewis.com
                                                               patrick.harvey@morganlewis.com

                                        *Attorneys for Plaintiffs*