IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DELYAN SLAVCHEV PEEVSKI, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JANET YELLEN, Secretary, ) <br> Department of the Treasury, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 22-2334 (TSC) |

**JOINT MOTION FOR SCHEDULING ORDER**

Plaintiff Delyan Slavchev Peevski, *et al.*, (Plaintiffs) and Defendants Secretary Janet Yellen, *et al.*, (Defendants) respectfully ask the Court to issue a scheduling order in the above-captioned case, as further discussed below.

1. On October 28, 2022, Defendants moved to dismiss the instant case as it pertains to the United States Department of State, Secretary Antony J. Blinken, Assistant Secretary Todd D. Robinson, and the United States Department of State Bureau of International Narcotics and Law Enforcement Affairs. *See* Defs.' Partial Mot. to Dismiss, ECF No. 19. After a short extension of time, Plaintiffs opposed Defendants' partial motion to dismiss on Monday, November 28, 2022. *See* Pls.' Opp'n, ECF No. 23. The Court subsequently granted the consented to extension of time to file the Government's reply memorandum. *See* November 20, 2022 Minute Order; December 9, 2022 Minute Order. Defendants' reply memorandum is currently due by Wednesday, January 11, 2023.

2.      As Defendants previously informed the Court, two developments in this case warranted the additional time for Defendants to file their reply memorandum. First, Plaintiffs notified Defendants that they would like to amend the Complaint for the claims pertaining to the Department of State that are the subject of Defendants' partial motion to dismiss; Defendants told Plaintiffs that the Government would not oppose Plaintiffs' request for leave to amend the Complaint. Second, the parties continue to explore resolutions with OFAC.

3.      On Monday, January 9, 2023, Plaintiffs asked the Court for permission to file an amended complaint. *See* Pls.' Unopposed Mot., ECF No. 26. In the event the Court grants Plaintiffs' request, Defendants will no longer have a need to file their reply memorandum in support of the pending partial motion to dismiss.

4.      Should the court grant Plaintiffs' motion for leave, the parties respectfully ask the Court to issue a scheduling order with the following provisions:

- Defendants are excused from the Wednesday, January 11, 2023 deadline to file their reply memorandum in support of the partial motion to dismiss; and

- Defendants will respond to the amended complaint within forty-five (45) days of the Court granting Plaintiffs' motion for leave.

5.      In addition, the parties continue to engage in dialogue about the most efficient way to litigate the instant case as it pertains to Secretary Yellen, the Department of the Treasury, Director Gacki, and OFAC. The parties will update the Court as soon as possible about any developments with respect to this part of the case.

//
//
//

Dated: January 10, 2023

/s/ Kenneth J. Nunnenkamp
Kenneth J. Nunnenkamp
(Bar No. 420914)
Amanda L. Salz
(Bar No. 1671976)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 739-6000
Fax: (202) 739-6001
Email: kenneth.nunnenkamp@morganlewis.com

*Counsel for Plaintiffs*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Director

/s/ Stephen M. Elliott
STEPHEN M. ELLIOTT (PA Bar# 203986)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
Tel:  (202) 353-0889
Fax:  (202) 616-8470
E-mail:  stephen.m.elliott@usdoj.gov

*Counsel for Defendants*