IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DELYAN SLAVCHEV PEEVSKI, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )   Civil Action No. 22-2334 (TSC)<br>) |
| JANET YELLEN, Secretary,<br>Department of the Treasury, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

**DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE,
FOR SUMMARY JUDGMENT**

Pursuant to Federal Rules of Civil Procedure 12 and 56, Defendants hereby move to dismiss the Amended Complaint or, in the alternative, for summary judgment. For the reasons set forth in the attached memorandum, Defendants' motion should be granted. A proposed order is attached.

Dated: February 27, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Director

*/s/ Stephen M. Elliott*
STEPHEN M. ELLIOTT (PA Bar# 203986)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
Tel: (202) 353-0889     Fax: (202) 616-8470
E-mail: stephen.m.elliott@usdoj.gov
*Counsel for Defendants*