# EXHIBIT 2



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C.

Case IDs GLOMAG-20297, GLOMAG-20905, GLOMAG-21186, GLOMAG-21187, GLOMAG-19961, GLOMAG-19960

OFFICE OF FOREIGN ASSETS CONTROL

## DESIGNATION AND BLOCKING MEMORANDUM

Pursuant to Executive Order 13818 of December 20, 2017, "Blocking the Property of Persons Involved in Serious Human Rights Abuse or Corruption," (the "Order"), 31 C.F.R. part 583 (the "Regulations"), section 203 of the International Emergency Economic Powers Act (50 U.S.C. § 1702), section 301 of the National Emergencies Act (50 U.S.C. § 1631), and section 301 of title 3, United States Code, I hereby determine, in consultation with the Secretary of State and the Attorney General, that the persons listed below, and further addressed in the attached evidentiary memoranda (Case IDs GLOMAG-19960, GLOMAG-19961, GLOMAG-20297, GLOMAG-20905, GLOMAG-21186, GLOMAG-21187) meet one or more of the criteria for designation set forth in the Order. Therefore, the persons listed below are designated pursuant to the Order and will now appear on the Office of Foreign Assets Control's list of Specially Designated Nationals and Blocked Persons (the "SDN List").

### Individuals:

1. BOJKOV, Vassil Kroumov (a.k.a. BOZHKOV, Vasil (Cyrillic: БОЖКОВ, ВАСИЛ); a.k.a. "Cherepa"; a.k.a. "The Skull"), 79 Vassil Levski Blvd, Sofia 1000, Bulgaria; Dubai, United Arab Emirates; DOB 29 Jul 1956; POB Velingrad, Bulgaria; nationality Bulgaria; Gender Male; Passport 440210366 (Bulgaria) expires 23 Aug 2023; alt. Passport 385950465 (Bulgaria) expires 11 Apr 2024; National ID No. 647475973 (Bulgaria) (individual) [GLOMAG].

2. PEEVSKI, Delyan Slavchev (Cyrillic: ПЕЕВСКИ, Делян Славчев), 7 Nezabravka Street, Floor 7, Ap. 28, Sofia 1113, Bulgaria; DOB 27 Jul 1980; POB Sofia, Bulgaria; nationality Bulgaria; Gender Male; Passport 383862880 (Bulgaria) expires 11 Mar 2021 (individual) [GLOMAG].

3. ZHELYAZKOV, Ilko Dimitrov (a.k.a. ZHELYAZKOV, Ilko Dmitrov), Bulgaria; DOB 08 Feb 1958; nationality Bulgaria; Gender Male (individual) [GLOMAG].

### Entities:

1. DECART OOD (a.k.a. DEKART OOD), 2A Krakra Str., Oborishte Distr., Sofia, Stolichna 1504, Bulgaria; Organization Established Date 2003; V.A.T. Number BG 131122494 (Bulgaria) [GLOMAG] (Linked To: VABO SYSTEMS EOOD).

2. DIGITAL SERVICES EAD, 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2003; V.A.T. Number BG 131131080 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

3. DOMINO GAMES OOD, 2E Prof. Petar Dzhidrov Str., R-N Studentski Distr, Sofia, Bulgaria; Organization Established Date 2014; V.A.T. Number BG 202884681 (Bulgaria) [GLOMAG] (Linked To: DECART OOD).

4. EDE 2 EOOD, 43 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2002; V.A.T. Number BG 130855508 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

5. EUROBET OOD (a.k.a. EUROBET LTD. (Cyrillic: ЕВРОБЕТ – ООД)), 48 Sitnyakovo blvd., Poduyane Distr., fl. 4, Sofia, Stolichna 1505, Bulgaria; Organization Established Date 1996; V.A.T. Number BG 121179290 (Bulgaria) [GLOMAG] (Linked To: EUROBET PARTNERS OOD).

6. EUROBET PARTNERS OOD, 43 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2016; Government Gazette Number 203950885 (Bulgaria) [GLOMAG] (Linked To: DIGITAL SERVICES EAD).

7. EUROBET TRADING EOOD, 48 Sitnyakovo blvd., Poduyane Distr., fl.4, Sofia, Stolichna 1505, Bulgaria; Organization Established Date 2013; V.A.T. Number BG 202647305 (Bulgaria) [GLOMAG] (Linked To: EUROBET OOD).

8. EUROFOOTBALL OOD (Cyrillic: ЕВРОФУТБОЛ – ООД) (a.k.a. EUROFOOTBALL LTD), 126, Tsar Boris Iiiti blvd., Krasno Selo Distr., Sofia, Stolichna 1612, Bulgaria; Organization Established Date 1993; V.A.T. Number BG 831036657 (Bulgaria) [GLOMAG] (Linked To: EUROSADRUZHIE OOD).

9. EUROSADRUZHIE OOD (a.k.a. EUROSADRUZHIE LTD.; a.k.a. EUROSUDRUZHIE LTD.; a.k.a. EVROSADRUZHIE OOD; a.k.a. "EUROCOMPANY LTD."), 43 Moskovska Str., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2002; V.A.T. Number BG 130855554 (Bulgaria) [GLOMAG] (Linked To: VABO SYSTEMS EOOD).

10. GALENIT INVEST AD, 43 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2000; Government Gazette Number 130329006 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

11. LOTTERY DISTRIBUTIONS OOD (Cyrillic: ЛОТЕРИ ДИСТРИБЮШЪНС ООД) (a.k.a. LOTTERY DISTRIBUTIONS LTD), 1 Koloman Str., Krasno selo Distr., Sofia, Stolichna 1618, Bulgaria; Organization Established Date 2004; Government Gazette Number 131251717 (Bulgaria) [GLOMAG] (Linked To: EUROSADRUZHIE OOD).

12. MELIORA ACADEMICA EOOD (f.k.a. MELIORA AKADEMIKA), 2E Prof. P. Dzhidrov Str., Studentski Grad Distr., Sofia, Stolichna 1700, Bulgaria; Organization Established Date 2012; V.A.T. Number BG 202052161 (Bulgaria) [GLOMAG] (Linked To: DECART OOD).

13. ML BUILD EAD (a.k.a. ML BILD EAD), 2A Krakra Str., Oborishte Distr., Sofia, Stolichna 1527, Bulgaria; Organization Established Date 2008; V.A.T. Number BG 200108841 (Bulgaria) [GLOMAG] (Linked To: DECART OOD).

14. MOSTSTROY IZTOK AD (a.k.a. MOSTSTROY EAST AD), 3 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2009; Government Gazette Number 200112909 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

15. NATIONAL LOTTERY AD (Cyrillic: НАЦИОНАЛНА ЛОТАРИЯ АД) (a.k.a. NATIONAL LOTTARY), 43 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2013; V.A.T. Number BG 204061981 (Bulgaria) [GLOMAG] (Linked To: NOVE DEVELOPMENT EOOD).

16. NATIONAL LOTTERY OOD (a.k.a. NATIONAL LOTTERIES LTD.), 1 Koloman Str., Krasno selo Distr., Sofia, Stolichna 1618, Bulgaria; Organization Established Date 2004; Government Gazette Number 131251674 (Bulgaria) [GLOMAG] (Linked To: EUROSADRUZHIE OOD).

17. NOVE DEVELOPMENT EOOD, 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2010; Government Gazette Number 201275656 (Bulgaria) [GLOMAG] (Linked To: NOVE INTERNAL EOOD).

18. NOVE INTERNAL EOOD, 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2007; V.A.T. Number BG 175382860 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

19. NUMERICAL GAMES OOD (a.k.a. NUMERICAL GAMES LTD.), 1 Koloman Str., Sofia, Stolichna 1618, Bulgaria; Organization Established Date 2004; Government Gazette Number 131252477 (Bulgaria) [GLOMAG] (Linked To: EUROSADRUZHIE OOD).

20. PROPERTY-VB OOD, 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2006; Government Gazette Number 120598193 (Bulgaria) [GLOMAG] (Linked To: NOVE INTERNAL EOOD).

21. REX LOTO AD (a.k.a. REX LOTTO AD), 8 Silistra, Oborishte Distr., Sofia 1504, Bulgaria; Organization Established Date 2006; Government Gazette Number 175010714 (Bulgaria) [GLOMAG] (Linked To: VABO-2005 EOOD).

22. TRANS NOVE OOD, 43 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2007; V.A.T. Number BG 175433597 (Bulgaria) [GLOMAG] (Linked To: NOVE INTERNAL EOOD).

23. VABO SYSTEMS EOOD, 43 Moskovska Str., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2008; V.A.T. Number BG 200431052 (Bulgaria) [GLOMAG] (Linked To: NOVE INTERNAL EOOD).

24. VABO-2005 EOOD (a.k.a. VABO 2005 EOOD), 43 Moskovska, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2005; V.A.T. Number BG 131502906 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

25. VATO 2002 EOOD, 43 Moskovska Str., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2002; Government Gazette Number 130839906 (Bulgaria) [GLOMAG] (Linked To: NOVE INTERNAL EOOD).

26. ADLER BG AD, 126, Tsar Boris III Str./blvd., R-N Krasno Selo Distr, Sofia, Stolichna 1612, Bulgaria; Organization Established Date 2009; Government Gazette Number 200874603 (Bulgaria) [GLOMAG] (Linked To: NOVE INTERNAL EOOD).

27. EFBET PARTNERS OOD, 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2017; Government Gazette Number 204839749 (Bulgaria) [GLOMAG] (Linked To: NOVE INTERNAL EOOD).

28. EUROGROUP ENGINEERING EAD (a.k.a. EUROGROUP ENGINEERING AD), 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2010; Government Gazette Number 201043177 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

29. EVROBET - RUMANIA EOOD (a.k.a. EUROBET - ROMANIA EOOD), 63, Blvd. Shipchenski, Prohod Slatina Distr., Sofia, Stolichna 1574, Bulgaria; Organization Established Date 2010; Government Gazette Number 201220179 (Bulgaria) [GLOMAG] (Linked To: GAMES UNLIMITED OOD).

30. GAMES UNLIMITED OOD, 43 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2013; Government Gazette Number 202621673 (Bulgaria) [GLOMAG] (Linked To: VB MANAGEMENT EOOD).

31. INTERNEWS 98 OOD, 126, Tsar Boris III Str./blvd., R-N Krasno Selo Distr, Sofia, Stolichna 1612, Bulgaria; Organization Established Date 1998; V.A.T. Number BG 121584837 (Bulgaria) [GLOMAG] (Linked To: NOVE INTERNAL EOOD).

32. LOTTERY BG OOD (a.k.a. LOTTERY BG LTD.), 43 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2014; Government Gazette Number 203018962 (Bulgaria) [GLOMAG] (Linked To: VABO 2012 EOOD).

33. NOVE PARTNERS OOD, 43 Moskovska Str., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2007; Government Gazette Number 175392527 (Bulgaria) [GLOMAG] (Linked To: NOVE INTERNAL EOOD).

34. OLD GAMES EOOD, 14 Iskar Str., Oborishte Distr., Sofia, Bulgaria; Organization Established Date 2010; Government Gazette Number 201084124 (Bulgaria) [GLOMAG] (Linked To: GAMES UNLIMITED OOD).

35. PRIM BG EAD, 126 Bul.Tsar Boris III Blvd., R-N Krasno Selo Distr, Sofia, Stolichna 1612, Bulgaria; Organization Established Date 2010; V.A.T. Number BG 201045769 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

36. SIGURO EOOD, 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2005; Government Gazette Number 131567042 (Bulgaria) [GLOMAG] (Linked To: EUROGROUP ENGINEERING EAD).

37. VA BO COMPANY EOOD (a.k.a. VA BO KAMPANI EOOD), 43 Moskovska Str., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2012; Government Gazette Number 202066022 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

38. VABO 2008 EOOD, 43 Moskovska, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2008; Government Gazette Number 200481087 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

39. VABO 2012 EOOD (a.k.a. VABO 2012), 43 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2012; V.A.T. Number BG 201884835 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

40. VABO 2017 OOD (a.k.a. VABO 2017 LTD.), 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2017; V.A.T. Number BG 204811027 (Bulgaria) [GLOMAG] (Linked To: VABO 2012 EOOD).

41. VABO MANAGEMENT EOOD, 43 Moskovska Str., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2012; Government Gazette Number 201884908 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

42. VB MANAGEMENT EOOD, 43 Moskovska Str., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2012; Government Gazette Number 202080417 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

43. VERTEX PROPERTIES EOOD (a.k.a. VERTEX IMOTI EOOD), 126 Tsar Boris III Str./blvd., R-N Krasno Selo Distr, Sofia, Stolichna 1612, Bulgaria; Organization Established Date 2007; Government Gazette Number 175387373 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

44. VIHROGONIKA AD, 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2016; Government Gazette Number 203892599 (Bulgaria) [GLOMAG] (Linked To: VABO MANAGEMENT EOOD).

45. ANCIENT HERITAGE AD (Cyrillic: АНТИЧНО НАСЛЕДСТВО – АД), 105, Tsarigradsko shose str., Slatina Distr., Sofia, Stolichna 1113, Bulgaria; Organization Established Date 2011; V.A.T. Number BG 201673717 (Bulgaria) [GLOMAG] (Linked To: THRACE FOUNDATION).

46. BUL PARTNERS TRAVEL OOD (Cyrillic: БУЛ ПАРТНЕРС ТРАВЕЛ – ООД), 4, Trapezitsa, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 1997; V.A.T. Number BG 121211051 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

47. BULGARIAN SUMMER, Bulgaria; Organization Established Date Jan 2021; Organization Type: Activities of political organizations [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

48. BULLET TRADE OOD (a.k.a. "BULIT TRADE LTD"), 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2001; Government Gazette Number 121457476 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

49. CARITEX LUCKY AD (a.k.a. "KARITEKS LAKI AD"), 14, Iskar str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 1998; V.A.T. Number BG 121633825 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

50. CSKA BASKETBALL CLUB (Cyrillic: БАСКЕТБОЛЕН КЛУБ ЦСКА) (a.k.a. PROFESIONALEN BASKETBOLEN KLUB TSSKA 48 AD; a.k.a. PROFESSIONAL BASKETBALL CLUB-CSKA-48 AD), Bul. Dragan Tsankov, N3, Stadion-Tsska, Sofia 1164, Bulgaria; Organization Established Date 2003; V.A.T. Number BG 131083632 (Bulgaria) [GLOMAG] (Linked To: NOVE-AD-HOLDING AD).

51. KRISTIANO GR 53 JSC AD, 43 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2017; Government Gazette Number 204642716 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

52. NOVE-AD-HOLDING AD (Cyrillic: НОВЕ-АД-ХОЛДИНГ – АД), 43 Moskovsa, Oborishte Distr., Sofia 1000, Bulgaria; Organization Established Date 1991; V.A.T. Number BG 121024920 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

53. PARKSTROY-SOFIA OOD (Cyrillic: ПАРКСТРОЙ-СОФИЯ – ООД), Nadezhda 1 Distr., Bl. No 150, apt. 131, Sofia, Bulgaria; Organization Established Date 2002; V.A.T. Number BG 130939917 (Bulgaria) [GLOMAG] (Linked To: NOVE-AD-HOLDING

AD).

54. PUBLISHING HOUSE SPORT LTD (a.k.a. "PUBLISHUNG HOUSE SPORT OOD"), sektor V Natsionalen Stadion V. Levski, Distr. Sredets Distr, Sofia, Bulgaria; Organization Established Date 1993; Government Gazette Number 831134806 (Bulgaria) [GLOMAG] (Linked To: NOVE-AD-HOLDING AD).

55. SIZIF V OOD, Nadezhda 1 Distr., Sofia, Bulgaria; Organization Established Date 1996; V.A.T. Number BG 121136410 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

56. THRACE FOUNDATION, 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2004; Government Gazette Number 131258494 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

57. TRAKIA-PAPIR 96 OOD (a.k.a. "TRAKIA-PAPER 96 OOD"), 9 Iskar, Oborishte Distr, Sofia, Bulgaria; Organization Established Date 1996; Government Gazette Number 121220666 (Bulgaria) [GLOMAG] (Linked To: NOVE-AD-HOLDING AD).

58. VABO INTERNAL AD, 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2017; Government Gazette Number 204682034 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

59. BM SYSTEMS EAD, 119 Ekzarh Yosif Str., Oborishte Distr., Sofia 1527, Bulgaria; Organization Established Date 2007; Registration Number 131382912 (Bulgaria) [GLOMAG] (Linked To: INTRUST PLC EAD).

60. INT INVEST EOOD, 119 Ekzarh Yosif Str., Oborishte Distr., Sofia 1527, Bulgaria; 79, Ralevitsa Str., Vitosha Distr., Sofia, Stolichna 1618, Bulgaria; Organization Established Date 2019; V.A.T. Number BG 205535941 (Bulgaria) [GLOMAG] (Linked To: INTRUST PLC EAD).

61. INT LTD EOOD, 119 Ul. Ekzarh Yosif Str., R-N Oborishte Distr, Sofia 1527, Bulgaria; 79, Ralevitsa Str., Vitosha Distr., Sofia, Stolichna 1618, Bulgaria; Organization Established Date 2017; V.A.T. Number BG 204589523 (Bulgaria) [GLOMAG] (Linked To: PEEVSKI, Delyan Slavchev).

62. INTRUST PLC EAD (a.k.a. INTRUST EAD), 119 Ekzarh Yosif Str., R-N Oborishte Distr, Sofia 1527, Bulgaria; 79, Ralevitsa Str., Vitosha Distr., Sofia, Stolichna 1618, Bulgaria; Organization Established Date 2017; Legal Entity Number 485100GBI2SE0KIX8T70; Registration Number 204589733 (Bulgaria) [GLOMAG] (Linked To: PEEVSKI, Delyan Slavchev).

63. INTTRAFIK EOOD (a.k.a. INTTRAFFIC EOOD), 119 Ekzarh Yosif Str., Oborishte Distr., Sofia 1527, Bulgaria; 102, Balgaria blvd., Vitosha Distr., Apt. 59, Sofia, Stolichna 1618, Bulgaria; Organization Established Date 2018; V.A.T. Number BG 205244843

(Bulgaria) [GLOMAG] (Linked To: INTRUST PLC EAD).

64. REAL ESTATES INT LTD EOOD, 119 Ul. Ekzarh Yosif Str., R-N Oborishte Distr., Sofia 1527, Bulgaria; 79, Ralevitsa Str., Vitosha Distr., Sofia, Stolichna 1618, Bulgaria; Organization Established Date 2018; V.A.T. Number BG 204930572 (Bulgaria) [GLOMAG] (Linked To: INTRUST PLC EAD).

Accordingly, except to the extent otherwise provided by law or unless licensed or otherwise authorized by the Office of Foreign Assets Control, (1) all real, personal, and any other property and interests in property of the persons named above that are in the United States, that hereafter come within the United States, or that are or hereafter come within the possession or control of U.S. persons are blocked and may not be transferred, paid, exported, withdrawn, or otherwise dealt in, and (2) any transaction or dealing by a U.S. person or within the United States in property or interests in property of the individuals named above is prohibited.

Additionally, except to the extent otherwise provided by law or unless licensed or otherwise authorized by the Office of Foreign Assets Control, the following are prohibited: (1) any transaction that evades or avoids, has the purpose of evading or avoiding, causes a violation of, or attempts to violate any of the prohibitions contained in the Order or the Regulations; and (2) any conspiracy formed to violate any of the prohibitions in the Order or the Regulations.

The President has found in Section 7 of the Order that, because of the ability to transfer funds or other assets instantaneously, prior notice to persons designated pursuant to the Order of measures to be taken pursuant to the Order would render these measures ineffectual. Accordingly, I find that no prior notice should be afforded any individual or entity named above because to do so would provide an opportunity to evade the measures authorized by the Order and, consequently, render those measures ineffectual towards addressing the national emergency declared in the Order.

Bradley T. Smith

Digitally signed by Bradley T. Smith
Date: 2021.06.02 07:11:12 -04'00'

Date

Bradley T. Smith
Acting Director
Office of Foreign Assets Control

once every four years at interlockings, control points, and other signal locations controlled by solid-state microprocessor-based equipment.

A copy of the petition, as well as any written communications concerning the petition, is available for review online at *www.regulations.gov.*

Interested parties are invited to participate in these proceedings by submitting written views, data, or comments. FRA does not anticipate scheduling a public hearing in connection with these proceedings since the facts do not appear to warrant a hearing. If any interested party desires an opportunity for oral comment and a public hearing, they should notify FRA, in writing, before the end of the comment period and specify the basis for their request.

All communications concerning these proceedings should identify the appropriate docket number and may be submitted by any of the following methods:

• *Website: http:// www.regulations.gov.* Follow the online instructions for submitting comments.

• *Fax:* 202–493–2251.

• *Mail:* Docket Operations Facility, U.S. Department of Transportation (DOT), 1200 New Jersey Ave. SE, W12– 140, Washington, DC 20590.

Communications received by July 23, 2021 will be considered by FRA before final action is taken. Comments received after that date will be considered if practicable.

Anyone can search the electronic form of any written communications and comments received into any of our dockets by the name of the individual submitting the comment (or signing the document, if submitted on behalf of an association, business, labor union, etc.). Under 5 U.S.C. 553(c), DOT solicits comments from the public to better inform its processes. DOT posts these comments, without edit, including any personal information the commenter provides, to *www.regulations.gov,* as described in the system of records notice (DOT/ALL–14 FDMS), which can be reviewed at *https:// www.transportation.gov/privacy.* See also *https://www.regulations.gov/ privacy-notice* for the privacy notice of *regulations.gov.*

Issued in Washington, DC.

**John Karl Alexy,**

*Associate Administrator for Railroad Safety, Chief Safety Officer.*

[FR Doc. 2021–11964 Filed 6–7–21; 8:45 am]

**BILLING CODE 4910-06-P**

## DEPARTMENT OF TRANSPORTATION

**Office of the Secretary**

**Elizabeth Betsy Pope d/b/a Eastgate Laboratory Testing and Mounir R. Khouri; Removal From the Public Interest Exclusion List**

**AGENCY:** Office of the Secretary, DOT.
**ACTION:** Notice.

**SUMMARY:** The Department of Transportation (DOT) issued a decision and order under the Procedures for Transportation Workplace Drug and Alcohol Testing Programs excluding a service agent, Elizabeth "Betsy" Pope d/b/a Eastgate Laboratory Testing in Tennessee and all other places doing business, and all other individuals who are employees or all other individuals associated with Ms. Pope and Eastgate Laboratory Testing, from providing drug and alcohol testing services in any capacity to any DOT-regulated employer for a period of 5 years. Ms. Pope and her company provided Medical Review Officer services to DOT-regulated employers directly and through other service agents when Ms. Pope was not qualified to act as a Medical Review Officer. The 5-year period has ended and Ms. Pope, et al., have been removed from the list of excluded service agents.
**DATES:** This Notice is effective as of January 21, 2021.
**FOR FURTHER INFORMATION CONTACT:** Bohdan Baczara, Deputy Director, U.S. Department of Transportation, Office of Drug and Alcohol Policy and Compliance, 1200 New Jersey Avenue SE, Washington, DC 20590; (202) 366– 3784 (voice), (202) 366–3897 (fax), or *Bohdan.Baczara@dot.gov.*
**SUPPLEMENTARY INFORMATION:** The Department of Transportation (DOT) issued a decision and order under the Procedures for Transportation Workplace Drug and Alcohol Testing Programs excluding a service agent, Mounir R. Khouri d/b/a Mobile Testing Services, Inc., in Vermont and all other places it is incorporated, franchised, or otherwise doing business, and all other individuals who are officers, employees, directors, shareholders, partners, or other individuals associated with Mr. Khouri and Mobile Testing Services, Inc., from providing drug and alcohol testing services in any capacity to any DOT-regulated employer for a period of 5 years. Mr. Khouri and his company provided Medical Review Officer services to DOT-regulated employers directly and through other service agents when Mr. Khouri was not qualified to act as a Medical Review Officer. The 5-year period has ended

and Mr. Khouri, et al., have been removed from the list of excluded service agents.

The Department published notice of the Public Interest Exclusion for Elizabeth Betsy Pope, et al., on August 24, 2015 (80 FR 51349) and for Mounir R. Khouri, et al., on January 27, 2016 (81 FR 4739). The exclusions were for 5- year periods, respectively, which have now run their term. We have removed Ms. Pope and Mr. Khouri from the DOT's list of Public Interest Exclusions on our website at: *http:// www.transportation.gov/odapc/pie.* We are also notifying the public of the removal by publishing this Federal Register notice as required by 49 CFR 40.401(d).

Issued on May 20, 2021, in Washington, DC.

**Bohdan Baczara,**

*Deputy Director, Office of Drug and Alcohol Policy Compliance.*

[FR Doc. 2021–11902 Filed 6–7–21; 8:45 am]

**BILLING CODE 4910-9X-P**

## DEPARTMENT OF THE TREASURY

**Office of Foreign Assets Control**

**Notice of OFAC Sanctions Actions**

**AGENCY:** Office of Foreign Assets Control, Treasury.
**ACTION:** Notice.

**SUMMARY:** The U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC) is publishing the names of one or more persons that have been placed on OFAC's Specially Designated Nationals and Blocked Persons List (SDN List) based on OFAC's determination that one or more applicable legal criteria were satisfied. All property and interests in property subject to U.S. jurisdiction of these persons are blocked, and U.S. persons are generally prohibited from engaging in transactions with them.
**DATES:** See Supplementary Information section for effective date(s).
**FOR FURTHER INFORMATION CONTACT:** OFAC: Andrea Gacki, Director, tel.: 202–622–2490; Associate Director for Global Targeting, tel.: 202–622–2420; Assistant Director for Licensing, tel.: 202–622–2480; Assistant Director for Regulatory Affairs, tel.: 202–622–4855; or the Assistant Director for Sanctions Compliance & Evaluation, tel.: 202–622– 2490.
**SUPPLEMENTARY INFORMATION:**

**Electronic Availability**

The Specially Designated Nationals and Blocked Persons List and additional

information concerning OFAC sanctions programs are available on OFAC's website (*https://www.treasury.gov/ofac*).

**Notice of OFAC Action(s)**

On June 2, 2021, OFAC determined that the property and interests in property subject to U.S. jurisdiction of the following persons are blocked under the relevant sanctions authorities listed below.

**BILLING CODE 4810–AL–P**

**Individuals:**

1. BOJKOV, Vassil Kroumov (a.k.a. BOZHKOV, Vasil (Cyrillic: БОЖКОВ, ВАСИЛ); a.k.a. "Cherepa"; a.k.a. "The Skull"), 79 Vassil Levski Blvd, Sofia 1000, Bulgaria; Dubai, United Arab Emirates; DOB 29 Jul 1956; POB Velingrad, Bulgaria; nationality Bulgaria; Gender Male; Passport 440210366 (Bulgaria) expires 23 Aug 2023; alt. Passport 385950465 (Bulgaria) expires 11 Apr 2024; National ID No. 647475973 (Bulgaria) (individual) [GLOMAG].

   Designated pursuant to section 1(a)(iii)(A)(1) of Executive Order 13818 of December 20, 2017, "Blocking the Property of Persons Involved in Serious Human Rights Abuse or Corruption," 82 FR 60839, 3 CFR, 2018 Comp., p. 399, (E.O. 13818) for having materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services to or in support of corruption, including the misappropriation of state assets, the expropriation of private assets for personal gain, corruption related to government contracts or the extraction of natural resources, or bribery that is conducted by a foreign person.

2. PEEVSKI, Delyan Slavchev (Cyrillic: ПЕЕВСКИ, Делян Славчев), 7 Nezabravka Street, Floor 7, Ap. 28, Sofia 1113, Bulgaria; DOB 27 Jul 1980; POB Sofia, Bulgaria; nationality Bulgaria; Gender Male; Passport 383862880 (Bulgaria) expires 11 Mar 2021 (individual) [GLOMAG].

   Designated pursuant to section 1(a)(ii)(B)(1) of E.O. 13818 for being a foreign person who is a current or former government official, or a person acting for or on behalf of such an official, who is responsible for or complicit in, or has directly or indirectly engaged in, corruption, including the misappropriation of state assets, the expropriation of private assets for personal gain, corruption related to government contracts or the extraction of natural resources, or bribery.

3. ZHELYAZKOV, Ilko Dimitrov (a.k.a. ZHELYAZKOV, Ilko Dmitrov), Bulgaria; DOB 08 Feb 1958; nationality Bulgaria; Gender Male (individual) [GLOMAG].

   Designated pursuant to section 1(a)(ii)(B)(1) of E.O. 13818 for being a foreign person who is a current or former government official, or a person acting for or on behalf of such

**30519**

an official, who is responsible for or complicit in, or has directly or indirectly engaged in, corruption, including the misappropriation of state assets, the expropriation of private assets for personal gain, corruption related to government contracts or the extraction of natural resources, or bribery.

**Entities:**

1. DECART OOD (a.k.a. DEKART OOD), 2A Krakra Str., Oborishte Distr., Sofia, Stolichna 1504, Bulgaria; Organization Established Date 2003; V.A.T. Number BG 131122494 (Bulgaria) [GLOMAG] (Linked To: VABO SYSTEMS EOOD).

   Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, VABO SYSTEMS EOOD, a person whose property and interests in property are blocked pursuant to this order.

2. DIGITAL SERVICES EAD, 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2003; V.A.T. Number BG 131131080 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

   Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, BOJKOV, Vassil Kroumov, a person whose property and interests in property are blocked pursuant to this order.

3. DOMINO GAMES OOD, 2E Prof. Petar Dzhidrov Str., R-N Studentski Distr, Sofia, Bulgaria; Organization Established Date 2014; V.A.T. Number BG 202884681 (Bulgaria) [GLOMAG] (Linked To: DECART OOD).

   Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, DECART OOD, a person whose property and interests in property are blocked pursuant to this order.

4. EDE 2 EOOD, 43 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2002; V.A.T. Number BG 130855508 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

   Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, BOJKOV, Vassil Kroumov, a person whose property and interests in property are blocked pursuant to this order.

5. EUROBET OOD (a.k.a. EUROBET LTD. (Cyrillic: ЕВРОБЕТ – ООД)), 48 Sitnyakovo blvd., Poduyane Distr., fl. 4, Sofia, Stolichna 1505, Bulgaria; Organization Established Date 1996; V.A.T. Number BG 121179290 (Bulgaria) [GLOMAG] (Linked To: EUROBET PARTNERS OOD).

   Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly,

EUROBET PARTNERS OOD, a person whose property and interests in property are blocked pursuant to this order.

6. EUROBET PARTNERS OOD, 43 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2016; Government Gazette Number 203950885 (Bulgaria) [GLOMAG] (Linked To: DIGITAL SERVICES EAD).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, DIGITAL SERVICES EAD, a person whose property and interests in property are blocked pursuant to this order.

7. EUROBET TRADING EOOD, 48 Sitnyakovo blvd., Poduyane Distr., fl.4, Sofia, Stolichna 1505, Bulgaria; Organization Established Date 2013; V.A.T. Number BG 202647305 (Bulgaria) [GLOMAG] (Linked To: EUROBET OOD).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, EUROBET OOD, a person whose property and interests in property are blocked pursuant to this order.

8. EUROFOOTBALL OOD (Cyrillic: ЕВРОФУТБОЛ – ООД) (a.k.a. EUROFOOTBALL LTD), 126, Tsar Boris Iiiti blvd., Krasno Selo Distr., Sofia, Stolichna 1612, Bulgaria; Organization Established Date 1993; V.A.T. Number BG 831036657 (Bulgaria) [GLOMAG] (Linked To: EUROSADRUZHIE OOD).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, EUROSADRUZHIE OOD, a person whose property and interests in property are blocked pursuant to this order.

9. EUROSADRUZHIE OOD (a.k.a. EUROSADRUZHIE LTD.; a.k.a. EUROSUDRUZHIE LTD.; a.k.a. EVROSADRUZHIE OOD; a.k.a. "EUROCOMPANY LTD."), 43 Moskovska Str., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2002; V.A.T. Number BG 130855554 (Bulgaria) [GLOMAG] (Linked To: VABO SYSTEMS EOOD).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, VABO SYSTEMS EOOD, a person whose property and interests in property are blocked pursuant to this order.

10. GALENIT INVEST AD, 43 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2000; Government Gazette Number 130329006 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, BOJKOV, Vassil Kroumov, a person whose property and interests in property are blocked pursuant to this order.

11. LOTTERY DISTRIBUTIONS OOD (Cyrillic: ЛОТЕРИ ДИСТРИБЮЩЬНС ООД) (a.k.a. LOTTERY DISTRIBUTIONS LTD), 1 Koloman Str., Krasno selo Distr., Sofia, Stolichna 1618, Bulgaria; Organization Established Date 2004; Government Gazette Number 131251717 (Bulgaria) [GLOMAG] (Linked To: EUROSADRUZHIE OOD).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, EUROSADRUZHIE OOD, a person whose property and interests in property are blocked pursuant to this order.

12. MELIORA ACADEMICA EOOD (f.k.a. MELIORA AKADEMIKA), 2E Prof. P. Dzhidrov Str., Studentski Grad Distr., Sofia, Stolichna 1700, Bulgaria; Organization Established Date 2012; V.A.T. Number BG 202052161 (Bulgaria) [GLOMAG] (Linked To: DECART OOD).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, DECART OOD, a person whose property and interests in property are blocked pursuant to this order.

13. ML BUILD EAD (a.k.a. ML BILD EAD), 2A Krakra Str., Oborishte Distr., Sofia, Stolichna 1527, Bulgaria; Organization Established Date 2008; V.A.T. Number BG 200108841 (Bulgaria) [GLOMAG] (Linked To: DECART OOD).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, DECART OOD, a person whose property and interests in property are blocked pursuant to this order.

14. MOSTSTROY IZTOK AD (a.k.a. MOSTSTROY EAST AD), 3 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2009; Government Gazette Number 200112909 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, BOJKOV, Vassil Kroumov, a person whose property and interests in property are blocked pursuant to this order.

15. NATIONAL LOTTERY AD (Cyrillic: НАЦИОНАЛНА ЛОТАРИЯ АД) (a.k.a. NATIONAL LOTTARY), 43 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2013; V.A.T. Number BG 204061981 (Bulgaria) [GLOMAG] (Linked To: NOVE DEVELOPMENT EOOD).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, NOVE DEVELOPMENT EOOD, a person whose property and interests in property are blocked pursuant to this order.

16. NATIONAL LOTTERY OOD (a.k.a. NATIONAL LOTTERIES LTD.), 1 Koloman Str., Krasno selo Distr., Sofia, Stolichna 1618, Bulgaria; Organization Established Date 2004;

Government Gazette Number 131251674 (Bulgaria) [GLOMAG] (Linked To: EUROSADRUZHIE OOD).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, EUROSADRUZHIE OOD, a person whose property and interests in property are blocked pursuant to this order.

17. NOVE DEVELOPMENT EOOD, 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2010; Government Gazette Number 201275656 (Bulgaria) [GLOMAG] (Linked To: NOVE INTERNAL EOOD).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, NOVE INTERNAL EOOD, a person whose property and interests in property are blocked pursuant to this order.

18. NOVE INTERNAL EOOD, 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2007; V.A.T. Number BG 175382860 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, BOJKOV, Vassil Kroumov, a person whose property and interests in property are blocked pursuant to this order.

19. NUMERICAL GAMES OOD (a.k.a. NUMERICAL GAMES LTD.), 1 Koloman Str., Sofia, Stolichna 1618, Bulgaria; Organization Established Date 2004; Government Gazette Number 131252477 (Bulgaria) [GLOMAG] (Linked To: EUROSADRUZHIE OOD).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, EUROSADRUZHIE OOD, a person whose property and interests in property are blocked pursuant to this order.

20. PROPERTY-VB OOD, 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2006; Government Gazette Number 120598193 (Bulgaria) [GLOMAG] (Linked To: NOVE INTERNAL EOOD).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, NOVE INTERNAL EOOD, a person whose property and interests in property are blocked pursuant to this order.

21. REX LOTO AD (a.k.a. REX LOTTO AD), 8 Silistra, Oborishte Distr., Sofia 1504, Bulgaria; Organization Established Date 2006; Government Gazette Number 175010714 (Bulgaria) [GLOMAG] (Linked To: VABO-2005 EOOD).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, VABO-

2005 EOOD person whose property and interests in property are blocked pursuant to this order.

22. TRANS NOVE OOD, 43 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2007; V.A.T. Number BG 175433597 (Bulgaria) [GLOMAG] (Linked To: NOVE INTERNAL EOOD).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, NOVE INTERNAL EOOD, a person whose property and interests in property are blocked pursuant to this order.

23. VABO SYSTEMS EOOD, 43 Moskovska Str., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2008; V.A.T. Number BG 200431052 (Bulgaria) [GLOMAG] (Linked To: NOVE INTERNAL EOOD).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, NOVE INTERNAL EOOD, a person whose property and interests in property are blocked pursuant to this order.

24. VABO-2005 EOOD (a.k.a. VABO 2005 EOOD), 43 Moskovska, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2005; V.A.T. Number BG 131502906 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, BOJKOV, Vassil Kroumov, a person whose property and interests in property are blocked pursuant to this order.

25. VATO 2002 EOOD, 43 Moskovska Str., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2002; Government Gazette Number 130839906 (Bulgaria) [GLOMAG] (Linked To: NOVE INTERNAL EOOD).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, NOVE INTERNAL EOOD, a person whose property and interests in property are blocked pursuant to this order.

26. ADLER BG AD, 126, Tsar Boris III Str./blvd., R-N Krasno Selo Distr, Sofia, Stolichna 1612, Bulgaria; Organization Established Date 2009; Government Gazette Number 200874603 (Bulgaria) [GLOMAG] (Linked To: NOVE INTERNAL EOOD).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, NOVE INTERNAL EOOD, a person whose property and interests in property are blocked pursuant to this order.

27. EFBET PARTNERS OOD, 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2017; Government Gazette Number 204839749 (Bulgaria) [GLOMAG] (Linked To: NOVE INTERNAL EOOD)

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, NOVE INTERNAL EOOD, a person whose property and interests in property are blocked pursuant to this order.

28. EUROGROUP ENGINEERING EAD (a.k a. EUROGROUP ENGINEERING AD), 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2010; Government Gazette Number 201043177 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, BOJKOV, Vassil Kroumov, a person whose property and interests in property are blocked pursuant to this order.

29. EVROBET - RUMANIA EOOD (a.k.a. EUROBET - ROMANIA EOOD), 63, Blvd. Shipchenski, Prohod Slatina Distr., Sofia, Stolichna 1574, Bulgaria; Organization Established Date 2010; Government Gazette Number 201220179 (Bulgaria) [GLOMAG] (Linked To: GAMES UNLIMITED OOD).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, GAMES UNLIMITED OOD, a person whose property and interests in property are blocked pursuant to this order.

30. GAMES UNLIMITED OOD, 43 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2013; Government Gazette Number 202621673 (Bulgaria) [GLOMAG] (Linked To: VB MANAGEMENT EOOD).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, VB MANAGEMENT EOOD, a person whose property and interests in property are blocked pursuant to this order.

31. INTERNEWS 98 OOD, 126, Tsar Boris III Str./blvd., R-N Krasno Selo Distr, Sofia, Stolichna 1612, Bulgaria; Organization Established Date 1998; V.A.T. Number BG 121584837 (Bulgaria) [GLOMAG] (Linked To: NOVE INTERNAL EOOD).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, NOVE INTERNAL EOOD, a person whose property and interests in property are blocked pursuant to this order.

32. LOTTERY BG OOD (a.k a. LOTTERY BG LTD.), 43 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2014; Government Gazette Number 203018962 (Bulgaria) [GLOMAG] (Linked To: VABO 2012 EOOD).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, VABO

**30525**

2012 EOOD, a person whose property and interests in property are blocked pursuant to this order.

33. NOVE PARTNERS OOD, 43 Moskovska Str., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2007; Government Gazette Number 175392527 (Bulgaria) [GLOMAG] (Linked To: NOVE INTERNAL EOOD).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, NOVE INTERNAL EOOD, a person whose property and interests in property are blocked pursuant to this order.

34. OLD GAMES EOOD, 14 Iskar Str., Oborishte Distr., Sofia, Bulgaria; Organization Established Date 2010; Government Gazette Number 201084124 (Bulgaria) [GLOMAG] (Linked To: GAMES UNLIMITED OOD).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, GAMES UNLIMITED OOD, a person whose property and interests in property are blocked pursuant to this order.

35. PRIM BG EAD, 126 Bul.Tsar Boris III Blvd., R-N Krasno Selo Distr, Sofia, Stolichna 1612, Bulgaria; Organization Established Date 2010; V.A.T. Number BG 201045769 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, BOJKOV, Vassil Kroumov, a person whose property and interests in property are blocked pursuant to this order.

36. SIGURO EOOD, 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2005; Government Gazette Number 131567042 (Bulgaria) [GLOMAG] (Linked To: EUROGROUP ENGINEERING EAD).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, EUROGROUP ENGINEERING EAD, a person whose property and interests in property are blocked pursuant to this order.

37. VA BO COMPANY EOOD (a.k.a. VA BO KAMPANI EOOD), 43 Moskovska Str., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2012; Government Gazette Number 202066022 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, BOJKOV, Vassil Kroumov, a person whose property and interests in property are blocked pursuant to this order.

38. VABO 2008 EOOD, 43 Moskovska, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2008; Government Gazette Number 200481087 (Bulgaria) [GLOMAG]

(Linked To: BOJKOV, Vassil Kroumov).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, BOJKOV, Vassil Kroumov, a person whose property and interests in property are blocked pursuant to this order.

39. VABO 2012 EOOD (a.k.a. VABO 2012), 43 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2012; V.A.T. Number BG 201884835 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, BOJKOV, Vassil Kroumov, a person whose property and interests in property are blocked pursuant to this order.

40. VABO 2017 OOD (a.k.a. VABO 2017 LTD.), 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2017; V.A.T. Number BG 204811027 (Bulgaria) [GLOMAG] (Linked To: VABO 2012 EOOD).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, VABO 2012 EOOD, a person whose property and interests in property are blocked pursuant to this order.

41. VABO MANAGEMENT EOOD, 43 Moskovska Str., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2012; Government Gazette Number 201884908 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, BOJKOV, Vassil Kroumov, person whose property and interests in property are blocked pursuant to this order.

42. VB MANAGEMENT EOOD, 43 Moskovska Str., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2012; Government Gazette Number 202080417 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, BOJKOV, Vassil Kroumov, a person whose property and interests in property are blocked pursuant to this order.

43. VERTEX PROPERTIES EOOD (a.k.a. VERTEX IMOTI EOOD), 126 Tsar Boris III Str./blvd., R-N Krasno Selo Distr, Sofia, Stolichna 1612, Bulgaria; Organization Established Date 2007; Government Gazette Number 175387373 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly,

BOJKOV, Vassil Kroumov, a person whose property and interests in property are blocked pursuant to this order.

44. VIHROGONIKA AD, 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2016; Government Gazette Number 203892599 (Bulgaria) [GLOMAG] (Linked To: VABO MANAGEMENT EOOD).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, VABO MANAGEMENT EOOD, a person whose property and interests in property are blocked pursuant to this order.

45. ANCIENT HERITAGE AD (Cyrillic: АНТИЧНО НАСЛЕДСТВО – АД), 105, Tsarigradsko shose str., Slatina Distr., Sofia, Stolichna 1113, Bulgaria; Organization Established Date 2011; V.A.T. Number BG 201673717 (Bulgaria) [GLOMAG] (Linked To: THRACE FOUNDATION).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, THRACE FOUNDATION, a person whose property and interests in property are blocked pursuant to this order.

46. BUL PARTNERS TRAVEL OOD (Cyrillic: БУЛ ПАРТНЕРС ТРАВЕЛ – ООД), 4, Trapezitsa, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 1997; V.A.T. Number BG 121211051 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, BOJKOV, Vassil Kroumov, a person whose property and interests in property are blocked pursuant to this order.

47. BULGARIAN SUMMER, Bulgaria; Organization Established Date Jan 2021; Organization Type: Activities of political organizations [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, BOJKOV, Vassil Kroumov, a person whose property and interests in property are blocked pursuant to this order.

48. BULLET TRADE OOD (a.k.a. "BULIT TRADE LTD"), 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2001; Government Gazette Number 121457476 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, BOJKOV, Vassil Kroumov, a person whose property and interests in property are blocked pursuant to this order.

49. CARITEX LUCKY AD (a.k.a. "KARITEKS LAKI AD"), 14, Iskar str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 1998; V.A.T. Number BG 121633825 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, BOJKOV, Vassil Kroumov, a person whose property and interests in property are blocked pursuant to this order.

50. CSKA BASKETBALL CLUB (Cyrillic: БАСКЕТБОЛЕН КЛУБ ЦСКА) (a.k.a. PROFESIONALEN BASKETBOLEN KLUB TSSKA 48 AD; a.k.a. PROFESSIONAL BASKETBALL CLUB-CSKA-48 AD), Bul. Dragan Tsankov, N3, Stadion-Tsska, Sofia 1164, Bulgaria; Organization Established Date 2003; V.A.T. Number BG 131083632 (Bulgaria) [GLOMAG] (Linked To: NOVE-AD-HOLDING AD).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, NOVE-AD-HOLDING AD, a person whose property and interests in property are blocked pursuant to this order.

51. KRISTIANO GR 53 JSC AD, 43 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2017; Government Gazette Number 204642716 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, BOJKOV, Vassil Kroumov, a person whose property and interests in property are blocked pursuant to this order.

52. NOVE-AD-HOLDING AD (Cyrillic: НОВЕ-АД-ХОЛДИИГ – АД), 43 Moskovsa, Oborishte Distr., Sofia 1000, Bulgaria; Organization Established Date 1991; V.A.T. Number BG 121024920 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, BOJKOV, Vassil Kroumov, a person whose property and interests in property are blocked pursuant to this order.

53. PARKSTROY-SOFIA OOD (Cyrillic: ПАРКСТРОЙ-СОФИЯ – ООД), Nadezhda 1 Distr., Bl. No 150, apt. 131, Sofia, Bulgaria; Organization Established Date 2002; V.A.T. Number BG 130939917 (Bulgaria) [GLOMAG] (Linked To: NOVE-AD-HOLDING AD).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, NOVE-AD-HOLDING AD, a person whose property and interests in property are blocked pursuant to this order.

54. PUBLISHING HOUSE SPORT LTD (a.k.a. "PUBLISHUNG HOUSE SPORT OOD"), sektor V Natsionalen Stadion V. Levski, Distr. Sredets Distr, Sofia, Bulgaria;

Organization Established Date 1993; Government Gazette Number 831134806 (Bulgaria) [GLOMAG] (Linked To: NOVE-AD-HOLDING AD).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, NOVE-AD-HOLDING AD, a person whose property and interests in property are blocked pursuant to this order.

55. SIZIF V OOD, Nadezhda 1 Distr., Sofia, Bulgaria; Organization Established Date 1996; V.A.T. Number BG 121136410 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, BOJKOV, Vassil Kroumov, a person whose property and interests in property are blocked pursuant to this order.

56. THRACE FOUNDATION, 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2004; Government Gazette Number 131258494 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, BOJKOV, Vassil Kroumov, a person whose property and interests in property are blocked pursuant to this order.

57. TRAKIA-PAPIR 96 OOD (a.k.a. "TRAKIA-PAPER 96 OOD"), 9 Iskar, Oborishte Distr, Sofia, Bulgaria; Organization Established Date 1996; Government Gazette Number 121220666 (Bulgaria) [GLOMAG] (Linked To: NOVE-AD-HOLDING AD).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, NOVE-AD-HOLDING AD, a person whose property and interests in property are blocked pursuant to this order.

58. VABO INTERNAL AD, 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2017; Government Gazette Number 204682034 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, BOJKOV, Vassil Kroumov, a person whose property and interests in property are blocked pursuant to this order.

59. BM SYSTEMS EAD, 119 Ekzarh Yosif Str., Oborishte Distr., Sofia 1527, Bulgaria; Organization Established Date 2007; Registration Number 131382912 (Bulgaria) [GLOMAG] (Linked To: INTRUST PLC EAD).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly,

INTRUST PLC EAD, a person whose property and interests in property are blocked pursuant to this order.

60. INT INVEST EOOD, 119 Ekzarh Yosif Str., Oborishte Distr., Sofia 1527, Bulgaria; 79, Ralevitsa Str., Vitosha Distr., Sofia, Stolichna 1618, Bulgaria; Organization Established Date 2019; V.A.T. Number BG 205535941 (Bulgaria) [GLOMAG] (Linked To: INTRUST PLC EAD).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, INTRUST PLC EAD, a person whose property and interests in property are blocked pursuant to this order.

61. INT LTD EOOD, 119 Ul. Ekzarh Yosif Str., R-N Oborishte Distr, Sofia 1527, Bulgaria; 79, Ralevitsa Str., Vitosha Distr., Sofia, Stolichna 1618, Bulgaria; Organization Established Date 2017; V.A.T. Number BG 204589523 (Bulgaria) [GLOMAG] (Linked To: PEEVSKI, Delyan Slavchev).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, PEEVSKI, Delyan Slavchev, a person whose property and interests in property are blocked pursuant to this order.

62. INTRUST PLC EAD (a.k.a. INTRUST EAD), 119 Ekzarh Yosif Str., R-N Oborishte Distr, Sofia 1527, Bulgaria; 79, Ralevitsa Str., Vitosha Distr., Sofia, Stolichna 1618, Bulgaria; Organization Established Date 2017; Legal Entity Number 485100GBI2SE0KIX8T70; Registration Number 204589733 (Bulgaria) [GLOMAG] (Linked To: PEEVSKI, Delyan Slavchev).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, PEEVSKI, Delyan Slavchev, a person whose property and interests in property are blocked pursuant to this order.

63. INTTRAFIK EOOD (a.k.a. INTTRAFFIC EOOD), 119 Ekzarh Yosif Str., Oborishte Distr., Sofia 1527, Bulgaria; 102, Balgaria blvd., Vitosha Distr., Apt. 59, Sofia, Stolichna 1618, Bulgaria; Organization Established Date 2018; V.A.T. Number BG 205244843 (Bulgaria) [GLOMAG] (Linked To: INTRUST PLC EAD).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, INTRUST PLC EAD, a person whose property and interests in property are blocked pursuant to this order.

64. REAL ESTATES INT LTD EOOD, 119 Ul. Ekzarh Yosif Str., R-N Oborishte Distr., Sofia 1527, Bulgaria; 79, Ralevitsa Str., Vitosha Distr., Sofia, Stolichna 1618, Bulgaria; Organization Established Date 2018; V.A.T. Number BG 204930572 (Bulgaria) [GLOMAG] (Linked To: INTRUST PLC EAD).

Designated pursuant to section 1(a)(iii)(B) of E.O. 13818 for being owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly,

INTRUST PLC EAD, a person whose property and interests in property are blocked pursuant to this order.

Dated: June 2, 2021.

**Bradley T. Smith,**

*Acting Director, Office of Foreign Assets Control.*

[FR Doc. 2021–11897 Filed 6–7–21; 8:45 am]

**BILLING CODE 4810–AL–C**

---

## DEPARTMENT OF THE TREASURY

### Internal Revenue Service

### Electronic Tax Administration Advisory Committee (ETAAC); Notice of Virtual Public Meeting

**AGENCY:** Internal Revenue Service (IRS), Treasury.

**ACTION:** Notice of meeting.

**SUMMARY:** The Electronic Tax Administration Advisory Committee (ETAAC) will hold a virtual public meeting on Wednesday, June 23, 2021.

**FOR FURTHER INFORMATION CONTACT:** Mr. Sean Parman, Office of National Public Liaison, at (202) 317–6247, or send an email to *publicliaison@irs.gov*.

**SUPPLEMENTARY INFORMATION:** Notice is hereby given pursuant to section 10(a)(2) of the Federal Advisory Committee Act, 5 U.S.C. App. (1988), that a virtual public meeting of the ETAAC will be held on Wednesday, June 23, 2021 from 9:00 a.m. to 11:00 a.m. EDT. The purpose of the ETAAC is to provide continuing advice regarding the development and implementation of the IRS organizational strategy for electronic tax administration. ETAAC is an organized public forum for discussion of electronic tax administration issues such as prevention of identity theft and refund fraud. It supports the overriding goal that paperless filing should be the preferred and most convenient method of filing tax and information returns. ETAAC members convey the public's perceptions of IRS electronic tax administration activities, offer constructive observations about current or proposed policies, programs, and procedures, and suggest improvements. Please call or email Sean Parman to confirm your attendance. Mr. Parman can be reached at 202–317–6247 or *PublicLiaison@irs.gov*. Should you wish the ETAAC to consider a written statement, please call 202–317–6247 or email: *PublicLiaison@irs.gov*.

---

Dated: June 2, 2021.

**John Lipold,**

*Designated Federal Official Branch Chief, National Public Liaison.*

[FR Doc. 2021–11913 Filed 6–7–21; 8:45 am]

**BILLING CODE 4830–01–P**

---

## DEPARTMENT OF THE TREASURY

### United States Mint

### Notification of Citizens Coinage Advisory Committee June 15–16, 2021, Public Meeting

**ACTION:** Notice of meeting.

Pursuant to United States Code, Title 31, section 5135(b)(8)(C), the United States Mint announces the Citizens Coinage Advisory Committee (CCAC) teleconference public meeting scheduled for June 15–16, 2021.

*Date:* June 15, 2021 and June 16, 2021.

*Time:* 12:30–4:30 p.m. (ET) on June 15, 2021, and 10:00 a.m.–4:15 p.m. (ET) on June 16, 2021.

*Location:* This meeting will occur via teleconference. Interested members of the public may dial in to listen to the meeting at (888) 330–1716; Access Code: 1137147.

*Subject:* Review and discussion of the obverse and reverse candidate designs for the 2022 Negro Leagues Baseball Commemorative Coin (*Pub. L. 116–209*); obverse and reverse candidate designs for the Merrill's Marauders Congressional Gold Medal (*Pub. L. 116–170*); obverse and reverse candidate designs for the 2022 Purple Heart Hall of Honor Commemorative Coin (*Pub. L. 116–247*); and candidate designs for the 2022 American Women Quarters (*Pub. L. 116–330*).

*Interested persons should call the CCAC HOTLINE at (202) 354–7502 for the latest update on meeting time and access information.*

The CCAC advises the Secretary of the Treasury on any theme or design proposals relating to circulating coinage, bullion coinage, Congressional Gold Medals, and national and other medals; advises the Secretary of the Treasury with regard to the events, persons, or places to be commemorated by the issuance of commemorative coins in each of the five calendar years succeeding the year in which a commemorative coin designation is made; and makes recommendations with respect to the mintage level for any commemorative coin recommended.

---

For members of the public interested in listening in to the provided call number, this is a reminder that the public attendance is for listening purposes only. Any member of the public interested in submitting matters for the CCAC's consideration is invited to submit them by email to *info@ccac.gov*.

*For Accommodation Request:* If you need an accommodation to listen to the CCAC meeting, please contact the Diversity Management and Civil Rights Office by June 9, 2021 at 202–354–7260 or 1–888–646–8369 (TYY).

**FOR FURTHER INFORMATION CONTACT:** Jennifer Warren, United States Mint Liaison to the CCAC; 801 9th Street NW; Washington, DC 20220; or call 202–354–7208.

(Authority: 31 U.S.C. 5135(b)(8)(C))

**Eric Anderson,**

*Executive Secretary, United States Mint.*

[FR Doc. 2021–11936 Filed 6–7–21; 8:45 am]

**BILLING CODE P**

---

## DEPARTMENT OF VETERANS AFFAIRS

### Advisory Committee: VA National Academic Affiliations Council, Notice of Meeting

The Department of Veterans Affairs (VA) gives notice under the Federal Advisory Committee Act that, 5 U.S.C. App. 2, the VA National Academic Affiliations Council (Council) will meet via conference call on July 15, from 1:00 p.m. to 3:00 p.m. EST. The meeting is open to the public.

The purpose of the Council is to advise the Secretary on matters affecting partnerships between VA and its academic affiliates.

On July 15, 2021, the Council will receive a report on the recently held VA Minority Summit; discussion on research priorities and relationships; and status of VA's Electronic Health Record implementation. The Council will receive public comments from 2:50 p.m. to 2:55 p.m. EST.

Interested persons may attend and/or present oral statements to the Council. The dial in number to attend the conference call is: 669–254–5252. At the prompt, enter meeting ID 161 174 4403, then press #. The meeting passcode is 590228, then press #. Individuals seeking to present oral statements are invited to submit a 1–2 page summary

## U.S. DEPARTMENT OF THE TREASURY

# Treasury Sanctions Influential Bulgarian Individuals and Their Expansive Networks for Engaging in Corruption

June 2, 2021

WASHINGTON — Today, the U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC) sanctioned three Bulgarian individuals for their extensive roles in corruption in Bulgaria, as well as their networks encompassing 64 entities. The Administration believes corruption degrades the rule of law, weakens economies and economic growth, undermines democratic institutions, perpetuates conflict, and deprives innocent civilians of fundamental human rights, and today's action — the single largest action targeting corruption to date — demonstrates the Department of the Treasury's ongoing effort to hold accountable those involved in corruption. The U.S. government will continue to impose tangible and significant consequences on those who engage in corruption and work to protect the global financial system from abuse.

"The United States stands with all Bulgarians who strive to root out corruption by promoting accountability for corrupt officials who undermine the economic functions and democratic institutions of Bulgaria," said Office of Foreign Assets Control Director Andrea M. Gacki. "Not only does corruption deprive citizens of resources, it can erode the institutions intended to protect them. This designation under the Global Magnitsky sanctions program shows that we are committed to combatting corruption wherever it may be."

This action targets **Vassil Kroumov Bojkov**, a prominent Bulgarian businessman and oligarch; **Delyan Slavchev Peevski**, a former Member of Parliament; **Ilko Dimitrov Zhelyazkov**, the former Deputy Chief of the Bulgarian State Agency for Technical Operations who was appointed to the National Bureau for Control on Special Intelligence-Gathering Devices; and the companies owned or controlled by the respective individuals. These individuals and entities are designated pursuant to Executive Order (E.O.) 13818, which builds upon and implements the Global Magnitsky Human Rights Accountability Act and targets perpetrators of serious human rights abuse and corruption around the world. These sanctions coincide with complementary actions taken by the U.S. Department of State to publicly designate **Peevski** and **Zhelyazkov**, among others, under Section 7031(c) of the Department of State, Foreign Operations, and Related Programs Appropriations Act due to their involvement in significant corruption.

### U.S. COMMITMENT TO TARGETING CORRUPTION

Today's designations constitute the largest Global Magnitsky action taken on a single day in the history of the program, targeting over 65 individuals and entities for their significant acts of corruption in Bulgaria.

The corrupt activities undertaken by the individuals designated today demonstrate how pervasive corruption goes hand-in-hand with other illicit activity. The breadth of today's action shows that the

GLOMAG-23653 0024

United States will support the rule of law and impose costs on public officials and those connected to them who use government institutions for personal profit. Today's designation exposes **Bojkov, Peevski,** and **Zhelyazkov** for abusing public institutions for profit and cuts off these individuals' and their companies' access to the U.S. financial system. To further protect the international financial system from abuse by corrupt actors, Treasury encourages all governments to implement appropriate and effective anti-money laundering measures to address corruption vulnerabilities.

These actions send a strong signal that the United States stands with all Bulgarians who strive to root out corruption. We are committed to helping our partners realize their full economic and democratic potential by tackling systemic corruption and holding corrupt officials accountable. Treasury remains committed to working with Bulgaria to address money laundering reforms that lead to financial transparency and accountability. We call upon regulators to communicate the risks of doing business with these corrupt officials and their companies.

### VASSIL KROUMOV BOJKOV AND HIS NETWORK

**Vassil Kroumov Bojkov (Bojkov)**, a Bulgarian businessman and oligarch, has bribed government officials on several occasions. These officials include a current political leader and the former Chairman of the now-abolished State Commission on Gambling (SCG). **Bojkov** also planned to provide a sum of money to a former Bulgarian official and a Bulgarian politician earlier this year to help **Bojkov** create a channel for Russian political leaders to influence Bulgarian government officials.

**Bojkov** is currently in Dubai, United Arab Emirates, where he successfully evaded Bulgarian extradition on a number of charges levied in 2020, including leading an organized crime group, coercion, attempted bribery of an official, and tax evasion. In its investigation, the Prosecutor's Office of the Republic of Bulgaria found that in February 2018, **Bojkov** paid the then-Chair of the SCG 10,000 Bulgarian Lev (approximately $6,220) on a daily basis to revoke **Bojkov**'s competitors' gambling licenses. Following this massive bribery scheme, the Chair of the SCG resigned, was arrested, and the SCG was abolished. There remains an international warrant for **Bojkov**'s arrest as his influence continues in Bulgaria. In advance of the July 2021 Bulgarian parliamentary elections, **Bojkov** registered a political party that will run candidates in the aforementioned elections to target Bulgarian politicians and officials.

**Bojkov** is designated pursuant to E.O. 13818 for being a person who has materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services to or in support of corruption, including the misappropriation of state assets, the expropriation of private assets for personal gain, corruption related to government contracts or the extraction of natural resources, or bribery.

OFAC is also designating 58 entities, including **Bulgarian Summer**, registered in Bulgaria that are owned or controlled by **Bojkov** or one of his companies:

- **Vabo-2005 EOOD, Digital Services EAD, Ede 2 EOOD, Nove Internal EOOD, Moststroy Iztok AD, Galenit Invest AD, Vabo 2008 EOOD, Vertex Properties EOOD, VB Management EOOD, Va Bo Company EOOD, Vabo Management EOOD, Vabo 2012 EOOD, Prim BG EAD, Eurogroup Engineering**

GLOMAG-23653 0025

EAD, **Kristiano GR 53 JSC AD**, **Nove-AD-Holding AD**, **Bul Partners Travel OOD**, **Bullet Trade OOD**, **Caritex Lucky AD**, **Sizif V OOD**, **Thrace Foundation**, **Vabo Internal AD**, and **Bulgarian Summe**r are owned or controlled by Bojkov.

- **Rex Loto AD** is owned or controlled by **Vabo-2005 EOOD**.
- **Eurobet Partners OOD** is owned or controlled by **Digital Services EAD**.
- **Eurobet OOD** is owned or controlled by **Eurobet Partners OOD**.
- **Eurobet Trading EOOD** is owned or controlled by **Eurobet OOD**.
- **Vabo Systems EOOD, Vato 2002 EOOD, Nove Development EOOD, Property-VB OOD, Trans Nove OOD, Nove Partners OOD, Adler BG AD, Efbet Partners OOD**, and **Internews 98 OOD** are owned or controlled by **Nove Internal EOOD**.
- **Eurosadruzhie OOD** and **Decart OOD** are owned or controlled by **Vabo Systems EOOD**.
- **Numerical Games OOD, Lottery Distributions OOD, National Lottery OOD**, and **Eurofootball OOD** are owned or controlled by **Eurosadruzhie OOD**.
- **National Lottery AD** is owned or controlled by **Nove Development EOOD**.
- **Meliora Academica EOOD, Domino Games OOD**, and **ML Build EAD** are owned or controlled by **Decart OOD**.
- **Games Unlimited OOD** is owned or controlled by **VB Management EOOD**.
- **Evrobet - Rumania EOOD** and **Old Games EOOD** are owned or controlled by **Games Unlimited OOD**.
- **Vihrogonika AD** is owned or controlled by **Vabo Management EOOD**.
- **Vabo 2017 OOD** and **Lottery BG OOD** are owned or controlled by **Vabo 2012 EOOD**.
- **Siguro EOOD** is owned or controlled by **Eurogroup Engineering EAD**.
- **Trakia-Papir 96 OOD, Parkstroy-Sofia OOD, Publishing House Sport LTD**, and **CSKA Basketball Club** are owned or controlled by **Nove-AD-Holding AD**.
- **Ancient Heritage AD** is owned or controlled by **Thrace Foundation**.

## DELYAN SLAVCHEV PEEVSKI AND HIS NETWORK

**Delyan Slavchev Peevski** (**Peevski**) is an oligarch who previously served as a Bulgarian MP and media mogul and has regularly engaged in corruption, using influence peddling and bribes to protect himself from public scrutiny and exert control over key institutions and sectors in Bulgarian society. In September 2019, **Peevski** actively worked to negatively influence the Bulgarian political process in the October 27, 2019 municipal elections. **Peevski** negotiated with politicians to provide them with political support and positive media coverage in return for receiving protection from criminal investigations.

**Peevski** also engaged in corruption through his front man **Ilko Dimitrov Zhelyazkov** (**Zhelyazkov**), the former Deputy Chief of the Bulgarian State Agency for Technical Operations and former Bulgarian State Agency for National Security (DANS) officer who was appointed to the National Bureau for Control on Special Intelligence-Gathering Devices. **Peevski** used **Zhelyazkov** to conduct a bribery scheme involving

GLOMAG-23653 0026

Bulgarian residency documents for foreign persons, as well as to bribe government officials through various means in exchange for their information and loyalty. For example, as of 2019, **Zhelyazkov** was known for offering bribes to senior Bulgarian government officials who were expected to provide information to **Zhelyazkov** for onward passage to **Peevski**. In return, **Zhelyazkov** would see that individuals who accepted his offer were placed in positions of authority and also provided a monthly bribe. **Peevski** and **Zhelyazkov** also had an official placed in a leadership position to embezzle funds to them in 2019. In another example, as of early 2018, these two government officials ran a scheme to sell Bulgarian residency documents where company representatives purportedly paid bribes to Bulgarian officials to ensure their clients received citizenship documents immediately rather than making the $500,000 deposit or waiting the five years for a legitimate request to be processed. Lastly, **Zhelyazkov** also blackmailed a potential Bulgarian government minister with criminal charges from Bulgaria's Prosecutor General's office if the minister did not provide him further assistance upon appointment.

**Peevski** and **Zhelyazkov** are designated pursuant to E.O. 13818 for being foreign persons who are current or former government officials, or persons acting for or on behalf of such an official, who are responsible for or complicit in, or who have directly or indirectly engaged in, corruption, including the misappropriation of state assets, the expropriation of private assets for personal gain, corruption related to government contracts or the extraction of natural resources, or bribery.

OFAC is also designating six entities registered in Bulgaria that are owned or controlled by **Peevski** or one of his companies:

- **Int Ltd EOOD** and **Intrust PLC EAD** are owned or controlled by **Peevski**.
- **BM Systems EAD, Int Invest EOOD, Inttrafik EOOD**, and **Real Estates Int Ltd EOOD** are owned or controlled by Intrust **PLC EAD**.

### SANCTIONS IMPLICATIONS

As a result of today's action, all property and interests in property of the persons above that are in the United States or in the possession or control of U.S. persons are blocked and must be reported to OFAC. In addition, any entities that are owned, directly or indirectly, 50 percent or more by one or more blocked persons are also blocked. Unless authorized by a general or specific license issued by OFAC, or otherwise exempt, OFAC's regulations generally prohibit all transactions by U.S. persons or within (or transiting) the United States that involve any property or interests in property of designated or otherwise blocked persons. The prohibitions include the making of any contribution or provision of funds, goods, or services by, to, or for the benefit of any blocked person or the receipt of any contribution or provision of funds, goods, or services from any such person.

### GLOBAL MAGNITSKY

Building upon the Global Magnitsky Human Rights Accountability Act, E.O. 13818 was issued on December 20, 2017, in recognition that the prevalence of human rights abuse and corruption that have their source, in whole or in substantial part, outside the United States, had reached such scope and gravity as to threaten

GLOMAG-23653 0027

the stability of international political and economic systems. Human rights abuse and corruption undermine the values that form an essential foundation of stable, secure, and functioning societies; have devastating impacts on individuals; weaken democratic institutions; degrade the rule of law; perpetuate violent conflicts; facilitate the activities of dangerous persons; and undermine economic markets. The United States seeks to impose tangible and significant consequences on those who commit serious human rights abuse or engage in corruption, as well as to protect the financial system of the United States from abuse by these same persons.

Click here to view more information on today's designation.

#### 

GLOMAG-23653 0028

## Evidentiary Memorandum Review Sheet

Name:  **GLOMAG-19660**
Designation of Delyan Peevski Non-Responsive

Drafted:  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Sanctions Investigator
Human Rights & Anti-Corruption Section

Approved:  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  04/29/2021
Section Chief
Human Rights & Anti-Corruption Section

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  05/24/2021
Assistant Director
Office of Global Targeting

Greg Gatjanis  05/25/2021
Associate Director
Office of Global Targeting

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  05/21/2021
Office of the Chief Counsel
(Foreign Assets Control)

Brad Smith  05/27/2021
Acting Director
Office of Foreign Assets Control

SECRET 



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C.

### OFFICE OF FOREIGN ASSETS CONTROL

(U) Case ID: GLOMAG-19960

### (U) **EVIDENTIARY MEMORANDUM**

(U) MEMORANDUM FOR:  Bradley T. Smith
Acting Director
Office of Foreign Assets Control

(U) THROUGH:  Gregory T. Gatjanis
Associate Director
Office of Global Targeting

Assistant Director
Office of Global Targeting

(U) FROM:

Section Chief
Human Rights and Anti-Corruption Section

Sanctions Investigator
Human Rights and Anti-Corruption Section

(U) SUBJECT:  **DELYAN SLAVCHEV PEEVSKI** and Non-Responsive
Non-Responsive Designations Pursuant to Executive Order
13818 of December 20, 2017, "Blocking the Property of
Persons Involved in Serious Human Rights Abuse or
Corruption".

## (U) I. **INTRODUCTION**

(U) On December 20, 2017, the President issued Executive Order 13818, "Blocking the Property of Persons Involved in Serious Human Rights Abuse or Corruption" ("E.O. 13818" or the "Order"). [Exhibit 1]

```
Classified By:
Derived From:
Declassify On:
```

SECRET

1

SECRET █████████████

(U) The Order blocks the property and interests in property of any person determined by the Secretary of the Treasury, in consultation with the Secretary of State and Attorney General, to meet one or more of the criteria in the Order. [Exhibit 1]

(U) Information presented in this memorandum and the accompanying exhibits provides reason to believe that **DELYAN SLAVCHEV PEEVSKI** and Non-Responsive ███████████ are foreign persons who are current or former government officials, or persons acting for or on behalf of such an official, who are responsible for or complicit in, or have directly or indirectly engaged in, corruption, including the misappropriation of state assets, the expropriation of private assets for personal gain, corruption related to government contracts or the extraction of natural resources, or bribery, and therefore should be added to the list of Specially Designated Nationals and Blocked Persons ("SDN List").[1]

## (U) II. IDENTIFYING INFORMATION

| | | |
|---|---|---|
| 1. (U) | | **DELYAN SLAVCHEV PEEVSKI (Individual)** [Exhibit 13, p. 2] |
| (U) | | AKA: Делян Славчев Пеевски [Exhibit 13, p. 2] |
| (U) | | DOB: ████████ [Exhibit 13, p. 1] |
| (S) | | POB: Sofia, Bulgaria [Exhibit 15, p. 1] |
| (U) | | Nationality: Bulgaria [Exhibit 13, p. 1] |
| (U) | | Gender: Male [Exhibit 13, p. 1] |
| (S) | | Passport: 383862880 (Bulgaria), Expiration date: March 11, 2021 [Exhibit 14, p. 1] |
| (S) | | Location: 7 Nezabravka Street, Floor 7, Ap. 28, Sofia, NA, 1113, Bulgaria [Exhibit 15, p. 1] |

Non-Responsive

[1] (U) The names of targets proposed for designation will appear in **BOLD CAPITAL** letters.

Non-Responsive

SECRET █████████████

2

~~SECRET~~ ███████████████████

## (U) III. BASES FOR DETERMINATIONS

### 1.  (U) DELYAN SLAVCHEV PEEVSKI (Individual) (PEEVSKI)

(U) **PEEVSKI** *is a foreign person who is a current or former government official, or a person acting for or on behalf of such an official, who is responsible for or complicit in, or has directly or indirectly engaged in, corruption, including the misappropriation of state assets, the expropriation of private assets for personal gain, corruption related to government contracts or the extraction of natural resources, or bribery.*

a.  (U) **PEEVSKI** *is a foreign person.*


[Exhibit 15, p. 1]

(U) According to a PeoplePill.com[4] profile of **PEEVSKI**, accessed on October 5, 2020, **PEEVSKI** is from Bulgaria. [Exhibit 13, p. 1]

b.  (U) **PEEVSKI** *is a current or former government official.*


[Exhibit 11, pp. 2–3]

(U) According to the aforementioned PeoplePill.com profile of **PEEVSKI**, accessed on October 5, 2020, **PEEVSKI** serves as MP from the parliamentary group of the MRF in the 41st and 42nd Bulgarian National Assembly. [Exhibit 13, p. 2]  OFAC assesses that **PEEVSKI** is still an active MP as OFAC is not aware of any documentation that says otherwise.

c.  (U) **PEEVSKI** *is responsible for or complicit in, or has directly or indirectly engaged in, corruption, including the misappropriation of state assets, the expropriation of private assets for personal gain, corruption related to government contracts or the extraction of natural resources, or bribery.*



---

[4] (U) PeoplePill.com describes itself as being owned and operated by Prong Media New York.  PeoplePill.com publishes news and biographical information about people in the news. [Exhibit 16, p. 1]
[5] (U) The Movement for Rights and Freedoms political party will be referenced as the "MRF" from this point forward in this memorandum.

~~SECRET~~ ███████████████████

SECRET 

[Exhibit 3, pp. 2–3]

[Exhibit 8, pp. 2–3]

SECRET

4



SECRET

[Exhibit 5, pp. 2–3]

[Exhibit 10, pp. 1–3]

SECRET

SECRET

(S

[Exhibit 12, pp. 2–4]

(U) ADDITIONAL INFORMATION

(S

SECRET

SECRET ██████████████████

██████████████████████████

██████████████████████████████

Exhibit 11, pp. 2–3]

Non-Responsive

██████████████████████████████████

(s) ██████

[Exhibit 11, p. 2]

Non-Responsive

SECRET ██████████████

7

SECRET



Non-Responsive

SECRET

SECRET

Non-Responsive



GLOMAG-23653 0038

SECRET



Non-Responsive

SECRET

10

GLOMAG-23653 0039

SECRET 

Non-Responsive



SECRET

GLOMAG-23653 0040

~~SECRET~~ █████████████████

## (U) **LIST OF EXHIBITS**

(U) Exhibit 1:    Executive Order 13818 of December 20 2017, "Blocking the Property of Persons Involved in Serious Human Rights Abuse or Corruption," 82 Fed. Reg. 60839 (December 26, 2017). (U)

(U) Exhibit 2:    Non-Responsive

(U//~~FOUO~~) Exhibit 3:    ███████████████

(U) Exhibit 4:    Non-Responsive

(U//~~FOUO~~) Exhibit 5:    ███████████████

(U//~~FOUO~~) Exhibit 6:    Non-Responsive

(U//~~FOUO~~) Exhibit 7:    ███████████████

(U//~~FOUO~~) Exhibit 8:    ███████████████

(U//~~FOUO~~) Exhibit 9:    Non-Responsive

(U//~~FOUO~~) Exhibit 10:    ███████████████

(U//~~FOUO~~) Exhibit 11:    ███████████████

(U//~~FOUO~~) Exhibit 12:    ███████████████

(U) Exhibit 13:    *PeoplePill.com*, "DELYAN PEEVSKI," accessed October 5, 2020. (U)

(U//~~FOUO~~) Exhibit 14:    ███████████████

~~SECRET~~ █████████████████

12

SECRET █████████████████████

(U//FOUO) Exhibit 15:   ████████████████████████ (S ████████████

(U) Exhibit 16:   PeoplePill.com, "ABOUT PEOPLEPILL.COM," accessed December 18, 2020. (U)

(U) Exhibit 17:   Non-Responsive

SECRET ███████████████████



## Presidential Documents

Executive Order 13818 of December 20, 2017

### Blocking the Property of Persons Involved in Serious Human Rights Abuse or Corruption

By the authority vested in me as President by the Constitution and the laws of the United States of America, including the International Emergency Economic Powers Act (50 U.S.C. 1701 *et seq.*) (IEEPA), the National Emergencies Act (50 U.S.C. 1601 *et seq.*) (NEA), the Global Magnitsky Human Rights Accountability Act (Public Law 114–328) (the "Act"), section 212(f) of the Immigration and Nationality Act of 1952 (8 U.S.C. 1182(f)) (INA), and section 301 of title 3, United States Code,

I, DONALD J. TRUMP, President of the United States of America, find that the prevalence and severity of human rights abuse and corruption that have their source, in whole or in substantial part, outside the United States, such as those committed or directed by persons listed in the Annex to this order, have reached such scope and gravity that they threaten the stability of international political and economic systems. Human rights abuse and corruption undermine the values that form an essential foundation of stable, secure, and functioning societies; have devastating impacts on individuals; weaken democratic institutions; degrade the rule of law; perpetuate violent conflicts; facilitate the activities of dangerous persons; and undermine economic markets. The United States seeks to impose tangible and significant consequences on those who commit serious human rights abuse or engage in corruption, as well as to protect the financial system of the United States from abuse by these same persons.

I therefore determine that serious human rights abuse and corruption around the world constitute an unusual and extraordinary threat to the national security, foreign policy, and economy of the United States, and I hereby declare a national emergency to deal with that threat.

I hereby determine and order:

Section 1. (a) All property and interests in property that are in the United States, that hereafter come within the United States, or that are or hereafter come within the possession or control of any United States person of the following persons are blocked and may not be transferred, paid, exported, withdrawn, or otherwise dealt in:

(i) the persons listed in the Annex to this order;

(ii) any foreign person determined by the Secretary of the Treasury, in consultation with the Secretary of State and the Attorney General:

(A) to be responsible for or complicit in, or to have directly or indirectly engaged in, serious human rights abuse;

(B) to be a current or former government official, or a person acting for or on behalf of such an official, who is responsible for or complicit in, or has directly or indirectly engaged in:

(1) corruption, including the misappropriation of state assets, the expropriation of private assets for personal gain, corruption related to government contracts or the extraction of natural resources, or bribery; or

(2) the transfer or the facilitation of the transfer of the proceeds of corruption;

(C) to be or have been a leader or official of:

GLOMAG-23653 0043

EXHIBIT 1

60840    Federal Register / Vol. 82, No. 246 / Tuesday, December 26, 2017 / Presidential Documents

(1) an entity, including any government entity, that has engaged in, or whose members have engaged in, any of the activities described in subsections (ii)(A), (ii)(B)(1), or (ii)(B)(2) of this section relating to the leader's or official's tenure; or

(2) an entity whose property and interests in property are blocked pursuant to this order as a result of activities related to the leader's or official's tenure; or

(D) to have attempted to engage in any of the activities described in subsections (ii)(A), (ii)(B)(1), or (ii)(B)(2) of this section; and

(iii) any person determined by the Secretary of the Treasury, in consultation with the Secretary of State and the Attorney General:

(A) to have materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services to or in support of:

(1) any activity described in subsections (ii)(A), (ii)(B)(1), or (ii)(B)(2) of this section that is conducted by a foreign person;

(2) any person whose property and interests in property are blocked pursuant to this order; or

(3) any entity, including any government entity, that has engaged in, or whose members have engaged in, any of the activities described in subsections (ii)(A), (ii)(B)(1), or (ii)(B)(2) of this section, where the activity is conducted by a foreign person;

(B) to be owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, any person whose property and interests in property are blocked pursuant to this order; or

(C) to have attempted to engage in any of the activities described in subsections (iii)(A) or (B) of this section.

(b) The prohibitions in subsection (a) of this section apply except to the extent provided by statutes, or in regulations, orders, directives, or licenses that may be issued pursuant to this order, and notwithstanding any contract entered into or any license or permit granted before the effective date of this order.

Sec. 2. The unrestricted immigrant and nonimmigrant entry into the United States of aliens determined to meet one or more of the criteria in section 1 of this order would be detrimental to the interests of the United States, and the entry of such persons into the United States, as immigrants or nonimmigrants, is hereby suspended. Such persons shall be treated as persons covered by section 1 of Proclamation 8693 of July 24, 2011 (Suspension of Entry of Aliens Subject to United Nations Security Council Travel Bans and International Emergency Economic Powers Act Sanctions).

Sec. 3. I hereby determine that the making of donations of the types of articles specified in section 203(b)(2) of IEEPA (50 U.S.C. 1702(b)(2)) by, to, or for the benefit of any person whose property and interests in property are blocked pursuant to this order would seriously impair my ability to deal with the national emergency declared in this order, and I hereby prohibit such donations as provided by section 1 of this order.

Sec. 4. The prohibitions in section 1 include:

(a) the making of any contribution or provision of funds, goods, or services by, to, or for the benefit of any person whose property and interests in property are blocked pursuant to this order; and

(b) the receipt of any contribution or provision of funds, goods, or services from any such person.

Sec. 5. (a) Any transaction that evades or avoids, has the purpose of evading or avoiding, causes a violation of, or attempts to violate any of the prohibitions set forth in this order is prohibited.

(b) Any conspiracy formed to violate any of the prohibitions set forth in this order is prohibited.

Sec. 6. For the purposes of this order:

GLOMAG-23653 0044

EXHIBIT 1

Federal Register / Vol. 82, No. 246 / Tuesday, December 26, 2017 / Presidential Documents **60841**

(a) the term "person" means an individual or entity;

(b) the term "entity" means a partnership, association, trust, joint venture, corporation, group, subgroup, or other organization; and

(c) the term "United States person" means any United States citizen, permanent resident alien, entity organized under the laws of the United States or any jurisdiction within the United States (including foreign branches), or any person in the United States.

Sec. 7. For those persons whose property and interests in property are blocked pursuant to this order who might have a constitutional presence in the United States, I find that because of the ability to transfer funds or other assets instantaneously, prior notice to such persons of measures to be taken pursuant to this order would render those measures ineffectual. I therefore determine that for these measures to be effective in addressing the national emergency declared in this order, there need be no prior notice of a listing or determination made pursuant to this order.

Sec. 8. The Secretary of the Treasury, in consultation with the Secretary of State, is hereby authorized to take such actions, including adopting rules and regulations, and to employ all powers granted to me by IEEPA and the Act as may be necessary to implement this order and section 1263(a) of the Act with respect to the determinations provided for therein. The Secretary of the Treasury may, consistent with applicable law, redelegate any of these functions to other officers and agencies of the United States. All agencies shall take all appropriate measures within their authority to implement this order.

Sec. 9. The Secretary of State is hereby authorized to take such actions, including adopting rules and regulations, and to employ all powers granted to me by IEEPA, the INA, and the Act as may be necessary to carry out section 2 of this order and, in consultation with the Secretary of the Treasury, the reporting requirement in section 1264(a) of the Act with respect to the reports provided for in section 1264(b)(2) of that Act. The Secretary of State may, consistent with applicable law, redelegate any of these functions to other officers and agencies of the United States consistent with applicable law.

Sec. 10. The Secretary of the Treasury, in consultation with the Secretary of State and the Attorney General, is hereby authorized to determine that circumstances no longer warrant the blocking of the property and interests in property of a person listed in the Annex to this order, and to take necessary action to give effect to that determination.

Sec. 11. The Secretary of the Treasury, in consultation with the Secretary of State, is hereby authorized to submit recurring and final reports to the Congress on the national emergency declared in this order, consistent with section 401(c) of the NEA (50 U.S.C. 1641(c)) and section 204(c) of IEEPA (50 U.S.C. 1703(c)).

Sec. 12. This order is effective at 12:01 a.m., Eastern Standard Time, December 21, 2017.

**EXHIBIT 1**

**60842**   Federal Register / Vol. 82, No. 246 / Tuesday, December 26, 2017 / Presidential Documents

Sec. 13. This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

THE WHITE HOUSE,
*December 20, 2017.*

Billing code 3295-F8-P

GLOMAG-23653 0046

4

EXHIBIT 1

Federal Register/Vol. 82, No. 246/Tuesday, December 26, 2017/Presidential Documents    60843

## ANNEX

1. Mukhtar Hamid Shah; Date of Birth (DOB) ███████████
   alt. DOB ███████████   nationality, Pakistan

2. Angel Rondon Rijo; DOB ███████████   nationality,
   Dominican Republic

3. Dan Gertler; DOB ███████████   nationality, Israel;
   alt. nationality, Democratic Republic of the Congo

4. Maung Maung Soe; DOB ███████   nationality, Burma

5. Yahya Jammeh; DOB ███████████   nationality, The Gambia

6. Sergey Kusiuk; DOB ███████████   nationality,
   Ukraine; alt. nationality, Russia

7. Benjamin Bol Mel; DOB ███████████   alt. DOB ███████████
   ████████   nationality, South Sudan; alt. nationality,
   Sudan

8. Julio Antonio Juárez Ramírez; DOB ███████████
   nationality, Guatemala

9. Goulnora Islamovna Karimova; DOB ███████████
   nationality, Uzbekistan

10. Slobodan Tesic; DOB ███████████   nationality,
    Serbia

11. Artem Yuryevich Chayka; DOB ███████████
    nationality, Russia

12. Gao Yan; DOB ███████████   nationality, China

13. Roberto Jose Rivas Reyes; DOB ███████████   nationality,
    Nicaragua

[FR Doc. 2017-27925
Filed 12-22-17; 8:45 am]
Billing code 3295-F8-C

GLOMAG-23653 0047

Exhibit 2 Withheld in Full

Non-Responsive

Bates: GLOMAG-23653 0048–0049

Exhibit 3 Withheld in Full

Bates: GLOMAG-23653 0050–0052

Exhibit 4 Withheld in Full

Non-Responsive

Bates: GLOMAG-23653 0053–0056

Exhibit 5 Withheld in Full

Bates: GLOMAG-23653 0057–0059

Exhibit 6 Withheld in Full

Non-Responsive

Bates: GLOMAG-23653 0060–0063

Exhibit 7 Withheld in Full

Non-Responsive

Bates: GLOMAG-23653 0064–0066

Exhibit 8 Withheld in Full

Bates: GLOMAG-23653 0067–0069

Exhibit 9 Withheld in Full

Non-Responsive

Bates: GLOMAG-23653 0070–0073

Exhibit 10 Withheld in Full

Bates: GLOMAG-23653 0074–0077

Exhibit 11 Withheld in Full

Bates: GLOMAG-23653 0078–0080

Exhibit 12 Withheld in Full

Bates: GLOMAG-23653 0081–0084

About Delyan Peevski: Politician from Bulgaria (1980 ) | Biography, Facts, Career, Wiki, Life

EXHIBIT 13

PEOPLE PILL

STORIES   LISTS   BROWSE   TRENDING

PEOPLE / DELYAN PEEVSKI

DELYAN PEEVSKI



**POLITICIAN FROM BULGARIA**

BIOGRAPHY **LISTS** **NEWS** **ALSO VIEWED**

**THE BASICS**

| QUICK FACTS | |
|---|---|
| Intro | Politician from Bulgaria |
| Is | Politician   Lawyer |
| From | Bulgaria |
| Type | Law   Politics |
| Gender | Male |
| Birth | Sofia |
| Age | 40 years |
| Family | Mother:   Irena Krastewa |
| | Spouse:   Cvetelina Yaneva |

**THE DETAILS**

**BIOGRAPHY**

GLOMAG-23653 0085
https://peoplepill.com/people/delyan peevski/

1

1/9

EXHIBIT 13

A

# About Delyan Peevski: Politician from Bulgaria (1980-) | Biography, Facts, Career, Wiki, Life

The details

## Biography

Delyan Slavchev Peevski (Bulgarian: Делян Славчев Пеевски) (born ███████ is a Bulgarian lawyer, entrepreneur, media mogul and politician. He serves as MP from the parliamentary group of the DPS in the 41st and 42nd National Assembly. Along with his mother, Irena Krasteva, Peevski owns print and TV media outlets. The official owner of such is only Krasteva, who is also co-owner of the largest printing company in Bulgaria - IPK "Rodina".Peevski graduated from 119 SOU in Sofia in 1998 and completed his legal studies at the South-West University in 2003.According to Radio Bulgaria in March 2016, Peevski is "the undisputed media mogul of Bulgaria." He owns more than 20 newspapers, TV channels, radio stations and magazines.

## Political career

In 2001, Peevski joined the National Movement Simeon II (NMSII). He has been a member of DPS since 2009. In 2007, he was fired as a deputy minister during the Socialist-led government in a corruption scandal. He was investigated, but the investigation was dropped and he was given his job back.

In June 2013, Peevski was elected President of the State Agency for National Security, with the votes of 116 MPs. Thousands of Bulgarians gathered in front of government headquarters in Sofia to protest Peevski's appointment, chanting "Mafia" and "resign." Under the pressure of the protests against the Oresharski cabinet that followed, Parliament unanimously revised its decision later the same month. The case became widely known in the entire European Union.

After a couple of months of lack of clarity whether under these conditions Peevski was still considered an MP or not, eventually in December 2013 the Constitutional Court decided that he still was an MP.

GLOMAG-23653 0086

2

EXHIBIT 13

In May 2014, Peevski was elected to the European Parliament on the
MRF ticket, but immediately thereafter decided to give up his seat. He
explained that his motivation to participate in the European elections,
while not taking his seat, had been to restore his reputation.

In mid June 2014, three people were arrested due to their
involvement in an alleged murder plot against Peevski, but they were
eventually released because of a lack of sufficient evidence. The
Bulgarian prosecution service arrested innocent men and put them
on TV, presenting them as people hired by Corpbank owner Tzvetan
Vassilev. On the same day that the three innocent men were paraded
on Bulgarian TV as supposed murderers hired by Vassilev, the
Bulgarian prosecutor's office raided offices affiliated with Corporate
Commercial Bank, the fourth largest bank and one of the most
successful banks in Bulgaria.

## Role in Corporate Commercial Bank closure

In June 2014, a panic caused a run on Corporate Commercial Bank
("CorpBank") in Bulgaria. According to *Politico*, the panic "appears to
have been triggered when Delyan Peevski ... pulled out massive
amounts of money from Corporate Commercial Bank." The run
resulted in the bank being taken over by the Bulgaria National Bank
(the country's central bank). At the time media reports said that the
bank's closing was due to a dispute between bank owner Tzvetan
Vassilev and Peevski. Vassilev told a *Forbes* reporter, "Delyan Peevski
is simply one of the main tools that the Bulgarian political mafia uses
to blackmail Bulgarian business—the visible part of a rather large
iceburg of corruption." By the visible part, Vassilev was referring to
Peevski's media empire and Peevski's ability to use media assets
such as newspapers and TV stations to create negative public
opinion about the bank. Vassilev said that the political mafia had
tried to "downgrade what happened to Corpbank to a personal
conflict between Mr. Peevski and me, which is utterly untrue."

"The claim that I had tried to organize Mr. Peevski's murder was
subsequently disproved in court, but it was too late—more than 20%
of CorpBank's assets were withdrawn in cash in the span of 4 days,"
Vassilev said.

The run on CorpBank coincided with a run on another bank, First
Investment Bank ("FI Bank"). Media reports and social media
messages helped cause the run on both banks. However, the
Bulgaria National Bank shut down CorpBank while keeping FI Bank
open with emergency liquidity. According to Nikolay Staykov of the
Bulgarian Protest Network, CorpBank was brought down by the
government in order to remove Vassilev, while the government
protected FI Bank—the bank that Peevski moved his money into. "But

GLOMAG-23653 0087

3

EXHIBIT 13

as this whole affair is really a fight to the death between Vassilev and
Peevski, it is hard not to conclude that Bulgarian institutions are
partisan." The Bulgarian judicial system and prosecutor's office are
known to be corrupt and partisan, according to *Forbes*.

> "The removal of Vassilev from the scene leaves Peevski in
> effective control not only of Bulgarian media and secret services,
> but of its banking sector too. Such concentration of power is a
> cause for concern in a supposedly democratic country."

## Media and business empire

### Protests of business relationship with government

In the summer of 2013, tens of thousands of Bulgarians protested
daily in the streets demanding the resignation of the entire
government due to questions about public trust. Peevski's short lived
appointment as head of the national security agency was just one
issue the protesters were angry about. A larger issue was the
government's reliance on "Mr. Peevski's media group for survival,"
according to *The Economist*.

### Size and scope

As of 2013, Peevski's media empire controlled six of the 12 largest
circulating newspapers. It also had a monopoly on newspaper
distribution and digital TV channels. By 2016, the number of
newspapers he owned increased to more than 20.

In 2016, he also owned several construction companies and was the
owner of Bulgartabac, the biggest manufacturer and seller of
tobacco and related products. "The Turkish Financial Crime
Investigation Board (MASAK) and the Turkish Ministry of Customs
and Trade on their part accused Bulgartabac of being one of the
biggest cigarette smuggling entities in Turkey and of being closely
allied to the banned Kurdistan Workers' Party, the PKK, which is on
the European list of terrorist organizations," according to Radio
Bulgaria.

### Downfall

In early 2016, Peevski published a letter to the media where he said
he would no longer start any new business projects in Bulgaria. He
said his decision was due to an "ongoing 'smear' campaign" and
political pressure.

In an analysis, Radio Bulgaria said it was difficult to pinpoint why
Peevski was downsizing his business empire. However, they wrote:

4

3/4

10/6/2020

EXHIBIT 13

"Still, some analysts say there is a connection between the shocks tearing across the Peevski conglomerate and the bankruptcy, two years ago, of the Corporate Commercial Bank with majority owner, Peevksi's own former business partner and friend Tsvetan Vasilev. There is ample evidence that it was precisely the crediting from that bank that helped Delyan Peevksi build his media empire, stone by stone, an empire that has been putting out tentacles into many other economic sectors and spheres. But the cheap (free?) financing is now gone and the media market is not particularly lucrative."

The contents of this page are sourced from Wikipedia article. The contents are available under the CC BY-SA 4.0 license.
Spotted a mistake? Let us know.
Add some information about Delyan Peevski
Defamatory or malevolent submissions will be removed
Add an image to Delyan Peevski 's image gallery



GLOMAG-23653 0089

5

Exhibit 14 Withheld in Full

Bates: GLOMAG-23653 0090

Exhibit 15 Withheld in Full

Bates: GLOMAG-23653 0091–0092

12/18/2020

About peoplepill.com

EXHIBIT 16

PEOPLE PILL

STORIES   LISTS   BROWSE   TRENDING

PAGE LAST UPDATED ON 01/01/2020

ABOUT PEOPLEPILL.COM

### What is peoplepill.com?

Peoplepill.com, owned and operated by Prong Media New York, publishes news and biographical information about people in the news.

### Why can't I edit an existing profile?

We do not allow users to edit an existing profile to prevent vandalism.

### How are the "trending people" determined?

The list of trending people is based on the number of views on a profile page and signals from Twitter, Facebook, Google and Bing.

### How are "people also viewed these people" determined?

The list is based on aggregated user click behavior, search behavior, and on a person's family connections, work relationships, explicit attributes such as work type, age, etc.

### How can I contact you?

Please use the contact form on Contact page.



Exhibit 17 Withheld in Full

Non-Responsive

Bates: GLOMAG-23653 0094–0098

## Evidentiary Memorandum Review Sheet

Name:          GLOMAG-19961
               Designation of Delyan Peevski Derivatives

Drafted:       ██████████████████████

               Sanctions Investigator
               Human Rights and Corruption Section

Approved:      ██████████████████████████████          Electronically Cleared
                                                        on 05/05/2021
               Acting Section Chief
               Human Rights and Anti-Corruption Section

               ██████████████████████████████

               Assistant Director
               Office of Global Targeting
                                                        Electronically Cleared
               Ripley Quinby                            on 05/25/2021
               Acting Associate Director
               Office of Global Targeting

               ██████████████████████████████          Electronically Cleared
                                                        on 05/11/2021
               Office of Chief Counsel

               Brad Smith                               Electronically Cleared
               Deputy Director                          on 05/25/2021
               Office of Foreign Assets Control



**UNCLASSIFIED**

**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C.

(U) Case ID: GLOMAG-19961

## OFFICE OF FOREIGN ASSETS CONTROL

### EVIDENTIARY MEMORANDUM

(U) MEMORANDUM FOR: Bradley Smith
Acting Director
Office of Foreign Assets Control

(U) THROUGH: Ripley Quinby
Acting Deputy Associate Director
Office of Global Targeting

███████████████
Assistant Director
Office of Global Targeting

(U) FROM: ████████████████████████████████
Section Chief
Human Rights and Anti-Corruption Section

████████████████████████████████
Sanctions Investigator
Human Rights and Anti-Corruption Section

(U) SUBJECT: **INT LTD EOOD, INTRUST PLC EAD, BM SYSTEMS EAD, INT INVEST EOOD, INTTRAFIK EOOD,** and **REAL ESTATES INT LTD EOOD**: Designations Pursuant to Executive Order 13818 of December 20, 2017, "Blocking the Property of Persons Involved in Serious Human Rights Abuse or Corruption."

## (U) I. **INTRODUCTION**

(U) On December 20, 2017, the President issued Executive Order 13818, "Blocking the Property of Persons Involved in Serious Human Rights Abuse or Corruption," ("E.O. 13818" or the "Order"). [Exhibit 1]

(U) The Order blocks the property and interests in property of any person determined by the Secretary of the Treasury, in consultation with the Secretary of State and the Attorney General, to meet one or more of the criteria in the Order. [Exhibit 1, pp. 1–2]

**UNCLASSIFIED**

1

UNCLASSIFIED

(U) Information presented in this memorandum and the accompanying exhibits provides reason to believe that **INT LTD EOOD and INTRUST PLC EAD** are owned or controlled by, or have acted or purported to act for or on behalf of, directly or indirectly, **Delyan Peevski (Peevski)**,[1] a person proposed for concurrent designation pursuant to the Order, and therefore should be added to the list of Specially Designated Nationals and Blocked Persons ("SDN List").[2]

(U) Information presented in this memorandum and the accompanying exhibits provides reason to believe that **BM SYSTEMS EAD, INT INVEST EOOD, INTTRAFIK EOOD**, and **REAL ESTATES INT LTD EOOD** are owned or controlled by, or have acted or purported to act for or on behalf of, directly or indirectly, **INTRUST PLC EAD**, an entity proposed for concurrent designation pursuant to the Order, and therefore should be added to the SDN List.

(U) II. <u>**IDENTIFYING INFORMATION**</u>

1. (U)   **INT LTD EOOD (Entity)** [Exhibit 2, p. 1]
   (U)   Address: 119 Ul. Ekzarh Yosif Str., R-N Oborishte Distr, Sofia, Bulgaria 1527 [Exhibit 3, p. 1]
   (U)   Address: 79, Ralevitsa Str., Vitosha Distr., Sofia, 1618, Stolichna, Bulgaria [Exhibit 15, p. 1]
   (U)   V.A.T./Tax Register Number: BG204589523 (Bulgaria) [Exhibit 2, p. 4]
   (U)   Established Date: 2017 [Exhibit 2, p. 1]

2. (U)   **INTRUST PLC EAD (Entity)** [Exhibit 4, p. 1]
   (U)   AKA: Intrust EAD [Exhibit 6, p. 1]
   (U)   Address: 119 Ekzarh Yosif Str./blvd., R-N Oborishte Distr, Sofia, Bulgaria 1527 [Exhibit 5, p. 1]
   (U)   Address: 79, Ralevitsa Str., Vitosha Distr., Sofia, 1618, Stolichna, Bulgaria [Exhibit 16, p. 1]
   (U)   Trade Register Number: 204589733 (Bulgaria) [Exhibit 4, p. 4]
   (U)   Company ID: 485100GBI2SE0KIX8T70 [Exhibit 4, p. 4]
   (U)   Established Date: 2017 [Exhibit 4, p. 1]

3. (U)   **BM SYSTEMS EAD (Entity)** [Exhibit 7, p. 1]
   (U)   Address: 119 Ekzarh Yosif Str./blvd., Oborishte Distr., Sofia, Bulgaria 1527 [Exhibit 8, p. 1]
   (U)   Trade Register Number: 131382912 (Bulgaria) [Exhibit 7, p. 4]
   (U)   Established Date: 2007 [Exhibit 7, p. 1]

4. (U)   **INT INVEST EOOD (Entity)** [Exhibit 9, p. 1]
   (U)   Address: 119 Ekzarh Yosif Str./blvd., Oborishte Distr., Sofia, Bulgaria 1527 [Exhibit 10, p. 1]
   (U)   Address: 79, Ralevitsa Str./blvd., Vitosha Distr., Sofia, 1618, Stolichna, Bulgaria [Exhibit 21, p. 1]

---

[1] (U) **Peevski** is proposed for concurrent designation in evidentiary memorandum GLOMAG-19960.
[2] (U) The name of the targets proposed for designation will appear in **BOLD CAPITAL** letters, and the name of the target proposed for concurrent designation will appear in **bold sentence case** letters.

UNCLASSIFIED

2

UNCLASSIFIED

- (U) V.A.T./Tax Register Number: BG205535941 (Bulgaria) [Exhibit 9, p. 2]
- (U) Established Date: 2019 [Exhibit 9, p. 1]

5. (U) **INTTRAFIK EOOD (Entity)** [Exhibit 11, p. 1]
- (U) AKA: Inttraffic EOOD [Exhibit 12, p. 1]
- (U) Address: 119 Ekzarh Yosif Str., Oborishte Distr., Sofia, Bulgaria 1527 [Exhibit 12, p. 1]
- (U) Address: 102, Balgaria blvd., Vitosha Distr., Apt. 59, Sofia, 1618, Stolichna, Bulgaria [Exhibit 19, p. 1]
- (U) V.A.T./Tax Register Number: BG205244843 (Bulgaria) [Exhibit 11, p. 4]
- (U) Established Date: 2018 [Exhibit 11, p. 1]

6. (U) **REAL ESTATES INT LTD EOOD (Entity)** [Exhibit 13, p. 1]
- (U) Address: 119 Ul. Ekzarh Yosif str., R-N Oborishte Distr., Sofia, Bulgaria 1527 [Exhibit 14, p. 1]
- (U) Address: 79, Ralevitsa Str., Vitosha Distr., Sofia, 1618, Stolichna, Bulgaria [Exhibit 20, p. 1]
- (U) V.A.T./Tax Register Number: BG204930572 (Bulgaria) [Exhibit 13, p. 3]
- (U) Established Date: 2018 [Exhibit 13, p. 1]

## (U) III. BASES FOR DETERMINATIONS

### 1. (U) INT LTD EOOD (Entity) (ILE)

(U) **ILE** *is owned or controlled by, or has acted or purported to act for or on behalf of, directly or indirectly,* **Peevski,** *an individual concurrently proposed for designation pursuant to the Order.*

(U) According to a Bureau van Dijk Orbis[3] (Orbis) profile of ILE accessed on December 14, 2020, with information updated as of November 2020, ILE is involved in the buying and selling of real estate. [Exhibit 2, p. 3] According to the profile, Peevski is the beneficial owner, ultimate owner, and 100 percent shareholder of ILE. The profile states the company has no other ultimate beneficial owners. [Exhibit 2, pp. 25–26][4]

---

[3] (U) Orbis describes itself as the world's most powerful comparable data resource on private companies with information on more than 375 million companies across the globe. [Exhibit 17, p. 9]

[4] (U) According to the aforementioned Orbis profile of ILE accessed on December 14, 2020, with information updated as of November 2020, the definition of an ultimate owner is the path from the company to its ultimate owner is minimum 50.01 percent. Orbis considers a company the ultimate owner if there are no identified shareholders or if the shareholder percentage is not known. [Exhibit 2, p. 25] According to the same profile, the definition of a beneficial owner is the minimum percentage of ownership at first level is 10.00 percent, the minimum percentage at further levels is 50.01 percent. Orbis also considers any individual at the top of a path who has an unknown percentage of ownership. Orbis also considers any individual at the top of a path who has a percentage of minimum 10.00 percent (with the requested 50.01 percent at all other levels). Beneficial owners from register are not subject to the defined thresholds. [Exhibit 2, p. 26]

UNCLASSIFIED

3

UNCLASSIFIED

(U) ██████ Business Confidential ██████ [Exhibit 3, p. 3]

(U) OFAC assesses that the **Peevski** referenced in exhibits 2 and 3 is the **Peevski** being proposed for concurrent designation on the basis of a three-part name match, "Delyan Slavchev Peevski", in both instances.

   2. (U) **INTRUST PLC EAD (Entity) (IPE)**

      (U) *IPE is owned or controlled by, or has acted or purported to act for or on behalf of, directly or indirectly,* **Peevski,** *an individual concurrently proposed for designation pursuant to the Order.*

(U) According to an Orbis profile of **IPE** accessed on December 14, 2020, with information updated as of November 2020, **IPE** is involved in the buying and selling of real estate. [Exhibit 4, p. 3]  According to the profile, **Peevski** is the beneficial owner and 100 percent shareholder of **IPE**. [Exhibit 4, pp. 27–28]

(U) ██████ Business Confidential ██████ [Exhibit 5, p. 3]

(U) According to a December 15, 2020 *SeeNews*[6] profile on **IPE**, with information updated as of February 6, 2020, **Peevski**[7] owns 100 percent of **IPE**. [Exhibit 6, p. 4]

(U) OFAC assesses that the **Peevski** referenced in exhibits 4 and 5 is the **Peevski** being proposed for concurrent designation on the basis of a three-part name match, "Delyan Slavchev Peevski", in both instances.  OFAC additionally assesses that the **Peevski** referenced in Exhibit 6 is also the **Peevski** being proposed for concurrent designation though the name listed is "Delian Slavchev Peevski" on the basis of a two-part name match and corresponding ownership documents in exhibits 4 and 5 showing **Peevski's** ownership under correct spelling.

   3. (U) **BM SYSTEMS EAD (Entity) (BSE)**

      (U) *BSE is owned or controlled by, or has acted or purported to act for or on behalf of, directly or indirectly,* **IPE,** *an entity concurrently proposed for designation pursuant to the Order.*

(U) According to an Orbis profile of **BSE** accessed on December 14, 2020, with information updated as of November 2020, **BSE** is involved in other business support service activities. [Exhibit 7, p. 3]  According to the same profile, **IPE** owns 100 percent, and is the 100 percent shareholder, of **BSE**. [Exhibit 7, pp. 27–28]

---

[5] (U) D&B GRS for Government describes itself as a platform that allows analysts to gain access to the D&B Data Cloud, the world's most comprehensive business data and analytics. [Exhibit 18, p. 1]

[6] (U) *SeeNews* describes itself as the complete guide to the emerging economies of Southeast Europe with the latest news, market intelligence, industry analyses, and on-demand research. [Exhibit 6, p. 6]

[7] (U) Exhibit 6 misspells **Peevski** as "Delian Slavchev Peevski." [Exhibit 6, p. 4]

UNCLASSIFIED

4

**UNCLASSIFIED**

(U) **Business Confidential**

[Exhibit 8, p. 1]

4. (U) **INT INVEST EOOD (Entity) (IIE)**

(U) **IIE** *is owned or controlled by, or has acted or purported to act for or on behalf of, directly or indirectly,* **IPE,** *an entity concurrently proposed for designation pursuant to the Order.*

(U) **Business Confidential**

[Exhibit 10, p. 1]
[Exhibit 10, p. 3]

(U) According to an Orbis profile of **IIE** accessed on December 14, 2020, with information updated as of December 11, 2020, **IPE** owns 100 percent, and is the 100 percent shareholder, of **IIE**. [Exhibit 9, p. 11]

5. (U) **INTTRAFIK EOOD (Entity) (IE)**

(U) **IE** *is owned or controlled by, or has acted or purported to act for or on behalf of, directly or indirectly,* **IPE,** *an entity concurrently proposed for designation pursuant to the Order.*

(U) According to an Orbis profile of **IE** accessed on December 14, 2020, with information updated as of November 2020, **IE** is involved in business services. [Exhibit 11, p. 3]  According to the same profile, **IPE** owns 100 percent, and is the 100 percent shareholder, of **IE**. [Exhibit 11, p. 27]

(U) **Business Confidential**

[Exhibit 12, p. 3]

6. (U) **REAL ESTATES INT LTD EOOD (Entity) (REILE)**

(U) **REILE** *is owned or controlled by, or has acted or purported to act for or on behalf of, directly or indirectly,* **IPE,** *an entity concurrently proposed for designation pursuant to the Order.*

(U) According to an Orbis profile of **REILE** accessed on December 14, 2020, with information updated as of November 2020, **REILE** is involved in buying and selling of own real estate. [Exhibit 13, p. 2]  According to the same profile, **IPE** owns 100 percent, and is the 100  percent shareholder, of **REILE**. [Exhibit 13, p. 26]

(U) **Business Confidential**

[Exhibit 14, p. 3]

UNCLASSIFIED

## (U) LIST OF EXHIBITS

(U) Exhibit 1: Executive Order 13818 of December 20, 2017, "Blocking the Property of People Involved in Serious Human Rights Abuse or Corruption," 82 Fed. Reg. 60839 (December 26, 2017). (U)

(U) Exhibit 2: Orbis, INT LTD EOOD, BvD ID BG204589523, available at https://orbis.bvdinfo.com/, accessed December 14, 2020. (U)

(U) Exhibit 3: Dun & Bradstreet, INT LTD EOOD, DUNS #50-754-6529, accessed December 15, 2020. (U)

(U) Exhibit 4: Orbis, INTRUST PLC EAD, BvD ID BG204589733, available at https://orbis.bvdinfo.com/, accessed December 14, 2020. (U)

(U) Exhibit 5: Dun & Bradstreet, INTRUST PLC EAD, DUNS #50-754-6555, accessed December 15, 2020. (U)

(U) Exhibit 6: SeeNews.com, "Intrust EAD," accessed on December 15, 2020, available at https://seenews.com/companies/company_profile/intrust-ead-613464#ownership. (U)

(U) Exhibit 7: Orbis, BM SYSTEMS EAD, BvD ID BG131382912, available at https://orbis.bvdinfo.com/, accessed December 14, 2020. (U)

(U) Exhibit 8: Dun & Bradstreet, BM SYSTEMS EAD, DUNS #67-306-3954, accessed December 14, 2020. (U)

(U) Exhibit 9: Orbis, INT INVEST EOOD, BvD ID BG205535941, available at https://orbis.bvdinfo.com/, accessed December 14, 2020. (U)

(U) Exhibit 10: Dun & Bradstreet, INT INVEST EOOD, DUNS #52-441-4553, accessed December 15, 2020. (U)

(U) Exhibit 11: Orbis, INTTRAFIK EOOD, BvD ID BG205244843, available at https://orbis.bvdinfo.com/, accessed December 14, 2020. (U)

(U) Exhibit 12: Dun & Bradstreet, INTTRAFFIC EOOD, DUNS #52-437-5632, accessed December 15, 2020. (U)

(U) Exhibit 13: Orbis, REAL ESTATES INT LTD EOOD, BvD ID BG204930572, available at https://orbis.bvdinfo.com/, accessed December 14, 2020. (U)

(U) Exhibit 14: Dun & Bradstreet, REAL ESTATES INT LTD EOOD, DUNS #50-758-8914, accessed December 15, 2020. (U)

(U) Exhibit 15: Dun & Bradstreet, INT LTD EOOD, DUNS #50-754-6529, accessed December 21, 2020. (U)

(U) Exhibit 16: Dun & Bradstreet, INTRUST PLC EAD, DUNS #50-754-6555, accessed December 21, 2020. (U)

UNCLASSIFIED

6

UNCLASSIFIED

(U) Exhibit 17:     Orbis, "Private company information – Orbis," available at
https://www.bvdinfo.com/en-us/. (U)

(U) Exhibit 18:     Dun & Bradstreet, "Global Reference Solution for Government," available
at https://www.dnb.com/products/government/grs.html. (U)

(U) Exhibit 19:     Dun & Bradstreet, INTTRAFFIC EOOD, DUNS #52-437-5632, accessed
December 21, 2020. (U)

(U) Exhibit 20:     Dun & Bradstreet, REAL ESTATES INT LTD EOOD, DUNS #50-758-
8914, accessed December 21, 2020. (U)

(U) Exhibit 21:     Dun & Bradstreet, INT INVEST EOOD, DUNS #52-441-4553, accessed
December 21, 2020. (U)

GLOMAG-23653 0106



## Presidential Documents

Executive Order 13818 of December 20, 2017

### Blocking the Property of Persons Involved in Serious Human Rights Abuse or Corruption

By the authority vested in me as President by the Constitution and the laws of the United States of America, including the International Emergency Economic Powers Act (50 U.S.C. 1701 *et seq.*) (IEEPA), the National Emergencies Act (50 U.S.C. 1601 *et seq.*) (NEA), the Global Magnitsky Human Rights Accountability Act (Public Law 114–328) (the "Act"), section 212(f) of the Immigration and Nationality Act of 1952 (8 U.S.C. 1182(f)) (INA), and section 301 of title 3, United States Code,

I, DONALD J. TRUMP, President of the United States of America, find that the prevalence and severity of human rights abuse and corruption that have their source, in whole or in substantial part, outside the United States, such as those committed or directed by persons listed in the Annex to this order, have reached such scope and gravity that they threaten the stability of international political and economic systems. Human rights abuse and corruption undermine the values that form an essential foundation of stable, secure, and functioning societies; have devastating impacts on individuals; weaken democratic institutions; degrade the rule of law; perpetuate violent conflicts; facilitate the activities of dangerous persons; and undermine economic markets. The United States seeks to impose tangible and significant consequences on those who commit serious human rights abuse or engage in corruption, as well as to protect the financial system of the United States from abuse by these same persons.

I therefore determine that serious human rights abuse and corruption around the world constitute an unusual and extraordinary threat to the national security, foreign policy, and economy of the United States, and I hereby declare a national emergency to deal with that threat.

I hereby determine and order:

Section 1. (a) All property and interests in property that are in the United States, that hereafter come within the United States, or that are or hereafter come within the possession or control of any United States person of the following persons are blocked and may not be transferred, paid, exported, withdrawn, or otherwise dealt in:

(i) the persons listed in the Annex to this order;

(ii) any foreign person determined by the Secretary of the Treasury, in consultation with the Secretary of State and the Attorney General:

(A) to be responsible for or complicit in, or to have directly or indirectly engaged in, serious human rights abuse;

(B) to be a current or former government official, or a person acting for or on behalf of such an official, who is responsible for or complicit in, or has directly or indirectly engaged in:

(1) corruption, including the misappropriation of state assets, the expropriation of private assets for personal gain, corruption related to government contracts or the extraction of natural resources, or bribery; or

(2) the transfer or the facilitation of the transfer of the proceeds of corruption;

(C) to be or have been a leader or official of:

GLOMAG-23653 0107

1

(1) an entity, including any government entity, that has engaged in, or whose members have engaged in, any of the activities described in subsections (ii)(A), (ii)(B)(1), or (ii)(B)(2) of this section relating to the leader's or official's tenure; or

(2) an entity whose property and interests in property are blocked pursuant to this order as a result of activities related to the leader's or official's tenure; or

(D) to have attempted to engage in any of the activities described in subsections (ii)(A), (ii)(B)(1), or (ii)(B)(2) of this section; and

(iii) any person determined by the Secretary of the Treasury, in consultation with the Secretary of State and the Attorney General:

(A) to have materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services to or in support of:

(1) any activity described in subsections (ii)(A), (ii)(B)(1), or (ii)(B)(2) of this section that is conducted by a foreign person;

(2) any person whose property and interests in property are blocked pursuant to this order; or

(3) any entity, including any government entity, that has engaged in, or whose members have engaged in, any of the activities described in subsections (ii)(A), (ii)(B)(1), or (ii)(B)(2) of this section, where the activity is conducted by a foreign person;

(B) to be owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, any person whose property and interests in property are blocked pursuant to this order; or

(C) to have attempted to engage in any of the activities described in subsections (iii)(A) or (B) of this section.

(b) The prohibitions in subsection (a) of this section apply except to the extent provided by statutes, provided in regulations, orders, directives, or licenses that may be issued pursuant to this order, and notwithstanding any contract entered into or any license or permit granted before the effective date of this order.

Sec. 2. The unrestricted immigrant and nonimmigrant entry into the United States of aliens determined to meet one or more of the criteria in section 1 of this order would be detrimental to the interests of the United States, and the entry of such persons into the United States, as immigrants or nonimmigrants, is hereby suspended. Such persons shall be treated as persons covered by section 1 of Proclamation 8693 of July 24, 2011 (Suspension of Entry of Aliens Subject to United Nations Security Council Travel Bans and International Emergency Economic Powers Act Sanctions).

Sec. 3. I hereby determine that the making of donations of the types of articles specified in section 203(b)(2) of IEEPA (50 U.S.C. 1702(b)(2)) by, to, or for the benefit of any person whose property and interests in property are blocked pursuant to this order would seriously impair my ability to deal with the national emergency declared in this order, and I hereby prohibit such donations as provided by section 1 of this order.

Sec. 4. The prohibitions in section 1 include:

(a) the making of any contribution or provision of funds, goods, or services by, to, or for the benefit of any person whose property and interests in property are blocked pursuant to this order; and

(b) the receipt of any contribution or provision of funds, goods, or services from any such person.

Sec. 5. (a) Any transaction that evades or avoids, has the purpose of evading or avoiding, causes a violation of, or attempts to violate any of the prohibitions set forth in this order is prohibited.

(b) Any conspiracy formed to violate any of the prohibitions set forth in this order is prohibited.

Sec. 6. For the purposes of this order:

(a) the term "person" means an individual or entity;

(b) the term "entity" means a partnership, association, trust, joint venture, corporation, group, subgroup, or other organization; and

(c) the term "United States person" means any United States citizen, permanent resident alien, entity organized under the laws of the United States or any jurisdiction within the United States (including foreign branches), or any person in the United States.

Sec. 7. For those persons whose property and interests in property are blocked pursuant to this order who might have a constitutional presence in the United States, I find that because of the ability to transfer funds or other assets instantaneously, prior notice to such persons of measures to be taken pursuant to this order would render those measures ineffectual. I therefore determine that for these measures to be effective in addressing the national emergency declared in this order, there need be no prior notice of a listing or determination made pursuant to this order.

Sec. 8. The Secretary of the Treasury, in consultation with the Secretary of State, is hereby authorized to take such actions, including adopting rules and regulations, and to employ all powers granted to me by IEEPA and the Act as may be necessary to implement this order and section 1263(a) of the Act with respect to the determinations provided for therein. The Secretary of the Treasury may, consistent with applicable law, redelegate any of these functions to other officers and agencies of the United States. All agencies shall take all appropriate measures within their authority to implement this order.

Sec. 9. The Secretary of State is hereby authorized to take such actions, including adopting rules and regulations, and to employ all powers granted to me by IEEPA, the INA, and the Act as may be necessary to carry out section 2 of this order and, in consultation with the Secretary of the Treasury, the reporting requirement in section 1264(a) of the Act with respect to the reports provided for in section 1264(b)(2) of that Act. The Secretary of State may, consistent with applicable law, redelegate any of these functions to other officers and agencies of the United States consistent with applicable law.

Sec. 10. The Secretary of the Treasury, in consultation with the Secretary of State and the Attorney General, is hereby authorized to determine that circumstances no longer warrant the blocking of the property and interests in property of a person listed in the Annex to this order, and to take necessary action to give effect to that determination.

Sec. 11. The Secretary of the Treasury, in consultation with the Secretary of State, is hereby authorized to submit recurring and final reports to the Congress on the national emergency declared in this order, consistent with section 401(c) of the NEA (50 U.S.C. 1641(c)) and section 204(c) of IEEPA (50 U.S.C. 1703(c)).

Sec. 12. This order is effective at 12:01 a.m., Eastern Standard Time, December 21, 2017.

**EXHIBIT 1**

**60842**   Federal Register / Vol. 82, No. 246 / Tuesday, December 26, 2017 / Presidential Documents

Sec. 13. This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

THE WHITE HOUSE,
*December 20, 2017.*

Billing code 3295–F8–P

**ANNEX**

1. Mukhtar Hamid Shah; Date of Birth (DOB) ▮▮▮▮▮▮▮▮▮▮▮
   alt. DOB ▮▮▮▮▮▮▮▮▮ nationality, Pakistan

2. Angel Rondon Rijo; DOB ▮▮▮▮▮▮▮ nationality,
   Dominican Republic

3. Dan Gertler; DOB ▮▮▮▮▮▮▮▮ nationality, Israel;
   alt. nationality, Democratic Republic of the Congo

4. Maung Maung Soe; DOB ▮▮▮▮▮ nationality, Burma

5. Yahya Jammeh; DOB ▮▮▮▮▮▮ nationality, The Gambia

6. Sergey Kusiuk; DOB ▮▮▮▮▮▮ nationality,
   Ukraine; alt. nationality, Russia

7. Benjamin Bol Mel; DOB ▮▮▮▮▮▮ alt. DOB ▮▮▮▮▮
   ▮▮▮▮ nationality, South Sudan; alt. nationality,
   Sudan

8. Julio Antonio Juárez Ramírez; DOB ▮▮▮▮▮▮
   nationality, Guatemala

9. Goulnora Islamovna Karimova; DOB ▮▮▮▮▮
   nationality, Uzbekistan

10. Slobodan Tesic; DOB ▮▮▮▮▮▮▮ nationality,
    Serbia

11. Artem Yuryevich Chayka; DOB ▮▮▮▮▮
    nationality, Russia

12. Gao Yan; DOB ▮▮▮▮▮ nationality, China

13. Roberto Jose Rivas Reyes; DOB ▮▮▮▮▮ nationality,
    Nicaragua

[FR Doc. 2017-27925
Filed 12-22-17; 8:45 am]
Billing code 3295-F8-C

 orbis

EXHIBIT 2

 **INT LTD EOOD**
SOFIA, Bulgaria

Active

BvD ID n° BG204589523

Private

The Global Ultimate Owner of this controlled subsidiary is MR DELYAN SLAVCHEV PEEVSKI

## Key information

UL. EKZARH YOSIF, 119
1527 SOFIA
Bulgaria

**Activity:** Corporate, Property Services
**Date of incorporation:** 2017

**Turnover for 2019**

$ 0.00    =

**Net income for 2019**

$ -6.89 th    ↘ **-96%**

**Ownership**

**1** shareholder
**0** subsidiary
**10** companies in the corporate group

**PEPs and sanctions**

 There are names that are the same, or similar to, a risk relevant name



 **orbis**

EXHIBIT 2

### Financial profile

Unconsolidated, Local registry filing

| | 31/12/2019 | 31/12/2018 | 31/12/2017 |
|---|---|---|---|
| | USD | USD | USD |
| | 12 months | 12 months | 12 months |
| | Local GAAP | Local GAAP | Local GAAP |
| Exchange rate: BGN/USD | 0.57438 | 0.58541 | 0.61320 |
| Operating revenue (Turnover) | 0 = | 0 | n.a. |
| P/L before tax | -6,893 ↘ | -3,512 | n.a. |
| P/L for period [=Net Income] | -6,893 ↘ | -3,512 | n.a. |
| Cash flow | -5,744 | n.a. | n.a. |
| Total assets | 564,618 ↘ | 583,070 ↘ | 653,054 |
| Shareholders funds | 564,044 ↘ | 581,899 ↘ | 613,196 |
| Current ratio (x) | n.s. | n.s. | 16.29 |
| ROE using P/L before tax (%) | -1.22 ↘ | -0.60 | n.a. |
| Solvency ratio (Asset based) (%) | 99.90 ↗ | 99.80 ↗ | 93.90 |

**Management**

Mr Aleksandar Kirilov Georgiev

**News stories since last year**

0 negative stories
0 stories in total

⊙ orbis

EXHIBIT 2



## Contact

Contact information

UL. EKZARH YOSIF, 119
1527 SOFIA
Bulgaria

| | |
|---|---|
| **Oblast** | Sofia City |
| **NUTS1** | BG4 - Southwestern and South-Central Bulgaria |
| **NUTS2** | BG41 - Yugozapaden |
| **NUTS3** | BG412 - Sofia City |

## Industry & activities

**Type of entity:**     Corporate
**BvD sector:**     Property Services
**NACE Rev. 2 main section:**     L - Real estate activities

NACE Rev. 2 code(s)

| | | |
|---|---|---|
| Core code: | 6810 | Buying and selling of own real estate |
| Primary code(s): | 6810 | Buying and selling of own real estate |

NAICS 2017 code(s) {derived from NACE Rev. 2 codes}

| | | |
|---|---|---|
| Core code: | 5312 | Offices of Real Estate Agents and Brokers |
| Primary code(s): | 531210 | Offices of Real Estate Agents and Brokers |

US SIC code(s) {derived from NACE Rev. 2 codes}

| | | |
|---|---|---|
| Core code: | 653 | Real estate agents and managers |
| Primary code(s): | 6531 | Real estate agents and managers |

 **orbis**

EXHIBIT 2

## Identifiers

| | |
|---|---|
| **BvD ID number** | BG204589523 |
| **BvD account number** | BG204589523U |
| **BvD9 number** | 319529068 |
| **UIC (Trade register number)** | 204589523 |
| **European VAT number** | BG204589523 |
| **TIN (TIN)** | 204589523 |

## Legal information

**Active** (updated in Orbis on 24/05/2017)

One-person private limited company - EOOD
Incorporated in 2017
Corporate

**PEPs and sanctions**

 There are names that are the same, or similar to, a risk relevant name

## Accounting information

Information for this record is provided by Creditreform Bulgaria (last delivery: 29/11/2020)

| | | | |
|---|---|---|---|
| **Most recent accounts:** | 2019 | **Accounts published in:** | BGN |
| **Available in Orbis since** | 06/2020 | **Closing date:** | 31/12/2019 |
| **Types of account:** | Unconsolidated | **Filing type:** | Local registry filing |
| **Available for:** | 3 years | **Accounting template:** | Corporate |

**Available account**

31/12/2019          Unconsolidated, Local registry filing

**Key indicators based on Unconsolidated, Local registry filing**

Turnover for 2019

$ 0.00          =

## Legal events

| Date | Type | Description | Source |
|---|---|---|---|
| 01/06/2017 | Registration | VAT registration | Registry Agency (BULSTAT register) |

 **orbis**

EXHIBIT 2

| Date | Type | Description | Source |
|------|------|-------------|--------|
| 12/05/2017 | Registration | Founded as EOOD (one person private ltd. co.) | Registry Agency (BULSTAT register) |

## Key financials & employees

Unconsolidated, Local registry filing

|  | 31/12/2019 | 31/12/2018 | 31/12/2017 |
|--|-----------|-----------|-----------|
|  | USD | USD | USD |
|  | 12 months | 12 months | 12 months |
|  | Local GAAP | Local GAAP | Local GAAP |
| Exchange rate: BGN/USD | 0.57438 | 0.58541 | 0.61320 |
| L Operating revenue (Turnover) | 0 | 0 | n.a. |
| L P/L before tax | -6,893 | -3,512 | n.a. |
| L P/L for period [=Net income] | -6,893 | -3,512 | n.a. |
| L Cash flow | -5,744 | n.a. | n.a. |
| L Total assets | 564,618 | 583,070 | 653,054 |
| L Shareholders funds | 564,044 | 581,899 | 613,196 |
| L Current ratio (x) | n.s. | n.s. | 16.29 |
| L Profit margin (%) | n.s. | n.s. | n.a. |
| L ROE using P/L before tax (%) | -1.22 | -0.60 | n.a. |
| L ROCE using P/L before tax (%) | n.a. | n.a. | n.a. |
| L Solvency ratio (Asset based) (%) | 99.90 | 99.80 | 93.90 |
| L Number of employees | n.a. | n.a. | n.a. |

## Global standard format

Unconsolidated, Local registry filing

|  | 31/12/2019 | 31/12/2018 | 31/12/2017 |
|--|-----------|-----------|-----------|
|  | USD | USD | USD |
|  | 12 months | 12 months | 12 months |
|  | Local GAAP | Local GAAP | Local GAAP |
| Exchange rate: BGN/USD | 0.57438 | 0.58541 | 0.61320 |
| Balance sheet |  |  |  |
| Assets |  |  |  |
| Fixed assets | 490,523 | 442,571 | 3,679 |

 orbis

EXHIBIT 2

|  | 31/12/2019 | 31/12/2018 | 31/12/2017 |
|---|---|---|---|
|  | USD | USD | USD |
|  | 12 months | 12 months | 12 months |
|  | Local GAAP | Local GAAP | Local GAAP |
| Exchange rate: BGN/USD | 0.57438 | 0.58541 | 0.61320 |
| ∟ Intangible fixed assets | 0 | 0 | 0 |
| ∟ Tangible fixed assets | 433,084 | 442,571 | 3,679 |
| ∟ Other fixed assets | 57,438 | 0 | 0 |
| Current assets | 74,095 | 140,499 | 649,375 |
| ∟ Stock | 0 | 0 | 0 |
| ∟ Debtors | 0 | 0 | 245,892 |
| ∟ Other current assets | 74,095 | 140,499 | 403,483 |
| ∟ Cash & cash equivalent | 74,095 | 101,276 | 401,643 |
| **Total assets** | **564,618** | **583,070** | **653,054** |

Liabilities & equity

|  | | | |
|---|---|---|---|
| Shareholders funds | 564,044 | 581,899 | 613,196 |
| ∟ Capital | 574,383 | 585,412 | 613,196 |
| ∟ Other shareholders funds | -10,339 | -3,512 | 0 |
| Non-current liabilities | 0 | 0 | 0 |
| ∟ Long term debt | 0 | 0 | 0 |
| ∟ Other non-current liabilities | 0 | 0 | 0 |
| ∟ Provisions | 0 | 0 | 0 |
| Current liabilities | 574 | 1,171 | 39,858 |
| ∟ Loans | 0 | 0 | 0 |
| ∟ Creditors | 574 | 1,171 | 0 |
| ∟ Other current liabilities | 0 | 0 | 39,858 |
| **Total shareh. funds & liab.** | **564,618** | **583,070** | **653,054** |

Memo lines

|  | | | |
|---|---|---|---|
| ∟ Working capital | -74,095 | -101,276 | -401,643 |
| ∟ Net current assets | 73,521 | 139,328 | 609,517 |
| ∟ Enterprise value | n.a. | n.a. | n.a. |



 **orbis**

EXHIBIT 2

| | 31/12/2019 | 31/12/2018 | 31/12/2017 |
|---|---|---|---|
| | USD | USD | USD |
| | 12 months | 12 months | 12 months |
| | Local GAAP | Local GAAP | Local GAAP |
| Exchange rate: BGN/USD | 0.57438 | 0.58541 | 0.61320 |
| L Number of employees | n.a. | n.a. | n.a. |

Profit & loss account

| | | | |
|---|---|---|---|
| L Operating revenue (Turnover) | 0 | 0 | n.a. |
| L Sales | 0 | 0 | n.a. |
| L Costs of goods sold | n.a. | n.a. | n.a. |
| L Gross profit | n.a. | n.a. | n.a. |
| L Other operating expenses | n.a. | n.a. | n.a. |
| L Operating P/L [=EBIT] | -9,765 | -3,512 | n.a. |
| L Financial P/L | 2,872 | 0 | n.a. |
| L Financial revenue | 2,872 | 0 | n.a. |
| L Financial expenses | 0 | 0 | n.a. |
| L P/L before tax | -6,893 | -3,512 | n.a. |
| L Taxation | 0 | 0 | n.a. |
| L P/L after tax | -6,893 | -3,512 | n.a. |
| L Extr. and other P/L | 0 | 0 | n.a. |
| L Extr. and other revenue | 0 | 0 | n.a. |
| L Extr. and other expenses | 0 | 0 | n.a. |
| L P/L for period [=Net income] | -6,893 | -3,512 | n.a. |

Memo lines

| | | | |
|---|---|---|---|
| L Export revenue | n.a. | n.a. | n.a. |
| L Material costs | 574 | n.a. | n.a. |
| L Costs of employees | n.a. | n.a. | n.a. |
| L Depreciation & Amortization | 1,149 | n.a. | n.a. |
| L Other operating items | 8,041 | 3,512 | n.a. |
| L Interest paid | n.a. | n.a. | n.a. |



 **orbis**

EXHIBIT 2

|  | 31/12/2019 | 31/12/2018 | 31/12/2017 |
|---|---|---|---|
|  | USD | USD | USD |
|  | 12 months | 12 months | 12 months |
|  | Local GAAP | Local GAAP | Local GAAP |
| Exchange rate: BGN/USD | 0.57438 | 0.58541 | 0.61320 |
| └ Research & Development expenses | n.a. | n.a. | n.a. |
| └ Cash flow | -5,744 | n.a. | n.a. |
| └ Added value | n.a. | n.a. | n.a. |
| └ EBITDA | n.a. | n.a. | n.a. |

## Global ratios

Unconsolidated, Local registry filing

|  | 31/12/2019 | 31/12/2018 | 31/12/2017 |
|---|---|---|---|
|  | USD | USD | USD |
|  | 12 months | 12 months | 12 months |
|  | Local GAAP | Local GAAP | Local GAAP |
| Exchange rate: BGN/USD | 0.57438 | 0.58541 | 0.61320 |

Profitability ratios

|  | | | |
|---|---|---|---|
| └ ROE using P/L before tax (%) | -1.22 | -0.60 | n.a. |
| └ ROCE using P/L before tax (%) | n.a. | n.a. | n.a. |
| └ ROA using P/L before tax (%) | -1.22 | -0.60 | n.a. |
| └ ROE using Net income (%) | -1.22 | -0.60 | n.a. |
| └ ROCE using Net income (%) | n.a. | n.a. | n.a. |
| └ ROA using Net income (%) | -1.22 | -0.60 | n.a. |
| └ Profit margin (%) | n.s. | n.s. | n.a. |
| └ Gross margin (%) | n.a. | n.a. | n.a. |
| └ EBITDA margin (%) | n.a. | n.a. | n.a. |
| └ EBIT margin (%) | n.s. | n.s. | n.a. |
| └ Cash flow / Operating revenue (%) | n.s. | n.a. | n.a. |
| └ Enterprise value / EBITDA (x) | n.a. | n.a. | n.a. |
| └ Market cap / Cash flow from operations (x) | n.a. | n.a. | n.a. |

 orbis

EXHIBIT 2

|  | 31/12/2019 | 31/12/2018 | 31/12/2017 |
|---|---|---|---|
|  | USD | USD | USD |
|  | 12 months | 12 months | 12 months |
|  | Local GAAP | Local GAAP | Local GAAP |
| Exchange rate: BGN/USD | 0.57438 | 0.58541 | 0.61320 |

Operational ratios

| | | | |
|---|---|---|---|
| L Net assets turnover (x) | n.s. | n.s. | n.a. |
| L Interest cover (x) | n.a. | n.a. | n.a. |
| L Stock turnover (x) | n.s. | n.s. | n.a. |
| L Collection period (days) | n.s. | n.s. | n.a. |
| L Credit period (days) | n.s. | n.s. | n.a. |
| L Export revenue / Operating revenue (%) | n.a. | n.a. | n.a. |
| L R&D expenses / Operating revenue (%) | n.a. | n.a. | n.a. |

Structure ratios

| | | | |
|---|---|---|---|
| L Current ratio (x) | n.s. | n.s. | 16.29 |
| L Liquidity ratio (x) | n.s. | n.s. | 16.29 |
| L Shareholders liquidity ratio (x) | n.s. | n.s. | n.s. |
| L Solvency ratio (Asset based) (%) | 99.90 | 99.80 | 93.90 |
| L Solvency ratio (Liability based) (%) | n.s. | n.s. | n.s. |
| L Gearing (%) | 0.00 | 0.00 | 0.00 |

Per employee ratios

| | | | |
|---|---|---|---|
| L Profit per employee (th) | n.a. | n.a. | n.a. |
| L Operating revenue per employee (th) | n.a. | n.a. | n.a. |
| L Costs of employees / Operating revenue (%) | n.a. | n.a. | n.a. |
| L Average cost of employee (th) | n.a. | n.a. | n.a. |
| L Shareholders funds per employee (th) | n.a. | n.a. | n.a. |
| L Working capital per employee (th) | n.a. | n.a. | n.a. |



## ⊙ orbis

EXHIBIT 2

|  | 31/12/2019 | 31/12/2018 | 31/12/2017 |
|---|---|---|---|
|  | USD | USD | USD |
|  | 12 months | 12 months | 12 months |
|  | Local GAAP | Local GAAP | Local GAAP |
| Exchange rate: BGN/USD | 0.57438 | 0.58541 | 0.61320 |
| └ Total assets per employee (th) | n.a. | n.a. | n.a. |

**Graph - Value over time**



**Graph - Indices of several values over time**



# orbis

**EXHIBIT 2**

Base: 2017

● Total assets (th USD)    653

## Peer comparison

| Accounting year: Peer group year | Year | Operating revenue (Turnover) th USD | | P/L before tax th USD | |
|---|---|---|---|---|---|
| Median | | 0 | | -1 | |
| Standard deviation | | 0 | | 3 | |
| Average | | 0 | | -3 | |
| | | | | | |
| NIZAR INVEST 11 EOOD | 2019 | 0 | 1 | 0 | 1 |
| MIRVAN INVEST 11 EOOD | 2019 | 0 | 1 | -1 | 3 |
| REZIDENS FAYV EOOD | 2019 | 0 | 1 | -9 | 11 |
| VITOSHA VIEW 6 LTD OOD | 2019 | 0 | 1 | -3 | 7 |
| BAYA INVEST EOOD | 2019 | 0 | 1 | 0 | 1 |
| YUG STROY 1 OOD | 2019 | 0 | 1 | -1 | 3 |
| SI INDUSTRIAL EOOD | 2019 | 0 | 1 | -1 | 5 |
| IMOT 414 LTD EOOD | 2019 | 0 | 1 | -1 | 5 |
| CRAMCO LTD EOOD | 2019 | 0 | 1 | -7 | 9 |
| BAN 2017 LTD EOOD | 2019 | 0 | 1 | -3 | 7 |
| INT LTD EOOD | 2019 | 0 | 1 | -7 | 9 |

 orbis

EXHIBIT 2

| Accounting year: Peer group year | Year | P/L for period [=Net income] th USD | | Total assets th USD | |
|---|---|---|---|---|---|
| Median | | -1 | | 358 | |
| Standard deviation | | 3 | | 543 | |
| Average | | -3 | | 476 | |
| | | | | | |
| NIZAR INVEST 11 EOOD | 2019 | 0 | 1 | 36 | 11 |
| MIRVAN INVEST 11 EOOD | 2019 | -1 | 3 | 240 | 7 |
| REZIDENS FAYV EOOD | 2019 | -9 | 11 | 410 | 5 |
| VITOSHA VIEW 6 LTD OOD | 2019 | -3 | 7 | 434 | 4 |
| BAYA INVEST EOOD | 2019 | 0 | 1 | 358 | 6 |
| YUG STROY 1 OOD | 2019 | -1 | 3 | 2,079 | 1 |
| SI INDUSTRIAL EOOD | 2019 | -1 | 5 | 693 | 2 |
| IMOT 414 LTD EOOD | 2019 | -1 | 5 | 147 | 9 |
| CRAMCO LTD EOOD | 2019 | -7 | 9 | 191 | 8 |
| BAN 2017 LTD EOOD | 2019 | -3 | 7 | 83 | 10 |
| INT LTD EOOD | 2019 | -7 | 9 | 565 | 3 |

| Accounting year: Peer group year | Year | Shareholders funds th USD | | Number of employees | |
|---|---|---|---|---|---|
| Median | | 68 | | 1 | |
| Standard deviation | | 175 | | 0 | |
| Average | | 122 | | 1 | |
| | | | | | |
| NIZAR INVEST 11 EOOD | 2019 | 0 | 7 | 1 | 1 |
| MIRVAN INVEST 11 EOOD | 2019 | -2 | 8 | 1 | 1 |
| REZIDENS FAYV EOOD | 2019 | 68 | 6 | 1 | 1 |
| VITOSHA VIEW 6 LTD OOD | 2019 | -8 | 9 | n.a. | |
| BAYA INVEST EOOD | 2019 | 337 | 2 | n.a. | |
| YUG STROY 1 OOD | 2019 | -14 | 10 | n.a. | |
| SI INDUSTRIAL EOOD | 2019 | 187 | 3 | n.a. | |
| IMOT 414 LTD EOOD | 2019 | 146 | 4 | n.a. | |
| CRAMCO LTD EOOD | 2019 | -15 | 11 | 1 | 1 |
| BAN 2017 LTD EOOD | 2019 | 83 | 5 | 1 | 1 |
| INT LTD EOOD | 2019 | 564 | 1 | n.a. | |

**Peer group definition**

Closest 10 international companies according to the Operating revenue (Turnover) of the subject company for the last available year (2019) amongst the standard peer group.
The standard peer group is based on NACE Rev. 2 industry classification: 6810 - Buying and selling of own real estate.

Data Update 204,003 (11/12/2020)
© Bureau van Dijk 2020
GLOMAG-23653 0123


BUREAU VAN DIJK
A Moody's Analytics Company

 **orbis**

EXHIBIT 2

## Company ratings

No data available for this company

## Country ratings

Your subscription does not include some of the agency ratings.

EIU

|  | Rating | Date | Action/Direction | Outlook | Watch |
|---|---|---|---|---|---|
| Overall country rating | BBB | 01/09/2020 | | | |
| Banking sector rating | BB | 01/09/2020 | | Stable | |

*Copyright © 2020 The Economist Intelligence Unit Limited. All rights reserved.*

## Financial strength summary



## Falcon counterparty risk score by Zanders

Data Update 204,003 (11/12/2020)
© Bureau van Dijk 2020
  GLOMAG-23653 0124

BUREAU VAN DIJK
A Moody's Analytics Company

14/12/2020 - Page 13

13

 orbis                                                    EXHIBIT 2



| Probability of default: | 2.75% |
| Credit limit: | 3,370 $ |
| Industry: | Real estate activities |

**3 - Weak**

for 2019



**Evolution over time (Tabular view)**

|  | 2017 | 2018 | 2019 |
|---|---|---|---|
| Counterparty Risk Score (CRS) | 3 | 3 | 3 |
| Probability of default (%) | 2.75 | 2.75 | 2.75 |
| Falcon credit limit ($) | 2,399 | 2,290 | 3,370 |

**Observations**

**2019**   Original currency is not EUR
The credit limit could not consider Turnover figures.

**2018**   Original currency is not EUR
The credit limit could not consider Turnover figures.

**2017**   Original currency is not EUR
The credit limit could not consider Turnover figures.

EXHIBIT 2

**Falcon influencing ratios**

| | 2017 | 2018 | 2019 |
|---|---|---|---|
| **Operations and Liquidity** | | | |
| Turnover growth | 2 | 2 | 0 |
| Return on sales | 2 | 0 | 0 |
| Current ratio | 9 | 10 | 10 |
| Debtor days | 2 | 0 | 0 |
| **Debt services** | | | |
| Interest coverage ratio | 2 | 2 | 2 |
| Debt/EBITDA | 2 | 2 | 2 |
| **Capital structure** | | | |
| Gearing | | 7 | 7 |
| Solvency | 10 | 10 | 10 |
| Tangible net worth | 2 | 2 | 2 |

## Financial stability score by CRIF Decision Solutions Ltd




**644**

for 2019

| | |
|---|---|
| **Key influencing factors** | - Profitability<br>- Asset management efficiency |
| **Scores for peer group** | 245 Minimum<br>608 Average<br>824 Maximum |
| **Industry** | Buying and selling of own real estate |


© Bureau van Dijk 2020

 orbis

EXHIBIT 2



**Evolution over time**

High risk

1
100
200
300
400
500
600
700
800
900
1000

Low risk

2017    2018    2019

Legend

■ Peer group reference value (only average in graph)

## Evolution over time (Tabular view)

|  | 2017 | 2018 | 2019 |
|---|---|---|---|
| Company | 663 | 644 | 644 |
| Key factors | - Profitability<br>- Asset management efficiency | - Profitability<br>- Asset management efficiency | - Profitability<br>- Asset management efficiency |
| Peer group | | | |
| Minimum | 245 | 265 | 250 |
| Average | 608 | 609 | 614 |
| Maximum | 824 | 834 | 834 |

## MORE credit risk score by modeFinance



AAA          D

**BB - Adequate**

for 2019

Confidence level: 75%

| Probability of default: | 2.50% |
|---|---|
| Credit limit: | 23,591 $ |
| Industry: | Holding |

 **orbis**

EXHIBIT 2



**Evolution over time**

High risk — D, C, CC, CCC, B, BB, BBB, A, AA — Low risk AAA

2017    2018    2019

Legend

■ MORE comparison peer group

**Evolution over time (Tabular view)**

|  | 2017 | 2018 | 2019 |
|---|---|---|---|
| **Score** | | | |
| Company | BB | B | BB |
| Peer group | BB | BB | n.a. |
| **Probability of default (%)** | | | |
| Company | 2.50 | 4.80 | 2.50 |
| Peer group | 2.10 | 1.90 | n.a. |
| **Confidence level (%)** | | | |
| Company | 52 | 86 | 75 |
| **Credit limit ($)** | | | |
| Company | 34,779.60 | 22,900.00 | 23,591.40 |

 **orbis**

EXHIBIT 2



**MORE influencing ratios**

|  | 2017 | 2018 | 2019 |
|---|---|---|---|
| **Solvency ratios** | | | |
| Leverage ratio | AAA | AAA | AAA |
| Assets to debt | AAA | AAA | AAA |
| **Financial ratio** | | | |
| Fixed assets coverage ratio | | | BBB |
| **Liquidity ratios** | | | |
| Current ratio | BBB | BBB | |
| Quick ratio | BBB | BBB | |
| Cash conversion cycle (CCC) | C | C | |
| **Profitability and economic ratios** | | | |
| Return on investment (ROI) | | CC | CC |
| Return on equity (ROE) | | CC | CC |
| Asset turnover | | D | |
| **Interest coverage ratio** | | | |
| Interest paid coverage | | D | |

## Predictive indicators by Vadis



Propensity of bankruptcy

1          9

**3**

Risk of bankruptcy lower than national average

for 2019

**Key influencing factors:**

+ Evolution of costs of goods sold
+ Evolution of current ratio
+ Company's ownership key performance indicators
+ Evolution of loans (company's sector financials)
– Evolution of other current liabilities

 orbis

EXHIBIT 2

Propensity to be sold



A5                    A1

**n.a.**

**Evolution over time**



| | 2018 | 2019 |

**Evolution over time (Tabular view)**

|  | **2018** | **2019** |
|---|---|---|
| Propensity of bankruptcy | 2 | 3 |
| Key influencing factors | + Evolution of loans / current liabilities<br>+ Evolution of costs of goods sold<br>+ Evolution of current ratio<br>+ Company's ownership key performance indicators<br>+ Evolution of loans (company's sector financials) | + Evolution of costs of goods sold<br>+ Evolution of current ratio<br>+ Company's ownership key performance indicators<br>+ Evolution of loans (company's sector financials)<br>— Evolution of other current liabilities |



**Qualitative score by modeFinance**

 orbis

EXHIBIT 2



A                    E

**B - Satisfactory**

on 03/12/2020

Confidence level: 55.0%

**Credit limit:**        n.a.

No Qualitative credit limit has been calculated because a recent MORE credit limit is available for this company.

**Key influencing factors:**   B - GUO MORE score / status
D – Directors average MORE score / status
D - Size of the GUO

**Industry score:**      D

**Evolution over time**



Legend

Industry score



 **orbis**

EXHIBIT 2

**Evolution over time (Tabular view)**

|  | 2017 | 2018 | 2019 | 03/12/2020 |
|---|---|---|---|---|
| Qualitative score | C | B | C | B |
| Confidence level (%) | 11 | 49 | 55 | 55 |
| Credit limit | n.a. | n.a. | n.a. | n.a. |
| Industry score | C | D | D | D |

Credit limit annotations

| 03/12/2020 | No Qualitative credit limit has been calculated because a recent MORE credit limit is available for this company. |
|---|---|
| 2019 | No Qualitative credit limit has been calculated because a recent MORE credit limit is available for this company. |
| 2018 | No Qualitative credit limit has been calculated because a recent MORE credit limit is available for this company. |
| 2017 | No Qualitative credit limit has been calculated because a recent MORE credit limit is available for this company. |

**Environmental score by Trucost**



 **orbis**

EXHIBIT 2

**Evolution over time**



### Evolution over time (Tabular view)

|                          | 2016 | 2017 | 2018 |
|--------------------------|------|------|------|
| Environmental score (%)  | 0.91 | 0.97 | 0.99 |

### Managed funds

There is no available data for this entity set

### Current directors & managers

Management & staff                 1

Senior Management

| **MR ALEKSANDAR KIRILOV GEORGIEV** Executive Director | CB |
|---|---|

### Source

**CB:**Creditreform (Bulgaria)

Filters

Formal sources
Bodies & departments

### Ownership structure



 **orbis**

EXHIBIT 2

Graph : Shareholders



MR Delyan Slavchev Peevski

BG

100.00/100.00

INT LTD Eood

BG

1 shareholder and the controlling shareholder path are represented.

Legend

| | | | |
|---|---|---|---|
| ↔ | Controlling shareholder | x/x | Direct / Total ownership % |
| | | BR | Branch |
| ⚇ | An individual | CQP1 | 50% + 1 Share |
| ⚉ | Beneficial Owner | CTP | Calculated total percentage |
| | | DM | Director/Manager |
| ♔ | Global Ultimate Owner | FC | Foreign company |
| | | GP | General partner |
| ► | There are names that are the same, or similar to, a risk relevant name | JO | Jointly owned, = 50 % |
| | | MO | Majority owned, > 50% |
| | | n.a. | Not available |

 orbis

EXHIBIT 2

| | |
|---|---|
| NG | Negligible, <=0.01% |
| REG | Beneficial Owner from register, = 100% |
| T | Sole trader, = 100 % |
| VE | Vessel |
| WO | Wholly owned, >= 98% |

**Ultimate Owner definition**

The path from the company to its Ultimate Owner is minimum 50.01%
I consider a company the Ultimate Owner if there are no identified shareholders or if the shareholder percentage is not known.

## Geographic footprint

Number of companies in the corporate group per country



**The map represents the geographic location of the companies in the corporate group**

All 10 companies in the corporate group are represented

**Legend**

Number of entities by country

 Country of both the company and the GUO

▦  More than 1

   Less than 1

**Ultimate Owner definition**

The path from the company to its Ultimate Owner is minimum 50.01%
I consider a company the Ultimate Owner if there are no identified shareholders or if the shareholder percentage is not known.

 **orbis**

EXHIBIT 2

## Corporate group

There are 10 companies in the corporate group

| Name | | Country | Ownership Direct % | Ownership Total % | Level of own. | Info Source |
|---|---|---|---|---|---|---|
| **Global Ultimate Owner** | | | | | | |
| MR DELYAN SLAVCHEV PEEVSKI | ► | BG | | | | |
| **Ultimately owned subsidiaries** | | | | | | |
| INT LTD EOOD | ► | BG | 100.00 | 100.00 | 1 | CB |
| ► INTRUST PLC EAD | | BG | 100.00 | 100.00 | 1 | CB |

| Name | | Date |
|---|---|---|
| **Global Ultimate Owner** | | |
| MR DELYAN SLAVCHEV PEEVSKI | ► | |
| **Ultimately owned subsidiaries** | | |
| INT LTD EOOD | ► | 11/2020 |
| ► INTRUST PLC EAD | | 11/2020 |

## Legend

► There are names that are the same, or similar to, a risk relevant name

### Ultimate Owner definition

The path from the company to its Ultimate Owner is minimum 50.01%
I consider a company the Ultimate Owner if there are no identified shareholders or if the shareholder percentage is not known.

## Beneficial Owners

### Beneficial Owner (1)

| 👤 | **MR DELYAN SLAVCHEV PEEVSKI**<br>Bulgaria | Distance: 1 | 🚫 | ► |
|---|---|---|---|---|

| Name | | | Country | Ownership Direct % | Ownership Total % | Source |
|---|---|---|---|---|---|---|
| MR DELYAN SLAVCHEV PEEVSKI | 🌐 ► | | BG | 100.00 | 100.00 | CB 11/2020 |



 **orbis**                                                    EXHIBIT 2

---

| INT LTD EOOD | ► | BG |
|---|---|---|

**Other Ultimate Beneficiary (0)**

This company has no Other Ultimate Beneficiaries.

---

**Beneficial Owner from register (0)**

There are no Beneficial Owners from register for this company

---

**Legend**

► There are names that are the same, or similar to, a risk relevant name

⬤ Has enough influence power to control the result of a vote in the company

**Beneficial Owner definition**

The minimum percentage of ownership at first level is 10.00%, the minimum percentage at further levels is 50.01%.

I also consider any individual at the top of a path who has an unknown percentage of ownership (% such as '>x%' are considered unknown)

I also consider any individual at the top of a path who has a percentage of minimum 10.00% (with the requested 50.01% at all other levels).

Beneficial Owners from register are not subject to the defined thresholds.

**Controlling shareholders**

**BvD independence indicator**



**D - Direct majority ownership**
Has an identified shareholder with over 50% direct ownership or is a branch/foreign company

| Name | | Country | Type | Ownership | | | Info | | Op. Rev. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Direct % | Total % | Source | Date | | (m USD) |
| MR DELYAN SLAVCHEV PEEVSKI | ► | BG | I | 100.00 | 100.00 | CB | 11/2020 | | - |
| INT LTD EOOD | ► | BG | C | | | | | | 0 |

| Name | | No of employees |
|---|---|---|
| MR DELYAN SLAVCHEV PEEVSKI | ► | - |
| INT LTD EOOD | ► | n.a. |

 **orbis**

<div align="right">

**EXHIBIT 2**

</div>

**Legend**

►    There are names that are the same, or
     similar to, a risk relevant name

I = One or more named individuals or families
C = Corporate

**Ultimate Owner definition**

The path from the company to its Ultimate Owner is minimum 50.01%
I consider a company the Ultimate Owner if there are no identified shareholders or if the shareholder percentage is not
known.

**Current shareholders**

| Name | | Country | Type | Ownership | | | Info | | Op. Rev. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Direct % | Total % | Source | Date | | (m USD) |
| MR DELYAN SLAVCHEV PEEVSKI | ► | BG | I | = | 100.00 | 100.00 | CB | 11/2020 | - |

| Name | | No of employees |
|---|---|---|
| MR DELYAN SLAVCHEV PEEVSKI | ► | - |

**Legend**

►    There are names that are the same, or
     similar to, a risk relevant name

I = One or more named individuals or families

**Shareholders history**

Current shareholders

| Name | | Country | Type | Ownership | | | Info | | Op. Rev. | No of |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Direct % | Total % | Source | Date | | (m USD) | employees |
| MR DELYAN SLAVCHEV PEEVSKI | ► | BG | I | 100.00 | 100.00 | CB | 11/2020 | | - | - |
| | | | | 100.00 | 100.00 | CB | 03/2020 | | | |
| | | | | 100.00 | 100.00 | CB | 09/2019 | | | |
| | | | | 100.00 | 100.00 | CB | 03/2019 | | | |
| | | | | 100.00 | 100.00 | CB | 09/2018 | | | |
| | | | | 100.00 | 100.00 | CB | 03/2018 | | | |
| | | | | 100.00 | 100.00 | CB | 09/2017 | | | |

**Legend**

►    There are names that are the same, or
     similar to, a risk relevant name

I = One or more named individuals or families

Previous shareholders



 orbis

EXHIBIT 2

There is no data available for this entity.

Filters

Shareholders: All
All information since 01/2002

## Shareholders by T-Rank

| Name | Country | Type | T-rank (%) | Distance | Raw data Direct (%) | Raw data Total (%) |
|---|---|---|---|---|---|---|
| MR DELYAN SLAVCHEV PEEVSKI | n.a. | I | 100.00 | 1 | 100.00 | |

Based on Bureau van Dijk ownership data: 09/12/2020

### Legend

I = One or more named individuals or families

Filters

All shareholders
T-Rank threshold 5%
Sorted by T-rank percentage

## Shareholder power & coalitions

### Most influential shareholders

| Name | Country | Type | Distance | Influence power (%) |
|---|---|---|---|---|
| MR DELYAN SLAVCHEV PEEVSKI | n.a. | I | 1 | 100.0 |

### Possible controlling coalitions

Controlling coalitions do not apply because there is a shareholder with enough influence power to control the result of a vote in the company: MR DELYAN SLAVCHEV PEEVSKI.

Based on Bureau van Dijk ownership data: 09/12/2020

### Legend

I       One or more named individuals or families



 **orbis**

<div align="right">EXHIBIT 2</div>

## Research

Company profiles

Filters:

Moody's Investors Service, Moody's Analytics Capital Markets, MarketLine, Morningstar, GlobalData

No data available for this company

Industry profiles

| Source | Document | Type | Date |
|---|---|---|---|
| MarketLine<br>Company operates in the industry | **Global Real Estate** | Industry profile | 09/06/2020 |
| | **Global Real Estate** | | 20/06/2019 |
| | **Global Real Estate** | | 11/04/2018 |
| | **Global Real Estate** | | 26/05/2017 |
| | **Global Real Estate** | | 26/05/2017 |
| | **Global Real Estate** | | 25/07/2016 |
| | **Global Real Estate** | | 05/11/2015 |
| | **Global Real Estate** | | 01/06/2014 |
| | **Global Real Estate** | | 01/06/2014 |
| | **Global Real Estate** | | 01/03/2009 |
| | **Global Real Estate** | | 01/04/2008 |
| | **Global Real Estate** | | 01/03/2007 |
| | **Global Real Estate** | | 01/04/2006 |
| | **Global Real Estate** | | 01/05/2005 |
| | **Global Real Estate** | | 01/08/2004 |
| | **Global Real Estate** | | 01/12/2003 |
| MarketLine<br>Company operates in the industry | **Real Estate in Europe** | Industry profile | 09/06/2020 |
| | **Real Estate in Europe** | | 20/06/2019 |

 **orbis**

EXHIBIT 2

| | |
|---|---|
| **Real Estate in Europe** | 11/04/2018 |
| **Real Estate in Europe** | 26/05/2017 |
| **Real Estate in Europe** | 26/05/2017 |
| **Real Estate in Europe** | 25/07/2016 |
| **Real Estate in Europe** | 05/11/2015 |
| **Real Estate in Europe** | 01/06/2014 |
| **Real Estate in Europe** | 01/06/2014 |

Industry profiles Filters

Moody's Investors Service, Moody's Analytics Capital Markets, MarketLine, Morningstar, GlobalData

## My variables

Unconsolidated, Local registry filing
No data available for this company

## Appendix – Omitted chapters

The chapters listed below have been omitted because they have no data for this company, or the data cannot be represented in the PDF

Public tenders
Detailed format
Cash flow statement
Segment data - Business lines
Segment data - Geographic segments
Graph - company ratings over time
Global score by WVB
Albatross score by Zanders
Compass score merchant risk by G2
RepRisk indicators by RepRisk
National scores
Stock profile
Annual stock data
Annual stock valuation
Pricing series
Beta and price volatility
Earnings estimates
Additional estimates
Brokers recommendations
Bonds and loans
Credit default swaps
Previous directors & managers
Current auditors, bankers & other advisors
Previous auditors, bankers & other advisors
Current subsidiaries
Branches
Innovation strength
Patent portfolio



 **orbis**

EXHIBIT 2

Royalties agreements
Company and market news
FACTIVA news
Mergers & acquisitions
Crossborder investments
Liquidity events & potential beneficiaries
Local registry documents
aRMadillo
Global reports
EOL SEC filings

Exhibit 3 Withheld in Full

Bates: GLOMAG-23653 0143–0145

 **orbis**

EXHIBIT 4

 **INTRUST PLC EAD**
SOFIA, Bulgaria

Active

BvD ID n° BG204589733

Private

The Global Ultimate Owner of this controlled subsidiary is MR DELYAN SLAVCHEV PEEVSKI

## Key information

EKZARH YOSIF, 119
1000 SOFIA
Bulgaria

**Activity:** Corporate, Property Services

**Date of incorporation:** 2017

**Turnover for 2019**

$ 22.3 m   ↘ -12.2%

**Net income for 2019**

$ 17.7 m   ↗ +55%

**Ownership**

- **1** shareholder
- **7** subsidiaries
- **10** companies in the corporate group

**PEPs and sanctions**

► This company is not the same or similar to a risk relevant name

 **orbis**

EXHIBIT 4

**Financial profile**

Unconsolidated, Local registry filing

|  | 31/12/2019 | 31/12/2018 | 31/12/2017 |
|---|---|---|---|
|  | USD | USD | USD |
|  | 12 months | 12 months | 12 months |
|  | Local GAAP | Local GAAP | Local GAAP |
| Exchange rate: BGN/USD | 0.57438 | 0.58541 | 0.61320 |
| Operating revenue (Turnover) | 22,292,361 ↘ | 25,394,568 ↗ | 6,001,962 |
| P/L before tax | 19,665,710 ↗ | 12,793,584 ↗ | 5,458,057 |
| P/L for period [=Net income] | 17,668,581 ↗ | 11,407,915 ↗ | 4,912,313 |
| Cash flow | 18,134,980 ↗ | 11,540,218 | n.a. |
| Total assets | 39,031,017 ↗ | 32,344,573 ↗ | 27,032,744 |
| Shareholders funds | 20,679,495 ↗ | 13,749,561 ↗ | 7,365,097 |
| Current ratio (x) | 1.17 ↗ | 0.77 ↗ | 0.57 |
| Profit margin (%) | 88.22 ↗ | 50.38 ↘ | 90.94 |
| ROE using P/L before tax (%) | 95.10 ↗ | 93.05 ↗ | 74.11 |
| ROCE using P/L before tax (%) | 77.10 ↗ | 44.77 ↘ | 75.07 |
| Solvency ratio (Asset based) (%) | 52.98 ↗ | 42.51 ↗ | 27.25 |
| Number of employees | 29 | n.a. | n.a. |

**Management**

Mr Aleksandar Kirilov Georgiev

**News stories since last year**

0 negative stories
1 stories in total

BUREAU VAN DIJK

 **orbis**

EXHIBIT 4



**Financial strength**

| | High risk | | | | | | | | | |
| Financial Quantitative | | | | | Qualitative | Reputational and compliance | | | Environment |
| Low risk | | | | | | | | | |
| Falcon | CRIF | MORE | VadRisk | WVB | Qualitative | | | Trucost |
| 5 | 752 | A | 1 | C | C | | | 0.99 |
| 2019 | 2019 | 2019 | 2019 | 2019 | 03/12/20 | | | 2018 |

## Contact

Contact information

EKZARH YOSIF, 119
1000 SOFIA
Bulgaria

| Oblast | Sofia City |
| NUTS1 | BG4 - Southwestern and South-Central Bulgaria |
| NUTS2 | BG41 - Yugozapaden |
| NUTS3 | BG412 - Sofia City |

## Industry & activities

**Type of entity:**          Corporate
**BvD sector:**              Property Services
**NACE Rev. 2 main section:**  L - Real estate activities
**Products & services:**       Real estate agents and managers [source: Bureau van Dijk]

NACE Rev. 2 code(s)

| Core code: | 6810 | Buying and selling of own real estate |
| Primary code(s): | 6810 | Buying and selling of own real estate |

NAICS 2017 code(s) {derived from NACE Rev. 2 codes}

| Core code: | 5312 | Offices of Real Estate Agents and Brokers |
| Primary code(s): | 531210 | Offices of Real Estate Agents and Brokers |

US SIC code(s) {derived from NACE Rev. 2 codes}

| Core code: | 653 | Real estate agents and managers |

 **orbis**

EXHIBIT 4

| | | |
|---|---|---|
| Primary code(s): | **6531** | Real estate agents and managers |

Trade description

Engaged as real estate agents and managers [source: Bureau van Dijk]

## Identifiers

| | |
|---|---|
| **BvD ID number** | BG204589733 |
| **BvD account number** | BG204589733U |
| **BvD9 number** | 319529089 |
| **UIC (Trade register number)** | 204589733 |
| **European VAT number** | BG204589733 |
| **TIN (TIN)** | 204589733 |
| **LEI (Company ID)** | 485100GBI2SE0KIX8T70 |

Legal Entity Identifier (LEI) details

| | |
|---|---|
| **LEI** | 485100GBI2SE0KIX8T70 |
| **Registration status** | Issued |
| **First assignment date** | 05/11/2020 |
| **Annual renewal date** | 05/11/2021 |
| **Managing Local Operating Unit** | KDD - Centralna klirinško depotna družba d.d. (Central Securities Clearing Corporation, Slovenia) (Slovenia) |

## Legal information

| **Active**(updated in Orbis on 24/05/2017) | **PEPs and sanctions** |
|---|---|
| One-person public limited company - EAD Incorporated in 2017 Corporate | ▶ This company isnotthe same or similar to a risk relevant name |

## Accounting information

Information for this record is provided by Creditreform Bulgaria (last delivery: 29/11/2020)

| **Most recent accounts:** | 2019 | **Accounts published in:** | BGN |
|---|---|---|---|
| **Available in Orbis since** | 06/2020 | **Closing date:** | 31/12/2019 |
| **Types of account:** | Unconsolidated | **Filing type:** | Local registry filing |
| **Available for:** | 3 years | **Accounting template:** | Corporate |

**Available account**

31/12/2019          Unconsolidated, Local registry filing

**Key indicators based on Unconsolidated, Local registry filing**

 **orbis**

EXHIBIT 4

| Turnover for 2019 | | Number of employees |
|---|---|---|
| $ 22.3 m | ↘ -12.2% | 29 |

## Legal events

| Date | Type | Description | Source |
|---|---|---|---|
| 01/06/2017 | Registration | VAT registration | Registry Agency (BULSTAT register) |
| 12/05/2017 | Registration | Founded as EAD (one person joint stock co.) | Registry Agency (BULSTAT register) |

## Key financials & employees

Unconsolidated, Local registry filing

|  | 31/12/2019 | 31/12/2018 | 31/12/2017 |
|---|---|---|---|
|  | USD | USD | USD |
|  | 12 months | 12 months | 12 months |
|  | Local GAAP | Local GAAP | Local GAAP |
| Exchange rate: BGN/USD | 0.57438 | 0.58541 | 0.61320 |
| ∟ Operating revenue (Turnover) | 22,292,361 | 25,394,568 | 6,001,962 |
| ∟ P/L before tax | 19,665,710 | 12,793,584 | 5,458,057 |
| ∟ P/L for period [=Net income] | 17,668,581 | 11,407,915 | 4,912,313 |
| ∟ Cash flow | 18,134,980 | 11,540,218 | n.a. |
| ∟ Total assets | 39,031,017 | 32,344,573 | 27,032,744 |
| ∟ Shareholders funds | 20,679,495 | 13,749,561 | 7,365,097 |
| ∟ Current ratio (x) | 1.17 | 0.77 | 0.57 |
| ∟ Profit margin (%) | 88.22 | 50.38 | 90.94 |
| ∟ ROE using P/L before tax (%) | 95.10 | 93.05 | 74.11 |
| ∟ ROCE using P/L before tax (%) | 77.10 | 44.77 | 75.07 |
| ∟ Solvency ratio (Asset based) (%) | 52.98 | 42.51 | 27.25 |
| ∟ Number of employees | 29 | n.a. | n.a. |

## Global standard format

Unconsolidated, Local registry filing

Data Update 204,003 (11/12/2020)
© Bureau van Dijk 2020
GLOMAG-23653 0150


BUREAU VAN DIJK

 **orbis**

EXHIBIT 4

|  | 31/12/2019 | 31/12/2018 | 31/12/2017 |
|---|---|---|---|
|  | USD | USD | USD |
|  | 12 months | 12 months | 12 months |
|  | Local GAAP | Local GAAP | Local GAAP |
| Exchange rate: BGN/USD | 0.57438 | 0.58541 | 0.61320 |

Balance sheet

Assets

| | 31/12/2019 | 31/12/2018 | 31/12/2017 |
|---|---|---|---|
| Fixed assets | 24,039,633 | 29,577,918 | 15,739,514 |
| └ Intangible fixed assets | 12,636 | 0 | 0 |
| └ Tangible fixed assets | 21,072,947 | 10,708,933 | 14,047,093 |
| └ Other fixed assets | 2,954,049 | 18,868,985 | 1,692,421 |
| Current assets | 14,991,384 | 2,766,655 | 11,293,230 |
| └ Stock | 242,389 | 2,342 | 12,264 |
| └ Debtors | 58,013 | 168,013 | 4,567,697 |
| └ Other current assets | 14,690,982 | 2,596,300 | 6,713,269 |
| └ Cash & cash equivalent | 10,388,283 | 474,769 | 3,065,367 |
| **Total assets** | **39,031,017** | **32,344,573** | **27,032,744** |

Liabilities & equity

| | | | |
|---|---|---|---|
| Shareholders funds | 20,679,495 | 13,749,561 | 7,365,097 |
| └ Capital | 2,297,530 | 2,341,646 | 2,452,784 |
| └ Other shareholders funds | 18,381,965 | 11,407,915 | 4,912,313 |
| Non-current liabilities | 5,530,730 | 14,996,488 | 0 |
| └ Long term debt | 5,521,539 | 0 | 0 |
| └ Other non-current liabilities | 9,190 | 14,996,488 | 0 |
| └ Provisions | 0 | 0 | 0 |
| Current liabilities | 12,820,793 | 3,598,525 | 19,667,647 |
| └ Loans | 2,027,570 | 0 | 0 |
| └ Creditors | 17,231 | 3,262,499 | 16,715,109 |
| └ Other current liabilities | 10,775,991 | 336,026 | 2,952,539 |
| **Total shareh. funds & liab.** | **39,031,017** | **32,344,573** | **27,032,744** |

Memo lines

 **orbis**

EXHIBIT 4

| | 31/12/2019 | 31/12/2018 | 31/12/2017 |
|---|---|---|---|
| | USD | USD | USD |
| | 12 months | 12 months | 12 months |
| | Local GAAP | Local GAAP | Local GAAP |
| Exchange rate: BGN/USD | 0.57438 | 0.58541 | 0.61320 |
| ∟ Working capital | -2,839,173 | -474,769 | -3,065,367 |
| ∟ Net current assets | 2,170,592 | -831,870 | -8,374,417 |
| ∟ Enterprise value | n.a. | n.a. | n.a. |
| ∟ Number of employees | 29 | n.a. | n.a. |

Profit & loss account

| | | | |
|---|---|---|---|
| ∟ Operating revenue (Turnover) | 22,292,361 | 25,394,568 | 6,001,962 |
| ∟ Sales | 22,292,361 | 25,394,568 | 6,001,962 |
| ∟ Costs of goods sold | n.a. | n.a. | n.a. |
| ∟ Gross profit | n.a. | n.a. | n.a. |
| ∟ Other operating expenses | n.a. | n.a. | n.a. |
| ∟ Operating P/L [=EBIT] | 8,277,427 | 12,843,929 | 5,449,472 |
| ∟ Financial P/L | 11,388,283 | -50,345 | 8,585 |
| ∟ Financial revenue | 11,932,223 | 26,929 | 79,715 |
| ∟ Financial expenses | 543,940 | 77,274 | 71,131 |
| ∟ P/L before tax | 19,665,710 | 12,793,584 | 5,458,057 |
| ∟ Taxation | 1,997,128 | 1,385,669 | 545,744 |
| ∟ P/L after tax | 17,668,581 | 11,407,915 | 4,912,313 |
| ∟ Extr. and other P/L | 0 | 0 | 0 |
| ∟ Extr. and other revenue | 0 | 0 | 0 |
| ∟ Extr. and other expenses | 0 | 0 | 0 |
| ∟ P/L for period [=Net income] | 17,668,581 | 11,407,915 | 4,912,313 |

Memo lines

| | | | |
|---|---|---|---|
| ∟ Export revenue | n.a. | n.a. | n.a. |
| ∟ Material costs | 109,707 | 92,495 | 1,226 |
| ∟ Costs of employees | 334,291 | 73,176 | n.a. |
| ∟ Depreciation & Amortization | 466,399 | 132,303 | n.a. |

 orbis

EXHIBIT 4

|  | 31/12/2019 USD 12 months Local GAAP | 31/12/2018 USD 12 months Local GAAP | 31/12/2017 USD 12 months Local GAAP |
|---|---|---|---|
| Exchange rate: BGN/USD | 0.57438 | 0.58541 | 0.61320 |
| └ Other operating items | 13,104,538 | 12,252,664 | 551,263 |
| └ Interest paid | 542,217 | 77,274 | 71,131 |
| └ Research & Development expenses | n.a. | n.a. | n.a. |
| └ Cash flow | 18,134,980 | 11,540,218 | n.a. |
| └ Added value | 21,008,616 | 13,076,338 | n.a. |
| └ EBITDA | n.a. | n.a. | n.a. |

## Global ratios

Unconsolidated, Local registry filing

|  | 31/12/2019 USD 12 months Local GAAP | 31/12/2018 USD 12 months Local GAAP | 31/12/2017 USD 12 months Local GAAP |
|---|---|---|---|
| Exchange rate: BGN/USD | 0.57438 | 0.58541 | 0.61320 |

Profitability ratios

|  | | | |
|---|---|---|---|
| └ ROE using P/L before tax (%) | 95.10 | 93.05 | 74.11 |
| └ ROCE using P/L before tax (%) | 77.10 | 44.77 | 75.07 |
| └ ROA using P/L before tax (%) | 50.39 | 39.55 | 20.19 |
| └ ROE using Net income (%) | 85.44 | 82.97 | 66.70 |
| └ ROCE using Net income (%) | 69.48 | 39.95 | 67.66 |
| └ ROA using Net income (%) | 45.27 | 35.27 | 18.17 |
| └ Profit margin (%) | 88.22 | 50.38 | 90.94 |
| └ Gross margin (%) | n.a. | n.a. | n.a. |
| └ EBITDA margin (%) | n.a. | n.a. | n.a. |
| └ EBIT margin (%) | 37.13 | 50.58 | 90.80 |
| └ Cash flow / Operating revenue (%) | 81.35 | 45.44 | n.a. |
| └ Enterprise value / EBITDA (x) | n.a. | n.a. | n.a. |

 orbis

EXHIBIT 4

| | 31/12/2019 | 31/12/2018 | 31/12/2017 |
|---|---|---|---|
| | USD | USD | USD |
| | 12 months | 12 months | 12 months |
| | Local GAAP | Local GAAP | Local GAAP |
| Exchange rate: BGN/USD | 0.57438 | 0.58541 | 0.61320 |
| ∟ Market cap / Cash flow from operations (x) | n.a. | n.a. | n.a. |

Operational ratios

| | | | |
|---|---|---|---|
| ∟ Net assets turnover (x) | 0.85 | 0.88 | 0.82 |
| ∟ Interest cover (x) | 15.27 | 166.21 | 76.61 |
| ∟ Stock turnover (x) | 91.97 | n.s. | 489.40 |
| ∟ Collection period (days) | 1 | 2 | 274 |
| ∟ Credit period (days) | 0 | 46 | n.s. |
| ∟ Export revenue / Operating revenue (%) | n.a. | n.a. | n.a. |
| ∟ R&D expenses / Operating revenue (%) | n.a. | n.a. | n.a. |

Structure ratios

| | | | |
|---|---|---|---|
| ∟ Current ratio (x) | 1.17 | 0.77 | 0.57 |
| ∟ Liquidity ratio (x) | 1.15 | 0.77 | 0.57 |
| ∟ Shareholders liquidity ratio (x) | 3.74 | 0.92 | n.s. |
| ∟ Solvency ratio (Asset based) (%) | 52.98 | 42.51 | 27.25 |
| ∟ Solvency ratio (Liability based) (%) | n.s. | 73.94 | 37.45 |
| ∟ Gearing (%) | 36.55 | 109.07 | 0.00 |

Per employee ratios

| | | | |
|---|---|---|---|
| ∟ Profit per employee (th) | 678 | n.a. | n.a. |
| ∟ Operating revenue per employee (th) | 769 | n.a. | n.a. |
| ∟ Costs of employees / Operating revenue (%) | 1.50 | 0.29 | n.a. |
| ∟ Average cost of employee (th) | 12 | n.a. | n.a. |
| ∟ Shareholders funds per employee (th) | 713 | n.a. | n.a. |

 orbis

EXHIBIT 4

|  | 31/12/2019 | 31/12/2018 | 31/12/2017 |
|---|---|---|---|
|  | USD | USD | USD |
|  | 12 months | 12 months | 12 months |
|  | Local GAAP | Local GAAP | Local GAAP |
| Exchange rate: BGN/USD | 0.57438 | 0.58541 | 0.61320 |
| └ Working capital per employee (th) | -98 | n.a. | n.a. |
| └ Total assets per employee (th) | 1,346 | n.a. | n.a. |

### Graph - Value over time



### Graph - Indices of several values over time

BUREAU VAN DIJK

 orbis

EXHIBIT 4



Base: 2017

● Operating revenue (Turnover) (m USD)         6.00

■ P/L before tax (m USD)                        5.46

▲ P/L for period [=Net income] (m USD)          4.91

◆ Total assets (m USD)                         27.0

## Peer comparison

| Accounting year: Peer group year | Year | Operating revenue (Turnover) th USD | | P/L before tax th USD | |
|---|---|---|---|---|---|
| Median | | 22,317 | | 486 | |
| Standard deviation | | 27 | | 7,694 | |
| Average | | 22,304 | | 2,978 | |
| | | | | | |
| GRAND JAPAN INC. | 2019 | 22,267 | 10 | 520 | 3 |
| TECHNO PARK EMPREENDIMENTOS E ADMINISTRACA | 2019 | 22,332 | 1 | n.a. | |
| CORDUROY S/A | 2019 | 22,332 | 1 | n.a. | |
| DRAGER DO BRASIL LTDA | 2019 | 22,332 | 1 | n.a. | |
| GERONAL DO BRASIL PARTICIPACOES LTDA | 2019 | 22,332 | 1 | n.a. | |
| KATSUSHICHI KOSAN KK | 2019 | 22,317 | 5 | 1,303 | 2 |
| MARUJE CO.,LTD. | 2019 | 22,309 | 6 | 335 | 5 |
| CHEONJIIN PLUS CO.,LTD | 2019 | 22,303 | 7 | 452 | 4 |
| INTRUST PLC EAD | 2019 | 22,292 | 8 | 19,666 | 1 |
| OHKURAYA FUDOSAN | 2019 | 22,272 | 9 | n.a. | |
| SILCOGE - SOCIEDADE CONSTRUTORA DE OBRAS GE | 2019 | 22,254 | 11 | -4,406 | 6 |

 orbis

EXHIBIT 4

| Accounting year: Peer group year | Year | P/L for period [=Net income] th USD | | Total assets th USD | |
|---|---|---|---|---|---|
| Median | | 452 | | 26,075 | |
| Standard deviation | | 6,534 | | 33,334 | |
| Average | | 2,289 | | 35,835 | |

| | | | | | |
|---|---|---|---|---|---|
| GRAND JAPAN INC. | 2019 | 330 | 5 | 10,883 | 5 |
| TECHNO PARK EMPREENDIMENTOS E ADMINISTRACA | 2019 | n.a. | | n.a. | |
| CORDUROY S/A | 2019 | n.a. | | n.a. | |
| DRAGER DO BRASIL LTDA | 2019 | n.a. | | n.a. | |
| GERONAL DO BRASIL PARTICIPACOES LTDA | 2019 | n.a. | | n.a. | |
| KATSUSHICHI KOSAN KK | 2019 | 925 | 3 | 40,544 | 2 |
| MARUJE CO.,LTD. | 2019 | -90 | 6 | 13,120 | 4 |
| CHEONJIIN PLUS CO.,LTD | 2019 | 452 | 4 | 7,209 | 6 |
| INTRUST PLC EAD | 2019 | 17,669 | 1 | 39,031 | 3 |
| OHKURAYA FUDOSAN | 2019 | 1,272 | 2 | n.a. | |
| SILCOGE - SOCIEDADE CONSTRUTORA DE OBRAS GE | 2019 | -4,536 | 7 | 104,221 | 1 |

| Accounting year: Peer group year | Year | Shareholders funds th USD | | Number of employees | |
|---|---|---|---|---|---|
| Median | | 4,687 | | 17 | |
| Standard deviation | | 7,644 | | 21 | |
| Average | | 7,269 | | 24 | |

| | | | | | |
|---|---|---|---|---|---|
| GRAND JAPAN INC. | 2019 | 2,770 | 4 | 37 | 3 |
| TECHNO PARK EMPREENDIMENTOS E ADMINISTRACA | 2019 | n.a. | | 3 | 10 |
| CORDUROY S/A | 2019 | n.a. | | 76 | 1 |
| DRAGER DO BRASIL LTDA | 2019 | n.a. | | 3 | 10 |
| GERONAL DO BRASIL PARTICIPACOES LTDA | 2019 | n.a. | | 36 | 4 |
| KATSUSHICHI KOSAN KK | 2019 | 13,728 | 2 | 17 | 6 |
| MARUJE CO.,LTD. | 2019 | 6,603 | 3 | 7 | 8 |
| CHEONJIIN PLUS CO.,LTD | 2019 | 225 | 5 | 4 | 9 |
| INTRUST PLC EAD | 2019 | 20,679 | 1 | 29 | 5 |
| OHKURAYA FUDOSAN | 2019 | n.a. | | 38 | 2 |
| SILCOGE - SOCIEDADE CONSTRUTORA DE OBRAS GE | 2019 | -392 | 6 | 15 | 7 |

**Peer group definition**

Closest 10 international companies according to the Operating revenue (Turnover) of the subject company for the last available year (2019) amongst the standard peer group.
The standard peer group is based on NACE Rev. 2 industry classification: 6810 - Buying and selling of own real estate.


BUREAU VAN DIJK

 **orbis**

EXHIBIT 4

## Company ratings

No data available for this company

## Country ratings

Your subscription does not include some of the agency ratings.

EIU

|  | Rating | Date | Action/Direction | Outlook | Watch |
|---|---|---|---|---|---|
| Overall country rating | BBB | 01/09/2020 | | | |
| Banking sector rating | BB | 01/09/2020 | | Stable | |

*Copyright © 2020 The Economist Intelligence Unit Limited. All rights reserved.*

## Financial strength summary



## Falcon counterparty risk score by Zanders

 orbis

EXHIBIT 4



10      1

**5 - Sufficient**

for 2019

| | |
|---|---|
| **Probability of default:** | 1.01% |
| **Credit limit:** | 258,382 $ |
| **Industry:** | Real estate activities |

**Evolution over time**



**Evolution over time (Tabular view)**

| | 2017 | 2018 | 2019 |
|---|---|---|---|
| Counterparty Risk Score (CRS) | 4 | 5 | 5 |
| Probability of default (%) | 1.61 | 1.01 | 1.01 |
| Falcon credit limit (th $) | 29 | 112 | 258 |

**Observations**

**2019**    Original currency is not EUR

**2018**    Original currency is not EUR

**2017**    Original currency is not EUR



 **orbis**

EXHIBIT 4

## Falcon influencing ratios

|  | 2017 | 2018 | 2019 |
|---|---|---|---|
| **Operations and Liquidity** | | | |
| Turnover growth | 2 | 10 | 2 |
| Return on sales | 10 | 9 | 10 |
| Current ratio | 2 | 2 | 3 |
| Debtor days | 2 | 4 | 9 |
| **Debt services** | | | |
| Interest coverage ratio | 10 | 10 | 9 |
| Debt/EBITDA | 2 | 2 | 2 |
| **Capital structure** | | | |
| Gearing | 7 | 5 | 7 |
| Solvency | 4 | 6 | 7 |
| Tangible net worth | 3 | 4 | 5 |

## Financial stability score by CRIF Decision Solutions Ltd



1000          1

**752**

for 2019

| Key influencing factors | - Profitability<br>- Financial leverage<br>- Operational efficiency |
|---|---|
| Scores for peer group | 245 Minimum<br>608 Average<br>824 Maximum |
| Industry | Buying and selling of own real estate |

 orbis

EXHIBIT 4



**Evolution over time**

| | |
|---|---|
| High risk | 1 |
| | 100 |
| | 200 |
| | 300 |
| | 400 |
| | 500 |
| | 600 |
| | 700 |
| | 800 |
| | 900 |
| Low risk | 1000 |

2017   2018   2019

Legend

Peer group reference value (only average in graph)

**Evolution over time (Tabular view)**

| | 2017 | 2018 | 2019 |
|---|---|---|---|
| Company | 772 | 802 | 752 |
| Key factors | - Asset management efficiency<br>- Financial leverage | - Financial leverage<br>- Asset management efficiency<br>- Operational efficiency | - Profitability<br>- Financial leverage<br>- Operational efficiency |
| Peer group | | | |
| Minimum | 245 | 265 | 250 |
| Average | 608 | 609 | 614 |
| Maximum | 824 | 834 | 834 |

**MORE credit risk score by modeFinance**



AAA                          D

**A - Healthy**

for 2019

Confidence level: 86%

| | |
|---|---|
| **Probability of default:** | 0.30% |
| **Credit limit:** | 651,572 $ |
| **Industry:** | Services |

 orbis

EXHIBIT 4



**Evolution over time (Tabular view)**

|  | 2017 | 2018 | 2019 |
|---|---|---|---|
| **Score** | | | |
| Company | BBB | AA | A |
| Peer group | BB | BB | n.a. |
| **Probability of default (%)** | | | |
| Company | 1.40 | 0.25 | 0.30 |
| Peer group | 2.10 | 1.90 | n.a. |
| **Confidence level (%)** | | | |
| Company | 86 | 86 | 86 |
| **Credit limit (th $)** | | | |
| Company | 126 | 847 | 652 |

 orbis

EXHIBIT 4

**MORE influencing ratios**

| | 2017 | 2018 | 2019 |
|---|---|---|---|
| **Solvency ratios** | | | |
| Leverage ratio | BBB | AA | AA |
| Assets to debt | BBB | AA | AAA |
| **Liquidity ratios** | | | |
| Current ratio | | B | BBB |
| Quick ratio | B | BB | BBB |
| Cash conversion cycle (CCC) | C | A | |
| **Profitability and economic ratios** | | | |
| Return on investment (ROI) | | AAA | AAA |
| Return on equity (ROE) | AAA | AAA | AAA |
| Asset turnover | CC | B | |
| **Interest coverage ratio** | | | |
| Interest paid coverage | AA | AAA | BB |

## Predictive Indicators by Vadis



Propensity of bankruptcy

1     9

**1**

Risk of bankruptcy lower than
national average

for 2019

**Key influencing factors:**

— Company's group
— Credit period
— Evolution of tangible fixed assets
— Company's ownership key performance indicators
— Evolution of added value

BUREAU VAN DIJK

 **orbis**                                               EXHIBIT 4

**Propensity to be sold**



A5                          A1

**A5**

Deal value is estimated between: 35,869,034 $ and 201,081,833 $

Among the 2 % of
companies with the
highest probability to be
sold

for 2019

**Evolution over time**



| Evolution over time (Tabular view) | | |
|---|---|---|
| | **2018** | **2019** |
| Propensity of bankruptcy | 2 | 1 |
| Key influencing factors | + Company's group<br>— Evolution of tangible fixed assets<br>+ Company's ownership key performance indicators<br>+ Company's ownership key performance indicators<br>— Evolution of other current liabilities / current liabilities<br>(company's sector financials) | + Company's group<br>+ Credit period<br>+ Evolution of tangible fixed assets<br>+ Company's ownership key performance indicators<br>+ Evolution of added value |
| Propensity to be sold | A5 | A5 |
| Estimated deal value | | |
| Lower bound (th $) | 43,027 | 35,869 |
| Upper bound (th $) | 232,569 | 201,082 |

 orbis

EXHIBIT 4

## Global score by WVB



A                D

**C - Weak**

for 2019

## Evolution over time



| | | |
|---|---|---|
| **High risk** | D | |
| | C | |
| | B- | |
| | B | |
| | B+ | |
| **Low risk** | A | |

2019

**Evolution over time (Tabular view)**

2019

WVB Global score                                        C

## Qualitative score by modeFinance

 orbis

EXHIBIT 4



A          E

**C - Sufficient**

on 03/12/2020

Confidence level: 73.0%

**Credit limit:**

**n.a.**

No Qualitative credit limit has been calculated because a recent MORE credit limit is available for this company.

**Key influencing factors:**

A - GUO MORE score / status
E - Subsidiaries average MORE score / status
D - Directors average MORE score / status

**Industry score:**

D

**Evolution over time**



High risk | E
 | D
 | C
 | B
Low risk | A

2017   2018   2019   2020

Legend

■ Industry score

## ◉ orbis

EXHIBIT 4

### Evolution over time (Tabular view)

|  | 2017 | 2018 | 2019 | 03/12/2020 |
|---|---|---|---|---|
| Qualitative score | D | B | B | C |
| Confidence level (%) | 34 | 72 | 72 | 73 |
| Credit limit | n.a. | n.a. | n.a. | n.a. |
| Industry score | C | D | D | D |

**Credit limit annotations**

| 03/12/2020 | No Qualitative credit limit has been calculated because a recent MORE credit limit is available for this company. |
|---|---|
| 2019 | No Qualitative credit limit has been calculated because a recent MORE credit limit is available for this company. |
| 2018 | No Qualitative credit limit has been calculated because a recent MORE credit limit is available for this company. |
| 2017 | No Qualitative credit limit has been calculated because a recent MORE credit limit is available for this company. |

### Environmental score by Trucost



0%   ≥ 100%

**0.99%**

for 2018

0.5

**Legend**

- 🌫 Greenhouse gases
- 💧 Water
- 🗑 Waste
- 💨 Air pollutants
- 🔺 Land & water pollutants
- 🏭 Natural resources used

☐ Subject company values

☐ Sector average values

**Industry:**   Real estate

 orbis

EXHIBIT 4



**Evolution over time**

**Evolution over time (Tabular view)**

|  | 2016 | 2017 | 2018 |
|---|---|---|---|
| Environmental score (%) | 0.91 | 0.97 | 0.99 |

**Managed funds**

There is no available data for this entity set

**Current directors & managers**

Boards & committees                    2

Boards of directors

| **MS VIOLETA GETOVA DIMITROVA**<br>Member of the Board | CB |
|---|---|
| **MS DORA HRISTOVA SPASOVA**<br>Member of the Board | CB |

Management & staff                    1

Senior Management

| **MR ALEKSANDAR KIRILOV GEORGIEV**<br>Executive Director | CB |
|---|---|

⊙ orbis

EXHIBIT 4

**Source**

CB:Creditreform (Bulgaria)

Filters

Formal sources
Bodies & departments

## Previous directors & managers

Boards & committees                    1

Boards of directors

| **MR ALEKSANDAR KIRILOV GEORGIEV**<br>Executive Director and Chairman of the Board | CB |

Management & staff                    1

Senior Management

| **MR ALEKSANDAR KIRILOV GEORGIEV**<br>Executive Director and Chairman of the Board | CB |

**Source**

CB:Creditreform (Bulgaria)

Filters

Formal sources
Bodies & departments

## Ownership structure

Graph : Shareholders

 orbis

EXHIBIT 4



1 shareholder and the controlling shareholder path are represented.

Legend

| | | | | |
|---|---|---|---|---|
| ↔ | Controlling shareholder | | x/x | Direct / Total ownership % |
| ⋔ | An individual | | BR | Branch |
| | | | CQP1 | 50% + 1 Share |
| | Beneficial Owner | | CTP | Calculated total percentage |
| | | | DM | Director/Manager |
| | Global Ultimate Owner | | FC | Foreign company |
| | | | GP | General partner |
| ► | There are names that are the same, or | | JO | Jointly owned, = 50 % |
| | similar to, a risk relevant name | | MO | Majority owned, > 50% |
| | | | n.a. | Not available |
| | | | NG | Negligible, <=0.01% |
| | | | REG | Beneficial Owner from register, = 100% |

 **orbis**                                                    EXHIBIT 4

| | | |
|---|---|---|
| T | Sole trader, = 100 % |
| VE | Vessel |
| WO | Wholly owned, >= 98% |

**Ultimate Owner definition**

The path from the company to its Ultimate Owner is minimum 50.01%
I consider a company the Ultimate Owner if there are no identified shareholders or if the shareholder percentage is not known.

**Geographic footprint**

Number of companies in the corporate group per country



**The map represents the geographic location of the companies in the corporate group**

All 10 companies in the corporate group are represented

**Legend**

Number of entities by country                      Country of both the company and the GUO

More than 1

Less than 1

**Ultimate Owner definition**

The path from the company to its Ultimate Owner is minimum 50.01%
I consider a company the Ultimate Owner if there are no identified shareholders or if the shareholder percentage is not known.

**Corporate group**

 **orbis**

EXHIBIT 4

There are 10 companies in the corporate group

| Name | | Country | Ownership Direct % | Ownership Total % | Level of own. | Info Source |
|---|---|---|---|---|---|---|
| **Global Ultimate Owner** | | | | | | |
| MR DELYAN SLAVCHEV PEEVSKI | ▶ | BG | | | | |
| **Ultimately owned subsidiaries** | | | | | | |
| INT LTD EOOD | ▶ | BG | 100.00 | 100.00 | 1 | CB |
| ▶ INTRUST PLC EAD | | BG | 100.00 | 100.00 | 1 | CB |

| Name | | Date |
|---|---|---|
| **Global Ultimate Owner** | | |
| MR DELYAN SLAVCHEV PEEVSKI | ▶ | |
| **Ultimately owned subsidiaries** | | |
| INT LTD EOOD | ▶ | 11/2020 |
| ▶ INTRUST PLC EAD | | 11/2020 |

Legend

▶   There are names that are the same, or similar to, a risk relevant name

**Ultimate Owner definition**

The path from the company to its Ultimate Owner is minimum 50.01%
I consider a company the Ultimate Owner if there are no identified shareholders or if the shareholder percentage is not known.

**Beneficial Owners**



Beneficial Owner (1)

| MR DELYAN SLAVCHEV PEEVSKI Bulgaria | | Distance: 1 | ⊘ | ▶ |
|---|---|---|---|---|

| Name | | Country | Ownership Direct % | Ownership Total % | Source |
|---|---|---|---|---|---|
| MR DELYAN SLAVCHEV PEEVSKI | ⊚ ▶ | BG | 100.00 | 100.00 | CB 11/2020 |
| INTRUST PLC EAD | | BG | | | |

 **orbis**                                                    EXHIBIT 4

### Other Ultimate Beneficiary (0)

This company has no Other Ultimate Beneficiaries.

### Beneficial Owner from register (0)
There are no Beneficial Owners from register for this company

### Legend

▶  There are names that are the same, or similar to, a risk relevant name

⊚  Has enough influence power to control the result of a vote in the company

### Beneficial Owner definition

The minimum percentage of ownership at first level is 10.00%, the minimum percentage at further levels is 50.01%.
I also consider any individual at the top of a path who has an unknown percentage of ownership (% such as '>x%' are considered unknown)

I also consider any individual at the top of a path who has a percentage of minimum 10.00% (with the requested 50.01% at all other levels).

Beneficial Owners from register are not subject to the defined thresholds.

## Controlling shareholders

### BvD independence indicator



**D - Direct majority ownership**
Has an identified shareholder with over 50% direct ownership or is a branch/foreign company

| Name | | Country | Type | Ownership | | | Info | | Op. Rev. |
|------|---|---------|------|-----------|---|---|------|---|----------|
| | | | | Direct % | Total % | Source | Date | | (m USD) |
| MR DELYAN SLAVCHEV PEEVSKI | ▶ | BG | I | 100.00 | 100.00 | CB | 11/2020 | | - |
| INTRUST PLC EAD | | BG | C | | | | | | 22 |

| Name | | No of employees |
|------|---|-----------------|
| MR DELYAN SLAVCHEV PEEVSKI | ▶ | - |
| INTRUST PLC EAD | | 29 |

### Legend

▶  There are names that are the same, or
   similar to, a risk relevant name

I = One or more named individuals or families

C = Corporate

 **orbis**                                                         EXHIBIT 4

## Ultimate Owner definition

The path from the company to its Ultimate Owner is minimum 50.01%
I consider a company the Ultimate Owner if there are no identified shareholders or if the shareholder percentage is not
known.

## Current shareholders

| Name | | Country | Type | | Ownership | | | Info | Op. Rev. |
|------|--|---------|------|--|----------|--|--|------|---------|
| | | | | | Direct % | Total % | Source | Date | (m USD) |
| MR DELYAN SLAVCHEV PEEVSKI | ⚑ | BG | I | = | 100.00 | 100.00 | CB | 11/2020 | - |

| Name | | No of employees |
|------|--|-----------------|
| MR DELYAN SLAVCHEV PEEVSKI | ⚑ | - |

## Legend

⚑    There are names that are the same, or       I = One or more named individuals or families
similar to, a risk relevant name

## Shareholders history

### Current shareholders

| Name | | Country | Type | Ownership | | | Info | Op. Rev. | No of |
|------|--|---------|------|-----------|--|--|------|----------|-------|
| | | | | Direct % | Total % | Source | Date | (m USD) | employees |
| MR DELYAN SLAVCHEV PEEVSKI | ⚑ | BG | I | 100.00 | 100.00 | CB | 11/2020 | - | - |
| | | | | 100.00 | 100.00 | CB | 03/2020 | | |
| | | | | 100.00 | 100.00 | CB | 09/2019 | | |
| | | | | 100.00 | 100.00 | CB | 03/2019 | | |
| | | | | 100.00 | 100.00 | CB | 09/2018 | | |
| | | | | 100.00 | 100.00 | CB | 03/2018 | | |
| | | | | 100.00 | 100.00 | CB | 09/2017 | | |

## Legend

⚑    There are names that are the same, or       I = One or more named individuals or families
similar to, a risk relevant name

### Previous shareholders

There is no data available for this entity.

## Filters

 **orbis**

EXHIBIT 4

Shareholders: All
All information since 01/2002

## Shareholders by T-Rank

| Name | Country | Type | T-rank (%) | Distance | Raw data | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | Direct (%) | Total (%) |
| MR DELYAN SLAVCHEV PEEVSKI | n.a. | I | 100.00 | 1 | 100.00 | |

Based on Bureau van Dijk ownership data: 09/12/2020

### Legend
I = One or more named individuals or families

### Filters
All shareholders
T-Rank threshold 5%
Sorted by T-rank percentage

## Shareholder power & coalitions

### Most influential shareholders

| Name | Country | Type | Distance | Influence power (%) |
| --- | --- | --- | --- | --- |
| MR DELYAN SLAVCHEV PEEVSKI | n.a. | I | 1 | 100.0 |

### Possible controlling coalitions
Controlling coalitions do not apply because there is a shareholder with enough influence power to control the result of a vote in the company: MR DELYAN SLAVCHEV PEEVSKI.

Based on Bureau van Dijk ownership data: 09/12/2020

### Legend
I       One or more named individuals or families

## Current subsidiaries

| Name | Country | Type | | Ownership | | Status | Info | | Op. Rev. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Direct % | Total % | | Source | Date | (m USD) |
| BM SYSTEMS EAD | BG | C | - | 100.00 | 100.00 | - | CB | 11/2020 | 0 |
| INT INVEST EOOD | BG | C | = | 100.00 | 100.00 | - | CB | 11/2020 | n.a. |

**⊙ orbis**

EXHIBIT 4

| Name | No of employees |
|------|-----------------|
| BM SYSTEMS EAD | n.a. |
| INT INVEST EOOD | n.a. |

| Name | Country | Type | | Ownership | | Status | Info | | Op. Rev. |
|------|---------|------|---|-----------|---|--------|------|---|----------|
| | | | | Direct % | Total % | | Source | Date | (m USD) |
| INTTRAFIK EOOD | BG | C | = | 100.00 | 100.00 | - | CB | 11/2020 | 1 |
| NSN INVESTMENT ITALIA S.R.L. IN LIQUIDAZIONE | IT | F | = | 100.00 | 100.00 | - | HO | 07/2019 | 0 |
| REAL ESTATES INT LTD EOOD | BG | C | = | 100.00 | 100.00 | - | CB | 11/2020 | 0 |
| ▶ TELEGRAPH MEDIA EOOD | BG | C | = | 100.00 | 100.00 | - | CB | 11/2020 | 14 |
| TELEGRAPH NEWSPAPER LTD EOOD | BG | C | = | 100.00 | 100.00 | - | CB | 11/2020 | n.a. |

| Name | No of employees |
|------|-----------------|
| INTTRAFIK EOOD | 38 |
| NSN INVESTMENT ITALIA S.R.L. IN LIQUIDAZIONE | 1 |
| REAL ESTATES INT LTD EOOD | n.a. |
| ▶ TELEGRAPH MEDIA EOOD | 190 |
| TELEGRAPH NEWSPAPER LTD EOOD | n.a. |

**Legend**

C = Corporate
F = Financial company

**Mergers & acquisitions**

| | Date | Headline |
|---|------|----------|
| Ⓩ | 25/04/2020 | Nyu Imidzh Bulgaria to acquire stake in Telegraf Media from Intrast (deal no. 1941072429) |

Filters

Deals: M&A deals
Period: Last year
Corporate: For the company

Sources : Bureau van Dijk

**Research**

Company profiles

Filters:

Moody's Investors Service, Moody's Analytics Capital Markets, MarketLine, Morningstar, GlobalData



 **orbis**                                                                    EXHIBIT 4

No data available for this company

Industry profiles

| Source | Document | Type | Date |
|--------|----------|------|------|
| MarketLine<br>Company operates in the industry | **Global Real Estate** | Industry profile | 09/06/2020 |
| | **Global Real Estate** | | 20/06/2019 |
| | **Global Real Estate** | | 11/04/2018 |
| | **Global Real Estate** | | 26/05/2017 |
| | **Global Real Estate** | | 26/05/2017 |
| | **Global Real Estate** | | 25/07/2016 |
| | **Global Real Estate** | | 05/11/2015 |
| | **Global Real Estate** | | 01/06/2014 |
| | **Global Real Estate** | | 01/06/2014 |
| | **Global Real Estate** | | 01/03/2009 |
| | **Global Real Estate** | | 01/04/2008 |
| | **Global Real Estate** | | 01/03/2007 |
| | **Global Real Estate** | | 01/04/2006 |
| | **Global Real Estate** | | 01/05/2005 |
| | **Global Real Estate** | | 01/08/2004 |
| | **Global Real Estate** | | 01/12/2003 |
| MarketLine<br>Company operates in the industry | **Real Estate in Europe** | Industry profile | 09/06/2020 |
| | **Real Estate in Europe** | | 20/06/2019 |
| | **Real Estate in Europe** | | 11/04/2018 |
| | **Real Estate in Europe** | | 26/05/2017 |
| | **Real Estate in Europe** | | 26/05/2017 |
| | **Real Estate in Europe** | | 25/07/2016 |

 **orbis**                                                           EXHIBIT 4

| | |
|---|---|
| **Real Estate in Europe** | 05/11/2015 |
| **Real Estate in Europe** | 01/06/2014 |
| **Real Estate in Europe** | 01/06/2014 |

Industry profiles Filters

Moody's Investors Service, Moody's Analytics Capital Markets, MarketLine, Morningstar, GlobalData

## My variables

Unconsolidated, Local registry filing
No data available for this company

## Appendix – Omitted chapters

The chapters listed below have been omitted because they have no data for this company, or the data cannot be represented in the PDF

Public tenders
Detailed format
Cash flow statement
Segment data - Business lines
Segment data - Geographic segments
Graph - company ratings over time
Albatross score by Zanders
Compass score merchant risk by G2
RepRisk indicators by RepRisk
National scores
Stock profile
Annual stock data
Annual stock valuation
Pricing series
Beta and price volatility
Earnings estimates
Additional estimates
Brokers recommendations
Bonds and loans
Credit default swaps
Current auditors, bankers & other advisors
Previous auditors, bankers & other advisors
Branches
Innovation strength
Patent portfolio
Royalties agreements
Company and market news
FACTIVA news
Crossborder investments
Liquidity events & potential beneficiaries
Local registry documents
aRMadillo
Global reports
EOL SEC filings



Exhibit 5 Withheld in Full

Bates: GLOMAG-23653 0179–0181

12/15/2020            Intrust EAD - SeeNews - Business intelligence for Southeast Europe

**EXHIBIT 6**


Login

You have 10 free articles left this month. Get your free Basic subscription now and gain instant access to more.

# Intrust EAD

# Summary

Company ID (NIN)
204589733

Company owner / manager
Delian Slavchev Peevski

Country
Bulgaria

Capital
4,000,000

Total assets
67,953,000

Net profit for the period
30,761,000

Report year
2019

Currency
BGN

Industry
Construction/Real Estate

# General information

### About Intrust EAD

Intrust EAD is a Bulgarian company engaged in the purchase and sale of own real estate.
*Last updated on Feb 6, 2020.*

### Meta info

**Status**
Active

**Legal form**
Joint Stock Company

**Incorporation date**
May 12, 2017

**NIN**
204589733 MAG-23653 0182

12/15/2020                              Intrust EAD - SeeNews - Business intelligence for Southeast Europe

EXHIBIT 6

**Tickers**

**Stock Exchange**

**ISIN**

**Profile last updated**
Feb. 6, 2020, 8:35 p.m.

**Alternative names**

Intrust JSC
Intrust PLC

# History

May 12, 2017 - Intrust EAD is established in Sofia, the capital of Bulgaria.
Apr 25, 2018 - Intrust EAD signs a preliminary contract for the sale of 50% of its subsidiary Telegraph Media EOOD to the Bulgaria-based company Nu Image Bulgaria EAD.
Oct 10, 2018 - Intrust EAD withdraws from the sale of Telegraph Media EOOD.
Jan 1, 2019 - Intrust EAD takes over the local companies NSN Investment EOOD, Prestrafik EOOD and Developments EOOD, which no longer exist as separate legal entities.
Mar 11, 2019 - The company takes over Zair 2009 EOOD.
Last updated on Feb 6, 2020.

# Related data

**Similar companies**

**Related reports**

Industry Report
**Automotive Industry in SEE 2020**

Macro Report
**Bulgaria Economy Report Q3 2019**

GLOMAG-23653 0183

EXHIBIT 6

# Management

**Executive Board**

Aleksadur Kirilov Georgiev      CEO

**Board of Directors**

Violeta Getova Dimitrova      Member of the Board

Dora Hristova Spasova      Member of the Board

Aleksadar Kirilov Georgiev      Member of the Board

# Contacts

**Address**

119, Ekzarh Yosif Str.
1527
Sofia, Bulgaria

**Telephones**

N/A

**Fax**

N/A

**Emails**

N/A

**Websites**

N/A

# Ownership

GLOMAG-23653 0184

12/15/2020                    Intrust EAD - SeeNews - Business intelligence for Southeast Europe

EXHIBIT 6

| Name | Direct holding | Indirect holding | Owner type | Country |
|------|----------------|------------------|------------|---------|
| Delian Slavchev Peevski | 100.0 | | Individual | |

## Subsidiaries and affiliates

| Name | Direct holding | Indirect holding | Country |
|------|----------------|------------------|---------|
| Telegraph Media EOOD | 100.0 | | Bulgaria |
| Prestrafik EOOD | 100.0 | | Bulgaria |

## Products and services

Intrust EAD is engaged in investment and commercial activities, real estate transactions and brokerage.

## Capacity

Access 800,000+ basic   and 4,000+ premium   company profiles

Subscribe now

## Employment

Access 800,000+ basic   and 4,000+ premium   company profiles

Subscribe now

GLOMAG-23653 0185

12/15/2020                    Intrust EAD - SeeNews - Business intelligence for Southeast Europe

EXHIBIT 6

## Market and sales

Access 800,000+ basic   and 4,000+ premium   company profiles

Subscribe now

## Investment plans

Access 800,000+ basic   and 4,000+ premium   company profiles

Subscribe now

## Financial information

Access 800,000+ basic   and 4,000+ premium   company profiles

Subscribe now

GLOMAG-23653 0186

Intrust EAD - SeeNews - Business Intelligence for Southeast Europe

EXHIBIT 6

## About

SeeNews is your complete guide to the emerging economies of Southeast Europe. Latest news, market intelligence, industry analyses, on-demand research – the big picture at the tip of your fingers.

See more

## Premium access

Get ahead of the competition with SeeNews Premium Access. Unlimited news and objective analysis you can trust, company data and more. Subscribe now and start making agile business decisions.

Subscribe now

| Services | Contact Us |
|---|---|
| News | Basic enquiries |
| Companies | Editorial |
| Reports | Marketing & Sales |
| Press Release | Customer Care |
| Dashboards | For Media: |
| Top 100 SEE | +359 2 80 12 630 |
| Research | |
| Advertising | |

| Follow Us | Feed |
|---|---|
| Facebook | News RSS |
| Twitter | Companies RSS |
| LinkedIn | |

Disclaimer  Terms & Conditions  Privacy policy  Editorial policy  Code of Conduct for Suppliers

Copyright © SeeNews. All rights reserved.

 **orbis**

EXHIBIT 7

 **BM SYSTEMS EAD**
SOFIA, Bulgaria

Active

BvD ID n° BG131382912

Private

The Global Ultimate Owner of this controlled subsidiary is MR DELYAN SLAVCHEV PEEVSKI

## Key information

EKZARH YOSIF, 119
1000 SOFIA
Bulgaria

📞 +359 9801737

**Activity:**        Corporate, Business Services

**Date of incorporation:**       2007

---

**Turnover for 2013**

$ 0.00 ■

**Net income for 2013**

$ -2.11 th ■

**Ownership**

1 shareholder
0 subsidiary
10 companies in the corporate group

**PEPs and sanctions**

  This company isnotthe same
or similar to a risk relevant
name



 **orbis**

EXHIBIT 7

## Financial profile

Unconsolidated, Local registry filing

| | 31/12/2013 | 31/12/2012 | 31/12/2007 | 31/12/2006 | 31/12/2005 |
|---|---|---|---|---|---|
| | USD | USD | USD | USD | USD |
| | 12 months | 12 months | 12 months | 12 months | 12 months |
| | Local GAAP | Local GAAP | Local GAAP | Local GAAP | Local GAAP |
| Exchange rate: BGN/USD | 0.70472 | 0.67404 | 0.75120 | 0.67340 | 0.60317 |
| Operating revenue (Turnover) | 0 | n.a. | 0 = | 0 = | 0 |
| P/L before tax | -2,114 | n.a. | -3,756 ↘ | 2,020 ↗ | 0 |
| P/L for period [=Net income] | -2,114 | n.a. | -3,756 ↘ | 2,020 ↗ | 0 |
| Total assets | 133,897 ↗ | 81,558 ↘ | 91,647 ↗ | 10,101 ↗ | 7,238 |
| Shareholders funds | 31,008 ↘ | 31,680 ↘ | 36,058 ↗ | 10,101 ↗ | 7,238 |
| Current ratio (x) | 0.49 ↗ | 0.03 = | 0.03 | n.s. | n.s. |
| ROE using P/L before tax (%) | -6.82 | n.a. | -10.42 ↘ | 20.00 ↗ | 0.00 |
| ROCE using P/L before tax (%) | n.a. | n.a. | -6.25 | n.a. | n.a. |
| Solvency ratio (Asset based) (%) | 23.16 ↘ | 38.84 ↘ | 39.34 ↘ | 100.00 = | 100.00 |
| Number of employees | n.a. | n.a. | 1 = | 1 | n.a. |

**Management**

Mr Aleksandar Kirilov Georgiev

**News stories since last year**

0 negative stories
0 stories in total

 orbis

EXHIBIT 7



**Financial strength**

| High risk | Financial Quantitative | | | | Qualitative | Reputational and compliance | Environment |

| Low risk | | | | | mfi Qualitative A 03/12/20 | | |

## Contact

### Contact information

EKZARH YOSIF, 119
1000 SOFIA
Bulgaria

📞 +359 9801737

🖶 +359 29804880

| | |
|---|---|
| **Oblast** | Sofia City |
| **NUTS1** | BG4 - Southwestern and South-Central Bulgaria |
| **NUTS2** | BG41 - Yugozapaden |
| **NUTS3** | BG412 - Sofia City |

## Industry & activities

**Type of entity:** Corporate
**BvD sector:** Business Services
**NACE Rev. 2 main section:** N - Administrative and support service activities

NACE Rev. 2 code(s)

| Core code: | 8299 | Other business support service activities nec |
|---|---|---|
| Primary code(s): | 8299 | Other business support service activities nec |
| Secondary code(s): | 7311 | Advertising agencies |
| | 7312 | Media representation |

NAICS 2017 code(s) {derived from NACE Rev. 2 codes}

| Core code: | 5614 | Business Support Services |
|---|---|---|
| Primary code(s): | 561499 | All Other Business Support Services |
| Secondary code(s): | 541810 | Advertising Agencies |
| | 541840 | Media Representatives |

 orbis

EXHIBIT 7

| | 541850 | Outdoor Advertising |
|---|---|---|
| | 541860 | Direct Mail Advertising |
| | 541870 | Advertising Material Distribution Services |
| | 541890 | Other Services Related to Advertising |

US SIC code(s) {derived from NACE Rev. 2 codes}

| Core code: | 738 | Miscellaneous business services |
|---|---|---|
| Primary code(s): | 7389 | Business services, not elsewhere classified |
| Secondary code(s): | 7311 | Advertising agencies |
| | 7313 | Radio, television, and publishers' advertising representatives |
| | 7319 | Advertising, not elsewhere classified |

## Identifiers

| | |
|---|---|
| BvD ID number | BG131382912 |
| BvD account number | BG131382912U |
| BvD9 number | 016767057 |
| UIC (Trade register number) | 131382912 |
| European VAT number | BG131382912 |
| TIN (TIN) | 131382912 |

## Legal Information

### Active

One-person public limited company - EAD
Incorporated in 2007
Corporate

### PEPs and sanctions

▶ This company isnotthe same or similar to a risk relevant name

## Accounting information

Information for this record is provided by Creditreform Bulgaria (last delivery: 29/11/2020)

No Recent financials available

| | | | |
|---|---|---|---|
| Most recent accounts: | 2013 | Accounts published in: | BGN |
| Available in Orbis since | 08/2014 | Closing date: | 31/12/2013 |
| Types of account: | No recent Unconso. | Filing type: | Local registry filing |
| Available for: | 5 years | Accounting template: | Corporate |

### Available account

31/12/2013          Unconsolidated, Local registry filing

**Key indicators based on Unconsolidated, Local registry filing**



 **orbis**

EXHIBIT 7

**Turnover for 2013**

$ 0.00

## Legal events

| Date | Type | Description | Source |
|------|------|-------------|--------|
| 28/08/2007 | Registration | Registered with the Court in Sofia | Registry Agency (BULSTAT register) |
| 10/08/2007 | Registration | VAT registration | Registry Agency (BULSTAT register) |
| 2007 | Registration | Founded as AD (Public Limited Company) | Registry Agency (BULSTAT register) |

## Key financials & employees

Unconsolidated, Local registry filing

|  | 31/12/2013 USD 12 months Local GAAP | 31/12/2012 USD 12 months Local GAAP | 31/12/2007 USD 12 months Local GAAP | 31/12/2006 USD 12 months Local GAAP | 31/12/2005 USD 12 months Local GAAP |
|------|------|------|------|------|------|
| Exchange rate: BGN/USD | 0.70472 | 0.67404 | 0.75120 | 0.67340 | 0.60317 |
| L Operating revenue (Turnover) | 0 | n.a. | 0 | 0 | 0 |
| L P/L before tax | -2,114 | n.a. | -3,756 | 2,020 | 0 |
| L P/L for period [=Net income] | -2,114 | n.a. | -3,756 | 2,020 | 0 |
| L Cash flow | n.a. | n.a. | n.a. | n.a. | n.a. |
| L Total assets | 133,897 | 81,558 | 91,647 | 10,101 | 7,238 |
| L Shareholders funds | 31,008 | 31,680 | 36,058 | 10,101 | 7,238 |
| L Current ratio (x) | 0.49 | 0.03 | 0.03 | n.s. | n.s. |
| L Profit margin (%) | n.s. | n.a. | n.s. | n.s. | n.s. |
| L ROE using P/L before tax (%) | -6.82 | n.a. | -10.42 | 20.00 | 0.00 |
| L ROCE using P/L before tax (%) | n.a. | n.a. | -6.25 | n.a. | n.a. |
| L Solvency ratio (Asset based) (%) | 23.16 | 38.84 | 39.34 | 100.00 | 100.00 |
| L Number of employees | n.a. | n.a. | 1 | 1 | n.a. |

**Global standard format**

 orbis

EXHIBIT 7

Unconsolidated, Local registry filing

| | 31/12/2013 | 31/12/2012 | 31/12/2007 | 31/12/2006 | 31/12/2005 |
|---|---|---|---|---|---|
| | USD | USD | USD | USD | USD |
| | 12 months | 12 months | 12 months | 12 months | 12 months |
| | Local GAAP | Local GAAP | Local GAAP | Local GAAP | Local GAAP |
| Exchange rate: BGN/USD | 0.70472 | 0.67404 | 0.75120 | 0.67340 | 0.60317 |

Balance sheet

Assets

| | | | | | |
|---|---|---|---|---|---|
| Fixed assets | 83,862 | 80,210 | 90,144 | 0 | 0 |
| └ Intangible fixed assets | 0 | 0 | 0 | 0 | 0 |
| └ Tangible fixed assets | 83,862 | 80,210 | 90,144 | 0 | 0 |
| └ Other fixed assets | 0 | 0 | 0 | 0 | 0 |
| Current assets | 50,035 | 1,348 | 1,502 | 10,101 | 7,238 |
| └ Stock | 0 | 0 | 0 | 0 | 0 |
| └ Debtors | 705 | 674 | 751 | 0 | 0 |
| └ Other current assets | 49,331 | 674 | 751 | 10,101 | 7,238 |
| └ Cash & cash equivalent | 49,331 | 674 | 751 | 6,061 | 6,032 |
| **Total assets** | **133,897** | **81,558** | **91,647** | **10,101** | **7,238** |

Liabilities & equity

| | | | | | |
|---|---|---|---|---|---|
| Shareholders funds | 31,008 | 31,680 | 36,058 | 10,101 | 7,238 |
| └ Capital | 35,236 | 33,702 | 37,560 | 8,081 | 7,238 |
| └ Other shareholders funds | -4,228 | -2,022 | -1,502 | 2,020 | 0 |
| Non-current liabilities | 0 | 0 | 0 | 0 | 0 |
| └ Long term debt | 0 | 0 | 0 | 0 | 0 |
| └ Other non-current liabilities | 0 | 0 | 0 | 0 | 0 |
| └ Provisions | 0 | 0 | 0 | 0 | 0 |
| Current liabilities | 102,889 | 49,879 | 55,589 | 0 | 0 |
| └ Loans | 0 | 0 | 0 | 0 | 0 |
| └ Creditors | 0 | 0 | 0 | 0 | 0 |
| └ Other current liabilities | 102,889 | 49,879 | 55,589 | 0 | 0 |
| **Total shareh. funds & liab.** | **133,897** | **81,558** | **91,647** | **10,101** | **7,238** |



 orbis

EXHIBIT 7

| | 31/12/2013 | 31/12/2012 | 31/12/2007 | 31/12/2006 | 31/12/2005 |
|---|---|---|---|---|---|
| | USD | USD | USD | USD | USD |
| | 12 months | 12 months | 12 months | 12 months | 12 months |
| | Local GAAP | Local GAAP | Local GAAP | Local GAAP | Local GAAP |
| Exchange rate: BGN/USD | 0.70472 | 0.67404 | 0.75120 | 0.67340 | 0.60317 |

Memo lines

| | | | | | |
|---|---|---|---|---|---|
| ∟ Working capital | -49,331 | -674 | -751 | -6,061 | -6,032 |
| ∟ Net current assets | -52,854 | -48,531 | -54,087 | 10,101 | 7,238 |
| ∟ Enterprise value | n.a. | n.a. | n.a. | n.a. | n.a. |
| ∟ Number of employees | n.a. | n.a. | 1 | 1 | n.a. |

Profit & loss account

| | | | | | |
|---|---|---|---|---|---|
| ∟ Operating revenue (Turnover) | 0 | n.a. | 0 | 0 | 0 |
| ∟ Sales | 0 | n.a. | 0 | 0 | 0 |
| ∟ Costs of goods sold | n.a. | n.a. | n.a. | n.a. | n.a. |
| ∟ Gross profit | n.a. | n.a. | n.a. | n.a. | n.a. |
| ∟ Other operating expenses | n.a. | n.a. | n.a. | n.a. | n.a. |
| ∟ Operating P/L [=EBIT] | -2,114 | n.a. | -3,756 | -673 | -1,206 |
| ∟ Financial P/L | 0 | n.a. | 0 | 2,694 | 1,206 |
| ∟ Financial revenue | 0 | n.a. | 1,502 | 2,694 | 1,206 |
| ∟ Financial expenses | 0 | n.a. | 1,502 | 0 | 0 |
| ∟ P/L before tax | -2,114 | n.a. | -3,756 | 2,020 | 0 |
| ∟ Taxation | 0 | n.a. | 0 | 0 | 0 |
| ∟ P/L after tax | -2,114 | n.a. | -3,756 | 2,020 | 0 |
| ∟ Extr. and other P/L | 0 | n.a. | 0 | 0 | 0 |
| ∟ Extr. and other revenue | 0 | n.a. | 0 | 0 | 0 |
| ∟ Extr. and other expenses | 0 | n.a. | 0 | 0 | 0 |
| ∟ P/L for period [=Net income] | -2,114 | n.a. | -3,756 | 2,020 | 0 |

Memo lines

| | | | | | |
|---|---|---|---|---|---|
| ∟ Export revenue | n.a. | n.a. | n.a. | n.a. | n.a. |
| ∟ Material costs | n.a. | n.a. | n.a. | n.a. | n.a. |
| ∟ Costs of employees | n.a. | n.a. | n.a. | n.a. | n.a. |



 orbis

EXHIBIT 7

|  | 31/12/2013 | 31/12/2012 | 31/12/2007 | 31/12/2006 | 31/12/2005 |
|---|---|---|---|---|---|
|  | USD | USD | USD | USD | USD |
|  | 12 months | 12 months | 12 months | 12 months | 12 months |
|  | Local GAAP | Local GAAP | Local GAAP | Local GAAP | Local GAAP |
| Exchange rate: BGN/USD | 0.70472 | 0.67404 | 0.75120 | 0.67340 | 0.60317 |
| └ Depreciation & Amortization | n.a. | n.a. | n.a. | n.a. | n.a. |
| └ Other operating items | 2,114 | n.a. | 3,756 | 673 | 1,206 |
| └ Interest paid | n.a. | n.a. | 1,502 | n.a. | n.a. |
| └ Research & Development expenses | n.a. | n.a. | n.a. | n.a. | n.a. |
| └ Cash flow | n.a. | n.a. | n.a. | n.a. | n.a. |
| └ Added value | n.a. | n.a. | n.a. | n.a. | n.a. |
| └ EBITDA | n.a. | n.a. | n.a. | n.a. | n.a. |

## Global ratios

Unconsolidated, Local registry filing

|  | 31/12/2013 | 31/12/2012 | 31/12/2007 | 31/12/2006 | 31/12/2005 |
|---|---|---|---|---|---|
|  | USD | USD | USD | USD | USD |
|  | 12 months | 12 months | 12 months | 12 months | 12 months |
|  | Local GAAP | Local GAAP | Local GAAP | Local GAAP | Local GAAP |
| Exchange rate: BGN/USD | 0.70472 | 0.67404 | 0.75120 | 0.67340 | 0.60317 |

Profitability ratios

| | | | | | |
|---|---|---|---|---|---|
| └ ROE using P/L before tax (%) | -6.82 | n.a. | -10.42 | 20.00 | 0.00 |
| └ ROCE using P/L before tax (%) | n.a. | n.a. | -6.25 | n.a. | n.a. |
| └ ROA using P/L before tax (%) | -1.58 | n.a. | -4.10 | 20.00 | 0.00 |
| └ ROE using Net income (%) | -6.82 | n.a. | -10.42 | 20.00 | 0.00 |
| └ ROCE using Net income (%) | n.a. | n.a. | -6.25 | n.a. | n.a. |
| └ ROA using Net income (%) | -1.58 | n.a. | -4.10 | 20.00 | 0.00 |
| └ Profit margin (%) | n.s. | n.a. | n.s. | n.s. | n.s. |
| └ Gross margin (%) | n.a. | n.a. | n.a. | n.a. | n.a. |
| └ EBITDA margin (%) | n.a. | n.a. | n.a. | n.a. | n.a. |
| └ EBIT margin (%) | n.s. | n.a. | n.s. | n.s. | n.s. |
| └ Cash flow / Operating revenue (%) | n.a. | n.a. | n.a. | n.a. | n.a. |

 orbis

EXHIBIT 7

| | 31/12/2013 | 31/12/2012 | 31/12/2007 | 31/12/2006 | 31/12/2005 |
|---|---|---|---|---|---|
| | USD | USD | USD | USD | USD |
| | 12 months | 12 months | 12 months | 12 months | 12 months |
| | Local GAAP | Local GAAP | Local GAAP | Local GAAP | Local GAAP |
| Exchange rate: BGN/USD | 0.70472 | 0.67404 | 0.75120 | 0.67340 | 0.60317 |
| └ Enterprise value / EBITDA (x) | n.a. | n.a. | n.a. | n.a. | n.a. |
| └ Market cap / Cash flow from operations (x) | n.a. | n.a. | n.a. | n.a. | n.a. |

Operational ratios

| | | | | | |
|---|---|---|---|---|---|
| └ Net assets turnover (x) | n.s. | n.a. | n.s. | n.s. | n.s. |
| └ Interest cover (x) | n.a. | n.a. | -2.50 | n.a. | n.a. |
| └ Stock turnover (x) | n.s. | n.a. | n.s. | n.s. | n.s. |
| └ Collection period (days) | n.s. | n.a. | n.s. | n.s. | n.s. |
| └ Credit period (days) | n.s. | n.a. | n.s. | n.s. | n.s. |
| └ Export revenue / Operating revenue (%) | n.a. | n.a. | n.a. | n.a. | n.a. |
| └ R&D expenses / Operating revenue (%) | n.a. | n.a. | n.a. | n.a. | n.a. |

Structure ratios

| | | | | | |
|---|---|---|---|---|---|
| └ Current ratio (x) | 0.49 | 0.03 | 0.03 | n.s. | n.s. |
| └ Liquidity ratio (x) | 0.49 | 0.03 | 0.03 | n.s. | n.s. |
| └ Shareholders liquidity ratio (x) | n.s. | n.s. | n.s. | n.s. | n.s. |
| └ Solvency ratio (Asset based) (%) | 23.16 | 38.84 | 39.34 | 100.00 | 100.00 |
| └ Solvency ratio (Liability based) (%) | 30.14 | 63.51 | 64.87 | n.s. | n.s. |
| └ Gearing (%) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Per employee ratios

| | | | | | |
|---|---|---|---|---|---|
| └ Profit per employee (th) | n.a. | n.a. | -4 | 2 | n.a. |
| └ Operating revenue per employee (th) | n.a. | n.a. | n.s. | n.s. | n.a. |
| └ Costs of employees / Operating revenue (%) | n.a. | n.a. | n.a. | n.a. | n.a. |
| └ Average cost of employee (th) | n.a. | n.a. | n.a. | n.a. | n.a. |

**⊙ orbis**

EXHIBIT 7

| | 31/12/2013 | 31/12/2012 | 31/12/2007 | 31/12/2006 | 31/12/2005 |
|---|---|---|---|---|---|
| | USD | USD | USD | USD | USD |
| | 12 months | 12 months | 12 months | 12 months | 12 months |
| | Local GAAP | Local GAAP | Local GAAP | Local GAAP | Local GAAP |
| Exchange rate: BGN/USD | 0.70472 | 0.67404 | 0.75120 | 0.67340 | 0.60317 |
| └ Shareholders funds per employee (th) | n.a. | n.a. | 36 | 10 | n.a. |
| └ Working capital per employee (th) | n.a. | n.a. | -1 | -6 | n.a. |
| └ Total assets per employee (th) | n.a. | n.a. | 92 | 10 | n.a. |

### Graph - Value over time



### Graph - Indices of several values over time

 orbis

EXHIBIT 7



Base: 2005
◆ Total assets (th USD)          7.24

## Peer comparison

| Accounting year: Peer group year | Year | Operating revenue (Turnover) th USD | | P/L before tax th USD | |
|---|---|---|---|---|---|
| Median | | 0 | | -2 | |
| Standard deviation | | 0 | | 114 | |
| Average | | 0 | | -49 | |

| | | | | | |
|---|---|---|---|---|---|
| KAVANCH TEKS OOD | 2013 | 0 | 1 | 16 | 1 |
| RAMSTORE BULGARIA EAD | 2013 | 0 | 1 | -35 | 8 |
| BRAVO 21 OOD | 2013 | 0 | 1 | -2 | 5 |
| YUVA YURA TODOROVA ET | 2013 | 0 | 1 | -4 | 7 |
| SENSA EAD | 2013 | 0 | 1 | 1 | 3 |
| TSVETEN DEKOR EOOD | 2013 | 0 | 1 | 0 | 4 |
| KOOP YUG KOMERS EOOD | 2013 | 0 | 1 | 11 | 2 |
| CITS PLS EOOD | 2013 | 0 | 1 | -78 | 10 |
| AST-LOGISTICS LTD OOD | 2013 | 0 | 1 | -49 | 9 |
| PRINT INVEST 1 EOOD | 2013 | 0 | 1 | -397 | 11 |
| BM SYSTEMS EAD | 2013 | 0 | 1 | -2 | 5 |

 **orbis**

EXHIBIT 7

| Accounting year: Peer group year | Year | P/L for period [=Net income] th USD | | Total assets th USD | |
|---|---|---|---|---|---|
| Median | | -4 | | 224 | |
| Standard deviation | | 113 | | 9,845 | |
| Average | | -51 | | 4,121 | |
| | | | | | |
| KAVANCH TEKS OOD | 2013 | 14 | 1 | 120 | 7 |
| RAMSTORE BULGARIA EAD | 2013 | -35 | 8 | 4,763 | 2 |
| BRAVO 21 OOD | 2013 | -1 | 4 | 12 | 10 |
| YUVA YURA TODOROVA ET | 2013 | -4 | 6 | n.a. | |
| SENSA EAD | 2013 | 1 | 3 | 40 | 8 |
| TSVETEN DEKOR EOOD | 2013 | -21 | 7 | 20 | 9 |
| KOOP YUG KOMERS EOOD | 2013 | 11 | 2 | 315 | 5 |
| CITS PLS EOOD | 2013 | -78 | 10 | 1,684 | 3 |
| AST-LOGISTICS LTD OOD | 2013 | -49 | 9 | 761 | 4 |
| PRINT INVEST 1 EOOD | 2013 | -397 | 11 | 33,359 | 1 |
| BM SYSTEMS EAD | 2013 | -2 | 5 | 134 | 6 |

| Accounting year: Peer group year | Year | Shareholders funds th USD | | Number of employees | |
|---|---|---|---|---|---|
| Median | | 26 | | 1 | |
| Standard deviation | | 1,548 | | 1 | |
| Average | | -589 | | 2 | |
| | | | | | |
| KAVANCH TEKS OOD | 2013 | 63 | 3 | 1 | 3 |
| RAMSTORE BULGARIA EAD | 2013 | -5,126 | 10 | n.a. | |
| BRAVO 21 OOD | 2013 | 11 | 7 | n.a. | |
| YUVA YURA TODOROVA ET | 2013 | n.a. | | 2 | 2 |
| SENSA EAD | 2013 | 39 | 4 | n.a. | |
| TSVETEN DEKOR EOOD | 2013 | 20 | 6 | n.a. | |
| KOOP YUG KOMERS EOOD | 2013 | 315 | 1 | n.a. | |
| CITS PLS EOOD | 2013 | 115 | 2 | 3 | 1 |
| AST-LOGISTICS LTD OOD | 2013 | -455 | 8 | 1 | 3 |
| PRINT INVEST 1 EOOD | 2013 | -906 | 9 | 1 | 3 |
| BM SYSTEMS EAD | 2013 | 31 | 5 | n.a. | |

**Peer group definition**

Data Update 204,003 (11/12/2020)
© Bureau van Dijk 2020
GLOMAG-23653 0199

BUREAU VAN DIJK
A Moody's Analytics Company

14/12/2020 - Page 12

12

 orbis

EXHIBIT 7

Closest 10 international companies according to the Operating revenue (Turnover) of the subject company for the last available year (2013) amongst the standard peer group.
The standard peer group is based on NACE Rev. 2 industry classification: 8299 – Other business support service activities nec.

## Company ratings

No data available for this company

## Country ratings

Your subscription does not include some of the agency ratings.

EIU

|  | Rating | Date | Action/Direction | Outlook | Watch |
|---|---|---|---|---|---|
| Overall country rating | BBB | 01/09/2020 | | | |
| Banking sector rating | BB | 01/09/2020 | | Stable | |

*Copyright © 2020 The Economist Intelligence Unit Limited. All rights reserved.*

## Financial strength summary



 **orbis**

EXHIBIT 7

## Falcon counterparty risk score by Zanders



**10**      **1**

## 2 - Weak

for 2013

| | |
|---|---|
| **Probability of default:** | 5.21% |
| **Credit limit:** | 0 $ |
| **Industry:** | Administrative and support service activities |

### Evolution over time



| High risk | 1 |
| | 2 |
| | 3 |
| | 4 |
| | 5 |
| | 6 |
| | 7 |
| | 8 |
| | 9 |
| Low risk | 10 |

2005      2006      2007      2012      2013

### Evolution over time (Tabular view)

| | 2005 | 2006 | 2007 | 2012 | 2013 |
|---|---|---|---|---|---|
| Counterparty Risk Score (CRS) | 3 | 3 | 2 | 2 | 2 |
| Probability of default (%) | 2.75 | 2.75 | 5.21 | 5.21 | 5.21 |
| Falcon credit limit ($) | 0 | 0 | 0 | 0 | 0 |

**Observations**

**2013**    Original currency is not EUR

**2012**    Original currency is not EUR

**2007**    Original currency is not EUR

**2006**    Original currency is not EUR
The credit limit could not consider Turnover figures.

**2005**    Original currency is not EUR
The credit limit could not consider Turnover figures.

Data Update 204,003 (11/12/2020)
© Bureau van Dijk 2020
GLOMAG-23653 0201

BUREAU VAN DIJK
A Moody's Analytics Company

14/12/2020 - Page 14

14

 orbis

EXHIBIT 7

**Falcon influencing ratios**

|  | 2005 | 2006 | 2007 | 2012 | 2013 |
|---|---|---|---|---|---|
| **Operations and Liquidity** | | | | | |
| Turnover growth | 2 | 0 | 0 | 2 | 2 |
| Return on sales | 0 | 0 | 0 | 2 | 0 |
| Current ratio | 10 | 10 | 0 | 0 | 2 |
| Debtor days | 2 | 0 | 0 | 2 | 0 |
| **Debt services** | | | | | |
| Interest coverage ratio | 2 | 2 | 0 | 2 | 2 |
| Debt/EBITDA | 2 | 2 | 2 | 2 | 2 |
| **Capital structure** | | | | | |
| Gearing | 6 | 6 | 6 | 6 | 6 |
| Solvency | 10 | 10 | 6 | 6 | 4 |
| Tangible net worth | 2 | 2 | 2 | 2 | 2 |

## Financial stability score by CRIF Decision Solutions Ltd



1000          1

**572**

for 2013

| Key influencing factors | - Asset management efficiency<br>- Financial leverage |
|---|---|
| Scores for peer group | 275 Minimum<br>591 Average<br>770 Maximum |
| Industry | Other business support service activities nec |

Data Update 204,003 (11/12/2020)
© Bureau van Dijk 2020
GLOMAG-23653 0202

BUREAU VAN DIJK
A Moody's Analytics Company

14/12/2020 - Page 15

15

 orbis

EXHIBIT 7



**Evolution over time (Tabular view)**

|  | 2007 | 2012 | 2013 |
|---|---|---|---|
| Company | 552 | 629 | 572 |
| Key factors | - Asset management efficiency<br>- Financial leverage | - Asset management efficiency<br>- Financial leverage | - Asset management efficiency<br>- Financial leverage |
| Peer group | | | |
| Minimum | 275 | 257 | 272 |
| Average | 591 | 605 | 606 |
| Maximum | 770 | 770 | 770 |

## MORE credit risk score by modeFinance



AAA                    D

**CC - Risky**

for 2013

Confidence level: 86%

| | |
|---|---|
| **Probability of default:** | 37.0% |
| **Credit limit:** | 0 $ |
| **Industry:** | Services |

Data Update 204,003 (11/12/2020)
© Bureau van Dijk 2020
GLOMAG-23653 0203

BUREAU VAN DIJK
A Moody's Analytics Company

14/12/2020 - Page 16

16

 orbis

EXHIBIT 7



**Evolution over time**

High risk — D, C, CC, CCC, B, BB, BBB, A, AA — Low risk AAA

2005   2006   2007   2012   2013

Legend

MORE comparison peer group

**Evolution over time (Tabular view)**

|  | 2005 | 2006 | 2007 | 2012 | 2013 |
|---|---|---|---|---|---|
| **Score** | | | | | |
| Company | BBB | A | CCC | CCC | CC |
| Peer group | BB | BB | BB | BB | BB |
| **Probability of default (%)** | | | | | |
| Company | 0.85 | 0.35 | 21.00 | 13.00 | 37.00 |
| Peer group | 2.40 | 2.20 | 1.50 | 2.40 | 2.40 |
| **Confidence level (%)** | | | | | |
| Company | 75 | 75 | 75 | 52 | 86 |
| **Credit limit ($)** | | | | | |
| Company | n.a. | n.a. | n.a. | n.a. | 0.00 |

 **orbis**

EXHIBIT 7



**MORE influencing ratios**

| | 2005 | 2006 | 2007 | 2012 | 2013 |
|---|---|---|---|---|---|
| **Solvency ratios** | | | | | |
| Leverage ratio | AAA | AAA | BBB | A | BB |
| Assets to debt | AAA | AAA | BBB | A | BB |
| **Financial ratio** | | | | | |
| Fixed assets coverage ratio | BBB | BBB | CC | | |
| **Liquidity ratios** | | | | | |
| Current ratio | | | | D | CC |
| Quick ratio | | | | D | B |
| Cash conversion cycle (CCC) | | | | A | C |
| **Profitability and economic ratios** | | | | | |
| Return on investment (ROI) | | AAA | CC | | CC |
| Return on equity (ROE) | | AA | D | | D |
| Asset turnover | | | | | D |
| **Interest coverage ratio** | | | | | |
| Interest paid coverage | | | | | D |

**Predictive indicators by Vadis**



Propensity of bankruptcy

1          9

**5**

Risk of bankruptcy higher than
national average

for 2013

**Key influencing factors:**

— Evolution of other current liabilities
+ Evolution of loans / current liabilities
+ Evolution of costs of goods sold
+ Evolution of current ratio
— Other current liabilities

 **orbis**

EXHIBIT 7



Propensity to be sold

A5          A1

**n.a.**



**Evolution over time**

High risk | 9
| 8
| 7
| 6
| 5
| 4
| 3
| 2
Low risk | 1

2013

**Evolution over time (Tabular view)**

|  | 2007 | 2013 |
|---|---|---|
| Propensity of bankruptcy | n.a. | 5 |
| Key influencing factors |  | — Evolution of other current liabilities |
|  |  | + Evolution of loans / current liabilities |
|  |  | + Evolution of costs of goods sold |
|  |  | + Evolution of current ratio |
|  |  | — Other current liabilities |

**Albatross score by Zanders**

 orbis

EXHIBIT 7



5          1

## 4 - Below average risk

on 03/12/2020

**Observation**

The company receives the Albatross score because a Falcon score older than 3 years is available.

## Qualitative score by modeFinance



A          E

### A - Good

on 03/12/2020

Confidence level: 55.0%

| | |
|---|---|
| **Credit limit:** | **5,984 $** |
| | Based on company size and on geographical and sector statistics. |
| | Note that a MORE credit limit older than 3 years is available. A Qualitative credit limit based on latest available information has been calculated. |
| **Key influencing factors:** | A - GUO MORE score / status<br>D - Directors average MORE score / status<br>B - Size of the GUO |
| **Industry score:** | C |

 **orbis**

**EXHIBIT 7**



**Evolution over time**

| | High risk | E | | | | |
| | | D | | | | |
| | | C | | | | |
| | | B | | | | |
| | Low risk | A | | | | |
| | | | 2016 | 2017 | 2018 | 2019 | 2020 |

Legend

■ Industry score

### Evolution over time (Tabular view)

| | 2016 | 2017 | 2018 | 2019 | 03/12/2020 |
|---|---|---|---|---|---|
| Qualitative score | B | B | C | C | A |
| Confidence level (%) | 43 | 45 | 18 | 18 | 55 |
| Credit limit (th $) | n.a. | 6 | 6 | 6 | 6 |
| Industry score | n.a. | C | C | C | C |

Credit limit annotations

| 03/12/2020 | Based on company size and on geographical and sector statistics. Note that a MORE credit limit older than 3 years is available. A Qualitative credit limit based on latest available information has been calculated. |
|---|---|
| 2019 | Based on company size and on geographical and sector statistics. Note that a MORE credit limit older than 3 years is available. A Qualitative credit limit based on latest available information has been calculated. |
| 2018 | Based on company size and on geographical and sector statistics. Note that a MORE credit limit older than 3 years is available. A Qualitative credit limit based on latest available information has been calculated. |
| 2017 | Based on company size and on geographical and sector statistics. Note that a MORE credit limit older than 3 years is available. A Qualitative credit limit based on latest available information has been calculated. |

### Managed funds

There is no available data for this entity set

### Current directors & managers

**orbis**                                                      EXHIBIT 7

Boards & committees            2

Boards of directors

| | |
|---|---|
| **MS VIOLETA GETOVA DIMITROVA**<br>Member of the Board | CB |
| **MS ZHANA DIMITROVA KUTSEVA**<br>Member of the Board ✔ Also shareholder | CB |

Management & staff             1

Senior Management

| | |
|---|---|
| **MR ALEKSANDAR KIRILOV GEORGIEV**<br>Executive Director | CB |

**Source**

**CB**:Creditreform (Bulgaria)

Filters

Formal sources
Bodies & departments

**Previous directors & managers**

Boards & committees            4 | 1  ▶

Boards of directors            1  ▶

| | | |
|---|---|---|
| **MR MIROSLAV LASLO BORSHOSH**<br>Executive director and chairman of the board (from 28/02/2005) | CB | |
| **MR ALEKSANDAR KIRILOV GEORGIEV**<br>Executive Director and Chairman of the Board | CB | |
| **MS IRENA ANGELOVA KRASTEVA**<br>Executive Director and Chairman of the Board | CB | ▶ |
| **MS ZHANA DIMITROVA KUTSEVA**<br>Executive Director and Chairman of the Board (from 24/08/2007) ✔ Also shareholder | CB | |

Management & staff             4 | 1  ▶



 **orbis**

EXHIBIT 7

Senior Management   1 ►

| | | |
|---|---|---|
| **MR MIROSLAV LASLO BORSHOSH**<br>Executive director and chairman of the board (from 28/02/2005) | CB | |
| **MR ALEKSANDAR KIRILOV GEORGIEV**<br>Executive Director and Chairman of the Board | CB | |
| **MS IRENA ANGELOVA KRASTEVA**<br>Executive Director and Chairman of the Board | CB | ► |
| **MS ZHANA DIMITROVA KUTSEVA**<br>Executive Director and Chairman of the Board (from 24/08/2007) ✓ Also<br>shareholder | CB | |

**Legend**

► There are names that are the same, or similar to, a risk relevant name

**Source**

**CB:**Creditreform (Bulgaria)

Filters

Formal sources
Bodies & departments

## Ownership structure

Graph : Shareholders

Data Update 204,003 (11/12/2020)
© Bureau van Dijk 2020
     GLOMAG-23653 0210



 **orbis**

EXHIBIT 7



1 shareholder and the controlling shareholder path are represented.

Legend

| | | | |
|---|---|---|---|
| ↔ | Controlling shareholder | x/x | Direct / Total ownership % |
| ☺ | An individual | BR | Branch |
| ☺ | Beneficial Owner | CQP1 | 50% + 1 Share |
| | | CTP | Calculated total percentage |
| ♔ | Global Ultimate Owner | DM | Director/Manager |
| | | FC | Foreign company |
| ▶ | There are names that are the same, or | GP | General partner |
| | similar to, a risk relevant name | JO | Jointly owned, = 50 % |
| | | MO | Majority owned, > 50% |
| | | n.a. | Not available |
| | | NG | Negligible, <=0.01% |
| | | REG | Beneficial Owner from register, = 100% |

 orbis

EXHIBIT 7

| T | Sole trader, = 100 % |
| VE | Vessel |
| WO | Wholly owned, >= 98% |

**Ultimate Owner definition**

The path from the company to its Ultimate Owner is minimum 50.01%
I consider a company the Ultimate Owner if there are no identified shareholders or if the shareholder percentage is not known.

## Geographic footprint

Number of companies in the corporate group per country



**The map represents the geographic location of the companies in the corporate group**

All 10 companies in the corporate group are represented

**Legend**

Number of entities by country

Country of both the company and the GUO

▣ More than 1

Less than 1

**Ultimate Owner definition**

The path from the company to its Ultimate Owner is minimum 50.01%
I consider a company the Ultimate Owner if there are no identified shareholders or if the shareholder percentage is not known.

## Corporate group

 **orbis**

EXHIBIT 7

There are 10 companies in the corporate group

| Name | | Country | Ownership Direct % | Ownership Total % | Level of own. | Info Source |
|---|---|---|---|---|---|---|
| **Global Ultimate Owner** | | | | | | |
| MR DELYAN SLAVCHEV PEEVSKI | ► | BG | | | | |
| **Ultimately owned subsidiaries** | | | | | | |
| INT LTD EOOD | ► | BG | 100.00 | 100.00 | 1 | CB |
| ▼ INTRUST PLC EAD | | BG | 100.00 | 100.00 | 1 | CB |
| L BM SYSTEMS EAD | | BG | 100.00 | 100.00 | 2 | CB |
| L INT INVEST EOOD | | BG | 100.00 | 100.00 | 2 | CB |
| L INTTRAFIK EOOD | | BG | 100.00 | 100.00 | 2 | CB |
| L NSN INVESTMENT ITALIA S.R.L. IN LIQUIDAZIONE | | IT | 100.00 | 100.00 | 2 | HO |
| L REAL ESTATES INT LTD EOOD | | BG | 100.00 | 100.00 | 2 | CB |
| ▶ TELEGRAPH MEDIA EOOD | | BG | 100.00 | 100.00 | 2 | CB |
| L TELEGRAPH NEWSPAPER LTD EOOD | | BG | 100.00 | 100.00 | 2 | CB |

| Name | | Date |
|---|---|---|
| **Global Ultimate Owner** | | |
| MR DELYAN SLAVCHEV PEEVSKI | ► | |
| **Ultimately owned subsidiaries** | | |
| INT LTD EOOD | ► | 11/2020 |
| ▼ INTRUST PLC EAD | | 11/2020 |
| L BM SYSTEMS EAD | | 11/2020 |
| L INT INVEST EOOD | | 11/2020 |
| L INTTRAFIK EOOD | | 11/2020 |
| L NSN INVESTMENT ITALIA S.R.L. IN LIQUIDAZIONE | | 07/2019 |
| L REAL ESTATES INT LTD EOOD | | 11/2020 |
| ▶ TELEGRAPH MEDIA EOOD | | 11/2020 |
| L TELEGRAPH NEWSPAPER LTD EOOD | | 11/2020 |

**Legend**

► There are names that are the same, or similar to, a risk relevant name

**Ultimate Owner definition**

The path from the company to its Ultimate Owner is minimum 50.01%



 **orbis**

**EXHIBIT 7**

I consider a company the Ultimate Owner if there are no identified shareholders or if the shareholder percentage is not known.

## Beneficial Owners



### Beneficial Owner (1)

| MR DELYAN SLAVCHEV PEEVSKI Bulgaria | | Distance: 2 | | | |
|---|---|---|---|---|---|
| **Name** | | **Country** | **Ownership Direct %** | **Ownership Total %** | **Source** |
| MR DELYAN SLAVCHEV PEEVSKI | | BG | 100.00 | 100.00 | CB 11/2020 |
| INTRUST PLC EAD | | BG | 100.00 | 100.00 | CB 11/2020 |
| BM SYSTEMS EAD | | BG | | | |

### Other Ultimate Beneficiary (0)

This company has no Other Ultimate Beneficiaries.

### Beneficial Owner from register (0)
There are no Beneficial Owners from register for this company

### Legend

▶ There are names that are the same, or similar to, a risk relevant name

🖾 Has enough influence power to control the result of a vote in the company

### Beneficial Owner definition

The minimum percentage of ownership at first level is 10.00%, the minimum percentage at further levels is 50.01%.
I also consider any individual at the top of a path who has an unknown percentage of ownership (% such as '>x%' are considered unknown)

I also consider any individual at the top of a path who has a percentage of minimum 10.00% (with the requested 50.01% at all other levels).

Beneficial Owners from register are not subject to the defined thresholds.

### Controlling shareholders



 orbis

EXHIBIT 7

**BvD independence indicator**



**D - Direct majority ownership**
Has an identified shareholder with over 50% direct ownership or is a branch/foreign company

| Name | | Country | Type | Ownership | | | Info | Op. Rev. |
| | | | | Direct % | Total % | Source | Date | (m USD) |
|---|---|---|---|---|---|---|---|---|
| MR DELYAN SLAVCHEV PEEVSKI | ► | BG | I | 100.00 | 100.00 | CB | 11/2020 | - |
| INTRUST PLC EAD | | BG | C | 100.00 | 100.00 | CB | 11/2020 | 22 |
| BM SYSTEMS EAD | | BG | C | | | | | 0 |

| Name | | No of employees |
|---|---|---|
| MR DELYAN SLAVCHEV PEEVSKI | ► | - |
| INTRUST PLC EAD | | 29 |
| BM SYSTEMS EAD | | n.a. |

**Legend**

► There are names that are the same, or similar to, a risk relevant name

I = One or more named individuals or families
C = Corporate

**Ultimate Owner definition**

The path from the company to its Ultimate Owner is minimum 50.01%
I consider a company the Ultimate Owner if there are no identified shareholders or if the shareholder percentage is not known.

**Current shareholders**

| Name | Country | Type | | Ownership | | | Info | Op. Rev. | No of |
| | | | | Direct % | Total % | Source | Date | (m USD) | employees |
|---|---|---|---|---|---|---|---|---|---|
| INTRUST PLC EAD | BG | C | - | 100.00 | 100.00 | CB | 11/2020 | 22 | 29 |

**Legend**

C = Corporate

**Shareholders history**

**Current shareholders**

| Name | Country | Type | | Ownership | | | Info | Op. Rev. | No of |
| | | | | Direct % | Total % | Source | Date | (m USD) | employees |
|---|---|---|---|---|---|---|---|---|---|
| INTRUST PLC EAD | BG | C | 100.00 | 100.00 | CB | 11/2020 | 22 | 29 |

Data Update 204,003 (11/12/2020)
© Bureau van Dijk 2020
GLOMAG-23653 0215


BUREAU VAN DIJK

14/12/2020 - Page 28

28

 orbis

EXHIBIT 7

**Legend**

C = Corporate

Previous shareholders

| Name | Country | Type | Ownership | | | Info | | Op. Rev. |
|------|---------|------|-----------|--|--|------|--|----------|
| | | | Direct % | Total % | Source | Date | | (m USD) |
| MRS ZHANA DIMITROVA KUTSEVA | BG | I | 50.00 | n.a. | CB | 08/2020 | | - |
| | | | 50.00 | n.a. | CB | 04/2020 | | |
| | | | 50.00 | n.a. | CB | 10/2019 | | |
| | | | 50.00 | n.a. | CB | 04/2019 | | |
| | | | 50.00 | n.a. | CB | 10/2018 | | |
| | | | 50.00 | n.a. | CB | 04/2018 | | |
| | | | 50.00 | n.a. | CB | 10/2017 | | |
| | | | 50.00 | n.a. | CB | 04/2017 | | |
| | | | 50.00 | n.a. | CB | 09/2016 | | |
| BALKAN MEDIA COMPANY EAD | BG | C | 50.00 | n.a. | CB | 10/2017 | | 1 |
| | | | 50.00 | n.a. | CB | 04/2017 | | |
| | | | 50.00 | n.a. | CB | 09/2016 | | |
| MR MIROSLAV LASLO BORSHOSH | BG | I | 50.00 | n.a. | CB | 08/2016 | | - |
| | | | 50.00 | n.a. | CB | 07/2016 | | |
| | | | 50.00 | n.a. | CB | 01/2016 | | |
| | | | 50.00 | n.a. | CB | 07/2015 | | |
| | | | 50.00 | n.a. | CB | 01/2015 | | |
| | | | 50.00 | n.a. | CB | 07/2014 | | |
| | | | 50.00 | n.a. | CB | 10/2013 | | |
| | | | 50.00 | n.a. | CB | 08/2013 | | |
| | | | 50.00 | n.a. | CB | 02/2013 | | |
| | | | 50.00 | n.a. | CB | 03/2009 | | |
| | | | 50.00 | n.a. | CB | 02/2008 | | |
| | | | 100.00 | 100.00 | CB | 11/2007 | | |
| | | | 100.00 | 100.00 | CB | 10/2006 | | |
| SMALL SHAREHOLDERS | - | L | 50.00 | n.a. | CB | 08/2016 | | - |
| | | | 50.00 | n.a. | CB | 07/2016 | | |
| | | | 50.00 | n.a. | CB | 01/2016 | | |
| | | | 50.00 | n.a. | CB | 07/2015 | | |
| | | | 50.00 | n.a. | CB | 01/2015 | | |
| | | | 50.00 | n.a. | CB | 07/2014 | | |
| | | | 50.00 | n.a. | CB | 10/2013 | | |
| | | | 50.00 | n.a. | CB | 08/2013 | | |
| | | | 50.00 | n.a. | CB | 02/2013 | | |
| | | | 50.00 | n.a. | CB | 03/2009 | | |
| | | | 50.00 | n.a. | CB | 02/2008 | | |

 orbis

EXHIBIT 7

| Name | No of employees |
|---|---|
| MRS ZHANA DIMITROVA KUTSEVA | - |
| BALKAN MEDIA COMPANY EAD | 15 |
| MR MIROSLAV LASLO BORSHOSH | - |
| SMALL SHAREHOLDERS | - |

**Legend**

I = One or more named individuals or families

C = Corporate

L = Other unnamed shareholders, aggregated

**Filters**

Shareholders: All

All information since 01/2002

 orbis

EXHIBIT 7

## Shareholders by T-Rank

| Name | Country | Type | T-rank (%) | Distance | Raw data Direct (%) | Raw data Total (%) |
|------|---------|------|-----------|----------|------------|-----------|
| INTRUST PLC EAD | n.a. | C | 100.00 | 1 | 100.00 | |
| MR DELYAN SLAVCHEV PEEVSKI | n.a. | I | 100.00 | 2 | | |

Based on Bureau van Dijk ownership data: 09/12/2020

### Legend

C = Corporate
I = One or more named individuals or families

### Filters

All shareholders
T-Rank threshold 5%
Sorted by T-rank percentage

## Shareholder power & coalitions

### Most influential shareholders

| Name | Country | Type | Distance | Influence power (%) |
|------|---------|------|----------|---------------------|
| INTRUST PLC EAD | n.a. | C | 1 | 100.0 |
| MR DELYAN SLAVCHEV PEEVSKI | n.a. | I | 2 | 100.0 |

### Possible controlling coalitions

Controlling coalitions do not apply because there is a shareholder with enough influence power to control the result of a vote in the company: MR DELYAN SLAVCHEV PEEVSKI.

Based on Bureau van Dijk ownership data: 09/12/2020

### Legend

C       Corporate
I       One or more named individuals or families

## Research

### Company profiles

Filters:

Moody's Investors Service, Moody's Analytics Capital Markets, MarketLine, Morningstar, GlobalData



 **orbis**

EXHIBIT 7

No data available for this company

Industry profiles

| Source | Document | Type | Date |
|---|---|---|---|
| MarketLine<br>Company operates in the industry | **Global Newspapers** | Industry profile | 22/05/2020 |
| | **Global Newspapers** | | 15/02/2019 |
| | **Global Newspapers** | | 10/04/2018 |
| | **Global Newspapers** | | 29/03/2017 |
| | **Global Newspapers** | | 31/07/2016 |
| | **Global Newspapers** | | 09/06/2015 |
| | **Global Newspapers** | | 01/05/2014 |
| | **Global Newspapers** | | 01/02/2013 |
| | **Global Newspapers** | | 01/07/2011 |
| | **Global Newspapers** | | 01/07/2010 |
| | **Global Newspapers** | | 01/08/2009 |
| | **Global Newspapers** | | 01/08/2008 |
| | **Global Newspapers** | | 01/07/2007 |
| | **Global Newspapers** | | 01/08/2006 |
| | **Global Newspapers** | | 01/12/2005 |
| | **Global Newspapers** | | 01/03/2004 |
| | **Global Newspapers** | | 26/02/2020 |
| MarketLine<br>Company operates in the industry | **Newspapers in Europe** | Industry profile | 22/05/2020 |
| | **Newspapers in Europe** | | 15/02/2019 |
| | **Newspapers in Europe** | | 10/04/2018 |
| | **Newspapers in Europe** | | 29/03/2017 |
| | **Newspapers in Europe** | | 31/07/2016 |

**◉ orbis**                                                    EXHIBIT 7

| | | | |
|---|---|---|---|
| | **Newspapers in Europe** | | 09/06/2015 |
| | **Newspapers in Europe** | | 01/05/2014 |
| | **Newspapers in Europe** | | 01/02/2013 |
| | **Newspapers in Europe** | | 01/07/2011 |
| | **Newspapers in Europe** | | 01/07/2010 |
| | **Newspapers in Europe** | | 01/08/2009 |
| | **Newspapers in Europe** | | 01/08/2008 |
| | **Newspapers in Europe** | | 01/07/2007 |
| | **Newspapers in Europe** | | 01/08/2006 |
| | **Newspapers in Europe** | | 01/12/2005 |
| | **Newspapers in Europe** | | 01/03/2004 |
| MarketLine Company operates in the industry | **Global Advertising** | Industry profile | 20/04/2020 |
| | **Global Advertising** | | 20/02/2019 |
| | **Global Advertising** | | 06/04/2018 |
| | **Global Advertising** | | 27/03/2017 |
| | **Global Advertising** | | 13/06/2016 |
| | **Global Advertising** | | 01/03/2015 |
| | **Global Advertising** | | 01/03/2014 |
| | **Global Advertising** | | 01/03/2014 |
| | **Global Advertising** | | 01/10/2012 |
| | **Global Advertising** | | 01/10/2011 |
| | **Global Advertising** | | 01/07/2010 |
| | **Global Advertising** | | 01/11/2009 |
| | **Global Advertising** | | 01/11/2008 |
| | **Global Advertising** | | 01/10/2007 |
| | **Global Advertising** | | 01/12/2006 |

**⊚ orbis**

EXHIBIT 7

| | | | |
|---|---|---|---|
| | **Global Advertising** | | 01/10/2005 |
| | **Global Advertising** | | 01/05/2005 |
| | **Global Advertising** | | 01/08/2004 |
| | **Global Advertising** | | 01/12/2003 |
| MarketLine<br>Company operates in the industry | **Advertising in Europe** | Industry profile | 20/04/2020 |
| | **Advertising in Europe** | | 20/02/2019 |
| | **Advertising in Europe** | | 06/04/2018 |
| | **Advertising in Europe** | | 27/03/2017 |
| | **Advertising in Europe** | | 13/06/2016 |
| | **Advertising in Europe** | | 01/03/2015 |
| | **Advertising in Europe** | | 01/03/2014 |
| | **Advertising in Europe** | | 01/03/2014 |
| | **Advertising in Europe** | | 01/10/2012 |
| | **Advertising in Europe** | | 01/10/2011 |
| | **Advertising in Europe** | | 01/07/2010 |
| | **Advertising in Europe** | | 01/11/2009 |
| | **Advertising in Europe** | | 01/11/2008 |
| | **Advertising in Europe** | | 01/10/2007 |
| | **Advertising in Europe** | | 01/12/2006 |
| | **Advertising in Europe** | | 01/10/2005 |
| | **Advertising in Europe** | | 01/11/2004 |
| | **Advertising in Europe** | | 01/12/2003 |
| MarketLine<br>Company operates in the industry | **Global Digital Advertising** | Industry profile | 03/04/2020 |
| MarketLine<br>Company operates in the industry | **Digital Advertising in Europe** | Industry profile | 03/04/2020 |
| MarketLine<br>Company operates in the industry | **Global Media** | Industry profile | 03/12/2019 |



## orbis

EXHIBIT 7

|  | | | |
|---|---|---|---|
|  | **Global Media** | | 07/04/2018 |
|  | **Global Media** | | 30/08/2017 |
|  | **Global Media** | | 24/08/2016 |
|  | **Global Media** | | 21/10/2015 |
|  | **Global Media** | | 01/06/2014 |
|  | **Global Media** | | 01/04/2013 |
|  | **Global Media** | | 01/01/2012 |
|  | **Global Media** | | 01/09/2010 |
|  | **Global Media** | | 01/12/2009 |
|  | **Global Media** | | 01/10/2008 |
|  | **Global Media** | | 01/12/2007 |
|  | **Global Media** | | 01/12/2006 |
|  | **Global Media** | | 01/12/2005 |
|  | **Global Media** | | 01/05/2005 |
|  | **Global Media** | | 01/08/2004 |
|  | **Global Media** | | 01/12/2003 |
| MarketLine Company operates in the industry | **Media in Europe** | Industry profile | 03/12/2019 |
|  | **Media in Europe** | | 07/04/2018 |
|  | **Media in Europe** | | 30/08/2017 |
|  | **Media in Europe** | | 24/08/2016 |
|  | **Media in Europe** | | 21/10/2015 |
|  | **Media in Europe** | | 01/06/2014 |
|  | **Media in Europe** | | 01/04/2013 |
|  | **Media in Europe** | | 01/01/2012 |
|  | **Media in Europe** | | 01/09/2010 |
|  | **Media in Europe** | | 01/12/2009 |

 **orbis**

EXHIBIT 7

| | |
|---|---|
| **Media in Europe** | 01/10/2008 |
| **Media in Europe** | 01/12/2007 |
| **Media in Europe** | 01/12/2006 |
| **Media in Europe** | 01/12/2005 |
| **Media in Europe** | 01/12/2003 |

Industry profiles Filters

Moody's Investors Service, Moody's Analytics Capital Markets, MarketLine, Morningstar, GlobalData

## My variables

Unconsolidated, Local registry filing
No data available for this company

## Appendix – Omitted chapters

The chapters listed below have been omitted because they have no data for this company, or the data cannot be represented in the PDF

Public tenders
Detailed format
Cash flow statement
Segment data - Business lines
Segment data - Geographic segments
Graph - company ratings over time
Global score by WVB
Compass score merchant risk by G2
RepRisk indicators by RepRisk
Environmental score by Trucost
National scores
Stock profile
Annual stock data
Annual stock valuation
Pricing series
Beta and price volatility
Earnings estimates
Additional estimates
Brokers recommendations
Bonds and loans
Credit default swaps
Current auditors, bankers & other advisors
Previous auditors, bankers & other advisors
Current subsidiaries
Branches
Innovation strength
Patent portfolio
Royalties agreements
Company and market news
FACTIVA news
Mergers & acquisitions
Crossborder investments



 **orbis**

EXHIBIT 7

Liquidity events & potential beneficiaries
Local registry documents
aRMadillo
Global reports
EOL SEC filings



Exhibit 8 Withheld in Full

Bates: GLOMAG-23653 0225–0226

 orbis                                                    EXHIBIT 9

 **INT INVEST EOOD**
SOFIA, Bulgaria

Active                                          Private

BvD ID n° BG205535941                           The Global Ultimate Owner of this controlled subsidiary is MR DELYAN
                                                SLAVCHEV PEEVSKI

## Key information

| EKZARH YOSIF, 119 | Activity: | Corporate |
| 1000 SOFIA | Date of Incorporation: | 2019 |
| Bulgaria | | |

**Turnover**

No financial information available

**Net income**

No financial information available

**Ownership**

**1** shareholder
**0** subsidiary
10 companies in the corporate
group

**PEPs and sanctions**

► This company isnotthe same
or similar to a risk relevant
name

Financial profile No financial information available

**Management**

Mr Aleksandar Kirilov Georgiev

**News stories since last year**

**0** negative stories
**0** stories in total

 **orbis**

EXHIBIT 9



## Contact

### Contact information

EKZARH YOSIF, 119
1000 SOFIA
Bulgaria

| | |
|---|---|
| **Oblast** | Sofia City |
| **NUTS1** | BG4 - Southwestern and South-Central Bulgaria |
| **NUTS2** | BG41 - Yugozapaden |
| **NUTS3** | BG412 - Sofia City |

## Industry & activities

**Type of entity:**          Corporate

## Identifiers

| | |
|---|---|
| BvD ID number | BG205535941 |
| BvD9 number | 403105353 |
| UIC (Trade register number) | 205535941 |
| European VAT number | BG205535941 |
| TIN (TIN) | 205535941 |

## Legal information

 **orbis**                                                    EXHIBIT 9

---

**Active**(updated in Orbis on 05/03/2019)

One-person private limited company - EOOD
Incorporated in 2019
Corporate

**PEPs and sanctions**

 This company isnotthe same or similar to a risk
relevant name

## Legal events

| Date | Type | Description | Source |
|------|------|-------------|--------|
| 04/04/2019 | Registration | VAT registration | Registry Agency (BULSTAT register) |
| 22/02/2019 | Registration | Founded as EOOD (one person private ltd. co.) | Registry Agency (BULSTAT register) |

## Key financials & employees

No financials, Local registry filing
No data available for this company

## Global standard format

No financials, Local registry filing
No data available for this company

## Global ratios

No financials, Local registry filing
No data available for this company

## Peer comparison

The company discloses no figure for 'Operating revenue (Turnover)' in its last available accounts. Consequently, the standard
peer group based on this variable is undefined.

**Peer group definition**
Closest 10 international companies according to the Operating revenue (Turnover) of the subject company for the last
available year amongst the standard peer group.
The standard peer group is based on NACE Rev. 2 industry classification for corporate, specialisation for banks and company
class for insurance companies: 0 - .

## Company ratings

No data available for this company

## Country ratings

Your subscription does not include some of the agency ratings.



 **orbis**

EXHIBIT 9

**EIU**

|  | Rating | Date | Action/Direction | Outlook | Watch |
|---|---|---|---|---|---|
| Overall country rating | BBB | 01/09/2020 |  |  |  |
| Banking sector rating | BB | 01/09/2020 |  | Stable |  |

Copyright © 2020 The Economist Intelligence Unit Limited. All rights reserved.

## Financial strength summary



## Qualitative score by modeFinance

BUREAU VAN DIJK

 **orbis**

EXHIBIT 9



A ————— E

**B - Satisfactory**

on 03/12/2020

Confidence level: 54.0%

| | |
|---|---|
| **Credit limit:** | **5,984 $** |
| | Based on geographical and sector statistics. |
| **Key influencing factors:** | A - GUO MORE score / status |
| | D - Directors average MORE score / status |
| | B - Size of the GUO |
| **Industry score:** | C |

## Evolution over time



| High risk | E |
|---|---|
| | D |
| | C |
| | B |
| Low risk | A |

2019     2020

Legend

■ Industry score

## Evolution over time (Tabular view)

| | 2019 | 03/12/2020 |
|---|---|---|
| Qualitative score | A | B |
| Confidence level (%) | 54 | 54 |
| Credit limit (th $) | 6 | 6 |
| Industry score | C | C |

Credit limit annotations

| | |
|---|---|
| **03/12/2020** | Based on geographical and sector statistics. |
| **2019** | Based on geographical and sector statistics. |

## Managed funds

**orbis**

EXHIBIT 9

There is no available data for this entity set

## Current directors & managers

Management & staff                    1

Senior Management

| | |
|---|---|
| **MR ALEKSANDAR KIRILOV GEORGIEV**<br>Executive Director | CB |

**Source**

**CB:**Creditreform (Bulgaria)

Filters

Formal sources
Bodies & departments

## Ownership structure

Graph : Shareholders



**⊙ orbis**

EXHIBIT 9



1 shareholder and the controlling shareholder path are represented.

**Legend**

| | | | |
|---|---|---|---|
| ↔ | Controlling shareholder | x/x | Direct / Total ownership % |
| ⚇ | An individual | BR | Branch |
| | | CQP1 | 50% + 1 Share |
| ⚇ | Beneficial Owner | CTP | Calculated total percentage |
| 👑 | Global Ultimate Owner | DM | Director/Manager |
| | | FC | Foreign company |
| ► | There are names that are the same, or similar to, a risk relevant name | GP | General partner |
| | | JO | Jointly owned, = 50 % |
| | | MO | Majority owned, > 50% |
| | | n.a. | Not available |
| | | NG | Negligible, <=0.01% |
| | | REG | Beneficial Owner from register, = 100% |


Data Update 204,003 (11/12/2020)
© Bureau van Dijk 2020
GLOMAG-23653 0233

 

 orbis

EXHIBIT 9

| | |
|---|---|
| T | Sole trader, = 100 % |
| VE | Vessel |
| WO | Wholly owned, >= 98% |

**Ultimate Owner definition**

The path from the company to its Ultimate Owner is minimum 50.01%
I consider a company the Ultimate Owner if there are no identified shareholders or if the shareholder percentage is not known.

## Geographic footprint

Number of companies in the corporate group per country



**The map represents the geographic location of the companies in the corporate group**

All 10 companies in the corporate group are represented

**Legend**

Number of entities by country                 Country of both the company and the GUO

▪  More than 1

   Less than 1

**Ultimate Owner definition**

The path from the company to its Ultimate Owner is minimum 50.01%
I consider a company the Ultimate Owner if there are no identified shareholders or if the shareholder percentage is not known.

## Corporate group



 **orbis**

EXHIBIT 9

There are 10 companies in the corporate group

| Name | | Country | Ownership | | Level of own. | Info Source |
|------|--|---------|-----------|--|---------------|-------------|
| | | | D.rect % | Total % | | |
| **Global Ultimate Owner** | | | | | | |
| MR DELYAN SLAVCHEV PEEVSKI | ► | BG | | | | |
| **Ultimately owned subsidiaries** | | | | | | |
| INT LTD EOOD | ► | BG | 100.00 | 100.00 | 1 | CB |
| ▼ INTRUST PLC EAD | | BG | 100.00 | 100.00 | 1 | CB |
| L BM SYSTEMS EAD | | BG | 100.00 | 100.00 | 2 | CB |
| L INT INVEST EOOD | | BG | 100.00 | 100.00 | 2 | CB |
| L INTTRAFIK EOOD | | BG | 100.00 | 100.00 | 2 | CB |
| L NSN INVESTMENT ITALIA S.R.L. IN LIQUIDAZIONE | | IT | 100.00 | 100.00 | 2 | HO |
| L REAL ESTATES INT LTD EOOD | | BG | 100.00 | 100.00 | 2 | CB |
| ▶ TELEGRAPH MEDIA EOOD | | BG | 100.00 | 100.00 | 2 | CB |
| L TELEGRAPH NEWSPAPER LTD EOOD | | BG | 100.00 | 100.00 | 2 | CB |

| Name | | Date |
|------|--|------|
| **Global Ultimate Owner** | | |
| MR DELYAN SLAVCHEV PEEVSKI | ► | |
| **Ultimately owned subsidiaries** | | |
| INT LTD EOOD | ► | 11/2020 |
| ▼ INTRUST PLC EAD | | 11/2020 |
| L BM SYSTEMS EAD | | 11/2020 |
| L INT INVEST EOOD | | 11/2020 |
| L INTTRAFIK EOOD | | 11/2020 |
| L NSN INVESTMENT ITALIA S.R.L. IN LIQUIDAZIONE | | 07/2019 |
| L REAL ESTATES INT LTD EOOD | | 11/2020 |
| ▶ TELEGRAPH MEDIA EOOD | | 11/2020 |
| L TELEGRAPH NEWSPAPER LTD EOOD | | 11/2020 |

## Legend

► There are names that are the same, or similar to, a risk relevant name

## Ultimate Owner definition

The path from the company to its Ultimate Owner is minimum 50.01%



 orbis

EXHIBIT 9

I consider a company the Ultimate Owner if there are no identified shareholders or if the shareholder percentage is not known.

## Beneficial Owners

### Beneficial Owner (1)



| Name | | Country | Ownership Direct % | Ownership Total % | Source |
|---|---|---|---|---|---|
| MR DELYAN SLAVCHEV PEEVSKI | | BG | 100.00 | 100.00 | CB 11/2020 |
| INTRUST PLC EAD | | BG | 100.00 | 100.00 | CB 11/2020 |
| INT INVEST EOOD | | BG | | | |

### Other Ultimate Beneficiary (0)

This company has no Other Ultimate Beneficiaries.

### Beneficial Owner from register (0)
There are no Beneficial Owners from register for this company

### Legend

► There are names that are the same, or similar to, a risk relevant name

🌐 Has enough influence power to control the result of a vote in the company

### Beneficial Owner definition

The minimum percentage of ownership at first level is 10.00%, the minimum percentage at further levels is 50.01%.

I also consider any individual at the top of a path who has an unknown percentage of ownership (% such as '>x%' are considered unknown)

I also consider any individual at the top of a path who has a percentage of minimum 10.00% (with the requested 50.01% at all other levels).

Beneficial Owners from register are not subject to the defined thresholds.

### Controlling shareholders



None

 **orbis**

EXHIBIT 9

**BvD independence indicator**



**D - Direct majority ownership**
Has an identified shareholder with over 50% direct ownership or is a branch/foreign company

| Name | | Country | Type | Ownership | | | Info | Op. Rev. |
| | | | | Direct % | Total % | Source | Date | (m USD) |
|---|---|---|---|---|---|---|---|---|
| MR DELYAN SLAVCHEV PEEVSKI | ► | BG | I | 100.00 | 100.00 | CB | 11/2020 | - |
| INTRUST PLC EAD | | BG | C | 100.00 | 100.00 | CB | 11/2020 | 22 |
| INT INVEST EOOD | | BG | C | | | | | n.a. |

| Name | | No of employees |
|---|---|---|
| MR DELYAN SLAVCHEV PEEVSKI | ► | - |
| INTRUST PLC EAD | | 29 |
| INT INVEST EOOD | | n.a. |

**Legend**

► There are names that are the same, or similar to, a risk relevant name

I = One or more named individuals or families
C = Corporate

**Ultimate Owner definition**

The path from the company to its Ultimate Owner is minimum 50.01%
I consider a company the Ultimate Owner if there are no identified shareholders or if the shareholder percentage is not known.

**Current shareholders**

| Name | Country | Type | Ownership | | | Info | Op. Rev. | No of |
| | | | Direct % | Total % | Source | Date | (m USD) | employees |
|---|---|---|---|---|---|---|---|---|
| INTRUST PLC EAD | BG | C | = | 100.00 | 100.00 | CB | 11/2020 | 22 | 29 |

**Legend**

C = Corporate

**Shareholders history**

Current shareholders

| Name | Country | Type | Ownership | | | Info | Op. Rev. | No of |
| | | | Direct % | Total % | Source | Date | (m USD) | employees |
|---|---|---|---|---|---|---|---|---|
| INTRUST PLC EAD | BG | C | 100.00 | 100.00 | CB | 11/2020 | 22 | 29 |



 orbis

EXHIBIT 9

| Name | Country | Type | Ownership | | | Info | Op. Rev. | No of |
| | | | Direct % | Total % | Source | Date | (in USD) | employees |
|---|---|---|---|---|---|---|---|---|
| | | | 100.00 | 100.00 | CB | 03/2020 | | |
| | | | 100.00 | 100.00 | CB | 09/2019 | | |
| | | | 100.00 | 100.00 | CB | 03/2019 | | |

**Legend**

C = Corporate

Previous shareholders

There is no data available for this entity.

**Filters**

Shareholders: All
All information since 01/2002

**Shareholders by T-Rank**

| Name | Country | Type | T-rank (%) | Distance | Raw data | |
| | | | | | Direct (%) | Total (%) |
|---|---|---|---|---|---|---|
| INTRUST PLC EAD | n.a. | C | 100.00 | 1 | 100.00 | |
| MR DELYAN SLAVCHEV PEEVSKI | n.a. | I | 100.00 | 2 | | |

Based on Bureau van Dijk ownership data: 09/12/2020

**Legend**

C = Corporate
I = One or more named individuals or families

**Filters**

All shareholders
T-Rank threshold 5%
Sorted by T-rank percentage

**Shareholder power & coalitions**

**Most influential shareholders**

| Name | Country | Type | Distance | Influence power (%) |
|---|---|---|---|---|

BUREAU VAN DIJK

 **orbis**

EXHIBIT 9

| | | | | |
|---|---|---|---|---|
| INTRUST PLC EAD | n.a. | C | 1 | 100.0 |
| MR DELYAN SLAVCHEV PEEVSKI | n.a. | I | 2 | 100.0 |

**Possible controlling coalitions**

Controlling coalitions do not apply because there is a shareholder with enough influence power to control the result of a vote in the company: MR DELYAN SLAVCHEV PEEVSKI.

Based on Bureau van Dijk ownership data: 09/12/2020

**Legend**

C       Corporate

I       One or more named individuals or families

## Research

Company profiles.

Filters:

Moody's Investors Service, Moody's Analytics Capital Markets, MarketLine, Morningstar, GlobalData

No data available for this company

Industry profiles

No data available for this company

## My variables

No financials, Local registry filing
No data available for this company

## Appendix – Omitted chapters

The chapters listed below have been omitted because they have no data for this company, or the data cannot be represented in the PDF

Accounting information
Public tenders
Detailed format
Graph - Value over time
Graph - Indices of several values over time
Cash flow statement
Segment data - Business lines
Segment data - Geographic segments
Graph - company ratings over time
Falcon counterparty risk score by Zanders
Financial stability score by CRIF Decision Solutions Ltd
MORE credit risk score by modeFinance
Predictive indicators by Vadis
Global score by WVB

 **orbis**

EXHIBIT 9

Albatross score by Zanders
Compass score merchant risk by G2
RepRisk indicators by RepRisk
Environmental score by Trucost
National scores
Stock profile
Annual stock data
Annual stock valuation
Pricing series
Beta and price volatility
Earnings estimates
Additional estimates
Brokers recommendations
Bonds and loans
Credit default swaps
Previous directors & managers
Current auditors, bankers & other advisors
Previous auditors, bankers & other advisors
Current subsidiaries
Branches
Innovation strength
Patent portfolio
Royalties agreements
Company and market news
FACTIVA news
Mergers & acquisitions
Crossborder investments
Liquidity events & potential beneficiaries
Local registry documents
aRMadillo
Global reports
EOL SEC filings

Exhibit 10 Withheld in Full

Bates: GLOMAG-23653 0241–0243

 orbis

EXHIBIT 11

 **INTTRAFIK EOOD**
SOFIA, Bulgaria

Active

BvD ID n° BG205244843

Private

The Global Ultimate Owner of this controlled subsidiary is MR DELYAN SLAVCHEV PEEVSKI

## Key information

| UL. EKZARH YOSIF, 119 | | |
|---|---|---|
| 1527 SOFIA | **Activity:** | Corporate, Business Services |
| Bulgaria | **Date of incorporation:** | 2018 |

| **Turnover for 2019** | **Net income for 2019** |
|---|---|
| $ 515 th    ↗ | $ -71.2 th    ↘ -3955% |

| **Ownership** | **PEPs and sanctions** |
|---|---|
| 1 shareholder |  This company isnotthe same |
| 0 subsidiary | or similar to a risk relevant |
| 10 companies in the corporate group | name |

 orbis

<div align="right">EXHIBIT 11</div>

### Financial profile
Unconsolidated, Local registry filing

| | 31/12/2019 | 31/12/2018 |
|---|---|---|
| | USD | USD |
| | 12 months | 12 months |
| | Local GAAP | Local GAAP |
| Exchange rate: BGN/USD | 0.57438 | 0.58541 |
| Operating revenue (Turnover) | 515,221 ↗ | 0 |
| P/L before tax | -71,223 ↘ | -1,756 |
| P/L for period [=Net income] | -71,223 ↘ | -1,756 |
| Cash flow | -67,777 | n.a. |
| Total assets | 175,761 ↗ | 79,616 |
| Shareholders funds | -72,372 ↘ | -1,171 |
| Current ratio (x) | 0.32 ↘ | 0.97 |
| Profit margin (%) | -13.82 | n.s. |
| Solvency ratio (Asset based) (%) | -41.18 ↘ | -1.47 |
| Number of employees | 38 | n.a. |

**Management**

Mr Aleksandar Kirilov Georgiev

**News stories since last year**

0 negative stories
0 stories in total

 orbis

EXHIBIT 11



## Contact

### Contact information

UL. EKZARH YOSIF, 119
1527 SOFIA
Bulgaria

| | |
|---|---|
| **Oblast** | Sofia City |
| **NUTS1** | BG4 - Southwestern and South-Central Bulgaria |
| **NUTS2** | BG41 - Yugozapaden |
| **NUTS3** | BG412 - Sofia City |

## Industry & activities

| | |
|---|---|
| **Type of entity:** | Corporate |
| **BvD sector:** | Business Services |
| **NACE Rev. 2 main section:** | N - Administrative and support service activities |

NACE Rev. 2 code(s)

| | | |
|---|---|---|
| Core code: | 8010 | Private security activities |
| Primary code(s): | 8010 | Private security activities |
| Secondary code(s): | 4941 | Freight transport by road |

NAICS 2017 code(s) {derived from NACE Rev. 2 codes}

| | | |
|---|---|---|
| Core code: | 5616 | Investigation and Security Services |
| Primary code(s): | 561612 | Security Guards and Patrol Services |
| | 561613 | Armored Car Services |
| Secondary code(s): | 484110 | General Freight Trucking, Local |
| | 484121 | General Freight Trucking, Long-Distance, Truckload |

 orbis

EXHIBIT 11

| | 484122 | General Freight Trucking, Long-Distance, Less Than Truckload |
| | 484220 | Specialized Freight (except Used Goods) Trucking, Local |
| | 484230 | Specialized Freight (except Used Goods) Trucking, Long-Distance |

US SIC code(s) {derived from NACE Rev. 2 codes}

| Core code: | 738 | Miscellaneous business services |
| Primary code(s): | 7382 | Security systems services |
| Secondary code(s): | 4212 | Local trucking without storage |
| | 4213 | Trucking, except local |
| | 4214 | Local trucking with storage |

## Identifiers

| | |
|---|---|
| **BvD ID number** | BG205244843 |
| **BvD account number** | BG205244843U |
| **BvD9 number** | 386542275 |
| **UIC (Trade register number)** | 205244843 |
| **European VAT number** | BG205244843 |
| **TIN (TIN)** | 205244843 |

## Legal information

**Active**(updated in Orbis on 27/08/2018)

One-person private limited company - EOOD
Incorporated in 2018
Corporate

**PEPs and sanctions**

▶ This company isnotthe same or similar to a risk relevant name

## Accounting information

Information for this record is provided by Creditreform Bulgaria (last delivery: 29/11/2020)

| | | | |
|---|---|---|---|
| **Most recent accounts:** | 2019 | **Accounts published in:** | BGN |
| **Available in Orbis since** | 06/2020 | **Closing date:** | 31/12/2019 |
| **Types of account:** | Unconsolidated | **Filing type:** | Local registry filing |
| **Available for:** | 2 years | **Accounting template:** | Corporate |

**Available account**

31/12/2019      Unconsolidated, Local registry filing

## Key indicators based on Unconsolidated, Local registry filing

| Turnover for 2019 | Number of employees |
|---|---|
| $ 515 th    ↗ | 38 ▪ |



 orbis

EXHIBIT 11

## Legal events

| Date | Type | Description | Source |
|---|---|---|---|
| 14/09/2018 | Registration | VAT registration | Registry Agency (BULSTAT register) |
| 09/08/2018 | Registration | Founded as EOOD (one person private ltd. co.) | Registry Agency (BULSTAT register) |

## Key financials & employees

Unconsolidated, Local registry filing

| | 31/12/2019<br>USD<br>12 months<br>Local GAAP | 31/12/2018<br>USD<br>12 months<br>Local GAAP |
|---|---|---|
| Exchange rate: BGN/USD | 0.57438 | 0.58541 |
| ∟ Operating revenue (Turnover) | 515,221 | 0 |
| ∟ P/L before tax | -71,223 | -1,756 |
| ∟ P/L for period [=Net income] | -71,223 | -1,756 |
| ∟ Cash flow | -67,777 | n.a. |
| ∟ Total assets | 175,761 | 79,616 |
| ∟ Shareholders funds | -72,372 | -1,171 |
| ∟ Current ratio (x) | 0.32 | 0.97 |
| ∟ Profit margin (%) | -13.82 | n.s. |
| ∟ ROE using P/L before tax (%) | n.s. | n.s. |
| ∟ ROCE using P/L before tax (%) | n.s. | n.s. |
| ∟ Solvency ratio (Asset based) (%) | -41.18 | -1.47 |
| ∟ Number of employees | 38 | n.a. |

## Global standard format

Unconsolidated, Local registry filing



 orbis

EXHIBIT 11

| | 31/12/2019 | 31/12/2018 |
| | USD | USD |
| | 12 months | 12 months |
| | Local GAAP | Local GAAP |
| Exchange rate: BGN/USD | 0.57438 | 0.58541 |

Balance sheet

Assets

| | | |
|---|---|---|
| Fixed assets | 95,922 | 1,171 |
| L Intangible fixed assets | 8,041 | 1,171 |
| L Tangible fixed assets | 87,881 | 0 |
| L Other fixed assets | 0 | 0 |
| Current assets | 79,839 | 78,445 |
| L Stock | 0 | 0 |
| L Debtors | 0 | 72,591 |
| L Other current assets | 79,839 | 5,854 |
| L Cash & cash equivalent | 67,777 | 5,854 |
| **Total assets** | **175,761** | **79,616** |

Liabilities & equity

| | | |
|---|---|---|
| Shareholders funds | -72,372 | -1,171 |
| L Capital | 574 | 585 |
| L Other shareholders funds | -72,947 | -1,756 |
| Non-current liabilities | 0 | 0 |
| L Long term debt | 0 | 0 |
| L Other non-current liabilities | 0 | 0 |
| L Provisions | 0 | 0 |
| Current liabilities | 248,133 | 80,787 |
| L Loans | 0 | 0 |
| L Creditors | 574 | 0 |
| L Other current liabilities | 247,559 | 80,787 |
| **Total shareh. funds & liab.** | **175,761** | **79,616** |

Memo lines

⊙ orbis                                                                    EXHIBIT 11

| | 31/12/2019 | 31/12/2018 |
|---|---|---|
| | USD | USD |
| | 12 months | 12 months |
| | Local GAAP | Local GAAP |
| Exchange rate: BGN/USD | 0.57438 | 0.58541 |
| └ Working capital | -67,777 | -5,854 |
| └ Net current assets | -168,294 | -2,342 |
| └ Enterprise value | n.a. | n.a. |
| └ Number of employees | 38 | n.a. |

Profit & loss account

| | | |
|---|---|---|
| └ Operating revenue (Turnover) | 515,221 | 0 |
| └ Sales | 515,221 | 0 |
| └ Costs of goods sold | n.a. | n.a. |
| └ Gross profit | n.a. | n.a. |
| └ Other operating expenses | n.a. | n.a. |
| └ Operating P/L [=EBIT] | -62,608 | 0 |
| └ Financial P/L | -8,616 | -1,756 |
| └ Financial revenue | 0 | 0 |
| └ Financial expenses | 8,616 | 1,756 |
| └ P/L before tax | -71,223 | -1,756 |
| └ Taxation | 0 | 0 |
| └ P/L after tax | -71,223 | -1,756 |
| └ Extr. and other P/L | 0 | 0 |
| └ Extr. and other revenue | 0 | 0 |
| └ Extr. and other expenses | 0 | 0 |
| └ P/L for period [=Net income] | -71,223 | -1,756 |

Memo lines

| | | |
|---|---|---|
| └ Export revenue | n.a. | n.a. |
| └ Material costs | 14,934 | n.a. |
| └ Costs of employees | 532,453 | n.a. |
| └ Depreciation & Amortization | 3,446 | n.a. |

BUREAU VAN DIJK

⊙ orbis                                              EXHIBIT 11

| | 31/12/2019 | 31/12/2018 |
|---|---|---|
| | USD | USD |
| | 12 months | 12 months |
| | Local GAAP | Local GAAP |
| Exchange rate: BGN/USD | 0.57438 | 0.58541 |
| └ Other operating items | 26,996 | 0 |
| └ Interest paid | 8,616 | 1,756 |
| └ Research & Development expenses | n.a. | n.a. |
| └ Cash flow | -67,777 | n.a. |
| └ Added value | 473,291 | n.a. |
| └ EBITDA | n.a. | n.a. |

## Global ratios

Unconsolidated, Local registry filing

| | 31/12/2019 | 31/12/2018 |
|---|---|---|
| | USD | USD |
| | 12 months | 12 months |
| | Local GAAP | Local GAAP |
| Exchange rate: BGN/USD | 0.57438 | 0.58541 |

Profitability ratios

| | | |
|---|---|---|
| └ ROE using P/L before tax (%) | n.s. | n.s. |
| └ ROCE using P/L before tax (%) | n.s. | n.s. |
| └ ROA using P/L before tax (%) | -40.52 | -2.21 |
| └ ROE using Net income (%) | n.s. | n.s. |
| └ ROCE using Net income (%) | n.s. | n.s. |
| └ ROA using Net income (%) | -40.52 | -2.21 |
| └ Profit margin (%) | -13.82 | n.s. |
| └ Gross margin (%) | n.a. | n.a. |
| └ EBITDA margin (%) | n.a. | n.a. |
| └ EBIT margin (%) | -12.15 | n.s. |
| └ Cash flow / Operating revenue (%) | -13.16 | n.a. |
| └ Enterprise value / EBITDA (x) | n.a. | n.a. |

BUREAU VAN DIJK

 orbis

EXHIBIT 11

| | 31/12/2019 | 31/12/2018 |
| --- | --- | --- |
| | USD | USD |
| | 12 months | 12 months |
| | Local GAAP | Local GAAP |
| Exchange rate: BGN/USD | 0.57438 | 0.58541 |
| ∟ Market cap / Cash flow from operations (x) | n.a. | n.a. |

Operational ratios

| | | |
| --- | --- | --- |
| ∟ Net assets turnover (x) | n.s. | n.s. |
| ∟ Interest cover (x) | -7.27 | 0.00 |
| ∟ Stock turnover (x) | n.s. | n.s. |
| ∟ Collection period (days) | 0 | n.s. |
| ∟ Credit period (days) | 0 | n.s. |
| ∟ Export revenue / Operating revenue (%) | n.a. | n.a. |
| ∟ R&D expenses / Operating revenue (%) | n.a. | n.a. |

Structure ratios

| | | |
| --- | --- | --- |
| ∟ Current ratio (x) | 0.32 | 0.97 |
| ∟ Liquidity ratio (x) | 0.32 | 0.97 |
| ∟ Shareholders liquidity ratio (x) | n.s. | n.s. |
| ∟ Solvency ratio (Asset based) (%) | -41.18 | -1.47 |
| ∟ Solvency ratio (Liability based) (%) | n.s. | n.s. |
| ∟ Gearing (%) | n.s. | n.s. |

Per employee ratios

| | | |
| --- | --- | --- |
| ∟ Profit per employee (th) | -2 | n.a. |
| ∟ Operating revenue per employee (th) | 14 | n.a. |
| ∟ Costs of employees / Operating revenue (%) | n.s. | n.a. |
| ∟ Average cost of employee (th) | 14 | n.a. |
| ∟ Shareholders funds per employee (th) | n.s. | n.a. |

 orbis

EXHIBIT 11

| | 31/12/2019 | 31/12/2018 |
|---|---|---|
| | USD | USD |
| | 12 months | 12 months |
| | Local GAAP | Local GAAP |
| Exchange rate: BGN/USD | 0.57438 | 0.58541 |
| └ Working capital per employee (th) | -2 | n.a. |
| └ Total assets per employee (th) | 5 | n.a. |

### Graph - Value over time



### Graph - Indices of several values over time

# ⊙ orbis

EXHIBIT 11



Base: 2018

■ P/L before tax (th USD)                               -1.76

▲ P/L for period [=Net income] (th USD)                 -1.76

◆ Total assets (th USD)                                  79.6

## Peer comparison

| Accounting year: Peer group year | Year | Operating revenue (Turnover) th USD | | P/L before tax th USD | |
|---|---|---|---|---|---|
| Median | | 515 | | 37 | |
| Standard deviation | | 0 | | 92 | |
| Average | | 515 | | 51 | |

| | | | | | |
|---|---|---|---|---|---|
| CHASTNAYA OKHRANNAYA ORGANIZATSIYA GRUPPA | 2019 | 515 | 1 | 62 | 4 |
| INTERACTIVA SL | 2019 | 515 | 2 | 210 | 1 |
| CHASTNAYA OKHRANNAYA ORGANIZATSIYA ISKANDE | 2019 | 515 | 3 | 159 | 2 |
| INTTRAFIK EOOD | 2019 | 515 | 4 | -71 | 8 |
| CONG TY TNHH DICH VU BAO VE LONG THIEN BAO | 2019 | 515 | 5 | -52 | 7 |
| KUROSURODO YK | 2019 | 515 | 6 | n.a. | |
| KYOKKOKEIBIHOSHO KK | 2019 | 515 | 6 | n.a. | |
| FASUTOSEKYURITI, YK | 2019 | 515 | 6 | n.a. | |
| M.T.G. SECURITY SRL | 2019 | 515 | 9 | 81 | 3 |
| CHASTNOE OKHRANNOE PREDPRIYATIE VDV-A | 2019 | 515 | 10 | 12 | 5 |
| CHASTNAYA OKHRANNAYA ORGANIZATSIYA ALFA-SH | 2019 | 515 | 11 | 7 | 6 |

 orbis

EXHIBIT 11

| Accounting year: Peer group year | Year | P/L for period [=Net income] th USD | | Total assets th USD | |
|---|---|---|---|---|---|
| Median | | 29 | | 111 | |
| Standard deviation | | 75 | | 312 | |
| Average | | 35 | | 275 | |
| | | | | | |
| CHASTNAYA OKHRANNAYA ORGANIZATSIYA GRUPPA | 2019 | 53 | 4 | 88 | 5 |
| INTERACTIVA SL | 2019 | 157 | 1 | 601 | 2 |
| CHASTNAYA OKHRANNAYA ORGANIZATSIYA ISKANDE | 2019 | 117 | 2 | 973 | 1 |
| INTTRAFIK EOOD | 2019 | -71 | 8 | 176 | 3 |
| CONG TY TNHH DICH VU BAO VE LONG THIEN BAO | 2019 | -52 | 7 | 85 | 6 |
| KUROSURODO YK | 2019 | n.a. | | n.a. | |
| KYOKKOKEIBIHOSHO KK | 2019 | n.a. | | n.a. | |
| FASUTOSEKYURITI, YK | 2019 | n.a. | | n.a. | |
| M.T.G. SECURITY SRL | 2019 | 76 | 3 | 133 | 4 |
| CHASTNOE OKHRANNOE PREDPRIYATIE VDV-A | 2019 | 6 | 5 | 72 | 7 |
| CHASTNAYA OKHRANNAYA ORGANIZATSIYA ALFA-SH | 2019 | -4 | 6 | 71 | 8 |

| Accounting year: Peer group year | Year | Shareholders funds th USD | | Number of employees | |
|---|---|---|---|---|---|
| Median | | 55 | | 12 | |
| Standard deviation | | 318 | | 27 | |
| Average | | 189 | | 28 | |
| | | | | | |
| CHASTNAYA OKHRANNAYA ORGANIZATSIYA GRUPPA | 2019 | 78 | 3 | 4 | 9 |
| INTERACTIVA SL | 2019 | 431 | 2 | 10 | 7 |
| CHASTNAYA OKHRANNAYA ORGANIZATSIYA ISKANDE | 2019 | 944 | 1 | 12 | 6 |
| INTTRAFIK EOOD | 2019 | -72 | 8 | 38 | 5 |
| CONG TY TNHH DICH VU BAO VE LONG THIEN BAO | 2019 | 35 | 5 | 5 | 8 |
| KUROSURODO YK | 2019 | n.a. | | 1 | 11 |
| KYOKKOKEIBIHOSHO KK | 2019 | n.a. | | 50 | 3 |
| FASUTOSEKYURITI, YK | 2019 | n.a. | | 4 | 9 |
| M.T.G. SECURITY SRL | 2019 | 76 | 4 | 52 | 2 |
| CHASTNOE OKHRANNOE PREDPRIYATIE VDV-A | 2019 | 19 | 6 | 44 | 4 |
| CHASTNAYA OKHRANNAYA ORGANIZATSIYA ALFA-SH | 2019 | 5 | 7 | 88 | 1 |

**Peer group definition**

Closest 10 international companies according to the Operating revenue (Turnover) of the subject company for the last available year (2019) amongst the standard peer group.
The standard peer group is based on NACE Rev. 2 industry classification: 8010 - Private security activities.



 orbis

EXHIBIT 11

## Company ratings

No data available for this company

## Country ratings

Your subscription does not include some of the agency ratings.

EIU

|  | Rating | Date | Action/Direction | Outlook | Watch |
|---|---|---|---|---|---|
| Overall country rating | BBB | 01/09/2020 |  |  |  |
| Banking sector rating | BB | 01/09/2020 |  | Stable |  |

*Copyright © 2020 The Economist Intelligence Unit Limited. All rights reserved.*

## Financial strength summary



## Falcon counterparty risk score by Zanders

 orbis

EXHIBIT 11



**10**     **1**

## 1 - Very weak

for 2019

| | |
|---|---|
| **Probability of default:** | 19.86% |
| **Credit limit:** | 0 $ |
| **Industry:** | Administrative and support service activities |

### Evolution over time



2018     2019

### Evolution over time (Tabular view)

| | 2018 | 2019 |
|---|---|---|
| Counterparty Risk Score (CRS) | 1 | 1 |
| Probability of default (%) | 19.86 | 19.86 |
| Falcon credit limit ($) | 0 | 0 |

**Observations**

**2019**    Original currency is not EUR

**2018**    Original currency is not EUR

BUREAU VAN DIJK

 **orbis**

**EXHIBIT 11**

**Falcon influencing ratios**

|  | 2018 | 2019 |
|---|---|---|
| **Operations and Liquidity** | | |
| Turnover growth | 2 | 0 |
| Return on sales | 0 | 0 |
| Current ratio | 3 | 1 |
| Debtor days | 2 | 7 |
| **Debt services** | | |
| Interest coverage ratio | 6 | 0 |
| Debt/EBITDA | 2 | 2 |
| **Capital structure** | | |
| Gearing | 0 | 0 |
| Solvency | 0 | 0 |
| Tangible net worth | 0 | 0 |

## Financial stability score by CRIF Decision Solutions Ltd



1000          1

**347**

for 2019

| **Key influencing factors** | - Profitability<br>- Short-term liquidity<br>- Asset management efficiency |
|---|---|
| **Scores for peer group** | 265 Minimum<br>577 Average<br>795 Maximum |
| **Industry** | Private security activities |

 orbis

EXHIBIT 11

### Evolution over time



Legend

■ Peer group reference value (only average in graph)

## Evolution over time (Tabular view)

|  | 2018 | 2019 |
|---|---|---|
| Company | 557 | 347 |
| Key factors | - Financial leverage<br>- Asset management efficiency | - Profitability<br>- Short-term liquidity<br>- Asset management efficiency |
| Peer group | | |
| Minimum | 265 | 290 |
| Average | 577 | 615 |
| Maximum | 795 | 770 |

## MORE credit risk score by modeFinance



AAA          D

### C - Risky

for 2019

Confidence level: 86%

| Probability of default: | 80.0% |
|---|---|
| Credit limit: | 0 $ |
| Industry: | Services |

 orbis

EXHIBIT 11



**Evolution over time**

High risk — D, C, CC, CCC, B, BB, BBB, A, AA — Low risk — AAA

2018   2019

Legend

MORE comparison peer group

**Evolution over time (Tabular view)**

|  | 2018 | 2019 |
|---|---|---|
| **Score** | | |
| Company | CC | C |
| Peer group | BB | n.a. |
| **Probability of default (%)** | | |
| Company | 42.00 | 80.00 |
| Peer group | 1.90 | n.a. |
| **Confidence level (%)** | | |
| Company | 86 | 86 |
| **Credit limit ($)** | | |
| Company | 0.00 | 0.00 |

 orbis

EXHIBIT 11



**MORE influencing ratios**

| | 2018 | 2019 |
|---|---|---|
| **Solvency ratios** | | |
| Leverage ratio | D | D |
| Assets to debt | D | D |
| **Liquidity ratios** | | |
| Current ratio | BB | C |
| Quick ratio | BBB | CCC |
| Cash conversion cycle (CCC) | C | A |
| **Profitability and economic ratios** | | |
| Return on investment (ROI) | | D |
| Return on equity (ROE) | D | D |
| Asset turnover | D | . |
| **Interest coverage ratio** | | |
| Interest paid coverage | | D |

## Predictive Indicators by Vadis



Propensity of bankruptcy

1          9

**6**

Risk of bankruptcy higher than
national average

for 2019

**Key influencing factors:**

— Profit and loss period
— Evolution of other current liabilities
— Other current liabilities
-+- Evolution of collection period (company's sector financials)
— Current ratio

 orbis

EXHIBIT 11

Propensity to be sold



A5                    A1

**A4**

Among the 2 – 4 % of
companies with the
highest probability to be
sold

for 2019

**Evolution over time**



**Evolution over time (Tabular view)**

|  | 2019 |
|---|---|
| Propensity of bankruptcy | 6 |

Key influencing factors
— Profit and loss period
— Evolution of other current liabilities
— Other current liabilities
+ Evolution of collection period (company's sector financials)
— Current ratio

| Propensity to be sold | A4 |
|---|---|

**Qualitative score by modeFinance**

BUREAU VAN DIJK

 orbis

EXHIBIT 11



**A - Good**

on 03/12/2020

Confidence level: 56.0%

**Credit limit:** n.a.

No Qualitative credit limit has been calculated because a recent MORE credit limit is available for this company.

**Key influencing factors:** A - GUO MORE score / status
C - Directors average MORE score / status
B - Size of the GUO

**Industry score:** C

**Evolution over time**



| | High risk | E |
| | | D |
| | | C |
| | | B |
| Low risk | | A |

2018      2019      2020

**Legend**

■ Industry score

**Evolution over time (Tabular view)**

| | 2018 | 2019 | 03/12/2020 |
|---|---|---|---|
| Qualitative score | A | A | A |
| Confidence level (%) | 48 | 55 | 56 |
| Credit limit | n.a. | n.a. | n.a. |
| Industry score | C | D | C |

Credit limit annotations

| 03/12/2020 | No Qualitative credit limit has been calculated because a recent MORE credit limit is available for this company. |
|---|---|
| 2019 | No Qualitative credit limit has been calculated because a recent MORE credit limit is available for this company. |
| 2018 | No Qualitative credit limit has been calculated because a recent MORE credit limit is available for this company. |

 orbis

EXHIBIT 11

## Environmental score by Trucost



0%        ≥ 100%

**0.77%**

for 2018

Legend

- 🔵 Greenhouse gases
- 🔵 Water
- ▮ Waste
- 🔵 Air pollutants
- ⬩ Land & water pollutants
- 🔵 Natural resources used

Subject company values

Sector-average values

Industry:        Investigation and security services



### Evolution over time

| High risk | 100 |
| | 90 |
| | 80 |
| | 70 |
| | 60 |
| | 50 |
| | 40 |
| | 30 |
| | 20 |
| | 10 |
| Low risk | 0 |

2016        2017        2018

**⊘ orbis**                                                                                    EXHIBIT 11

**Evolution over time (Tabular view)**

|                          | 2016 | 2017 | 2018 |
|--------------------------|------|------|------|
| Environmental score (%)  | 0.51 | 0.53 | 0.77 |

**Managed funds**

There is no available data for this entity set

**Current directors & managers**

Management & staff          1

Senior Management

| **MR ALEKSANDAR KIRILOV GEORGIEV**<br>Executive Director |  | CB |
|---|---|---|

**Source**

CB:Creditreform (Bulgaria)

Filters

Formal sources
Bodies & departments

**Ownership structure**

Graph : Shareholders



## ⊙ orbis

EXHIBIT 11



1 shareholder and the controlling shareholder path are represented.

## Legend

| | Controlling shareholder | x/x | Direct / Total ownership % |
|---|---|---|---|
| ↔ | | BR | Branch |
| | An individual | CQP1 | 50% + 1 Share |
| | Beneficial Owner | CTP | Calculated total percentage |
| | | DM | Director/Manager |
| | Global Ultimate Owner | FC | Foreign company |
| | | GP | General partner |
| | There are names that are the same, or similar to, a risk relevant name | JO | Jointly owned, = 50 % |
| | | MO | Majority owned, > 50% |
| | | n.a. | Not available |
| | | NG | Negligible, <=0.01% |
| | | REG | Beneficial Owner from register, = 100% |

 **orbis**

**EXHIBIT 11**

| T | Sole trader, = 100 % |
|---|---|
| VE | Vessel |
| WO | Wholly owned, >= 98% |

**Ultimate Owner definition**

The path from the company to its Ultimate Owner is minimum 50.01%
I consider a company the Ultimate Owner if there are no identified shareholders or if the shareholder percentage is not known.

## Geographic footprint

Number of companies in the corporate group per country



**The map represents the geographic location of the companies in the corporate group**

All 10 companies in the corporate group are represented

**Legend**

Number of entities by country

▣   More than 1

　   Less than 1

   Country of both the company and the GUO

**Ultimate Owner definition**

The path from the company to its Ultimate Owner is minimum 50.01%
I consider a company the Ultimate Owner if there are no identified shareholders or if the shareholder percentage is not known.

## Corporate group

 orbis

EXHIBIT 11

There are 10 companies in the corporate group

| Name | | Country | Ownership Direct % | Ownership Total % | Level of own. | Info Source |
|------|--|---------|---------|---------|---------|---------|
| **Global Ultimate Owner** | | | | | | |
| MR DELYAN SLAVCHEV PEEVSKI | ► | BG | | | | |
| **Ultimately owned subsidiaries** | | | | | | |
| INT LTD EOOD | ► | BG | 100.00 | 100.00 | 1 | CB |
| ▼ INTRUST PLC EAD | | BG | 100.00 | 100.00 | 1 | CB |
| L BM SYSTEMS EAD | | BG | 100.00 | 100.00 | 2 | CB |
| L INT INVEST EOOD | | BG | 100.00 | 100.00 | 2 | CB |
| L INTTRAFIK EOOD | | BG | 100.00 | 100.00 | 2 | CB |
| L NSN INVESTMENT ITALIA S.R.L. IN LIQUIDAZIONE | | IT | 100.00 | 100.00 | 2 | HO |
| L REAL ESTATES INT LTD EOOD | | BG | 100.00 | 100.00 | 2 | CB |
| ▶ TELEGRAPH MEDIA EOOD | | BG | 100.00 | 100.00 | 2 | CB |
| L TELEGRAPH NEWSPAPER LTD EOOD | | BG | 100.00 | 100.00 | 2 | CB |

| Name | | Date |
|------|--|------|
| **Global Ultimate Owner** | | |
| MR DELYAN SLAVCHEV PEEVSKI | ► | |
| **Ultimately owned subsidiaries** | | |
| INT LTD EOOD | ► | 11/2020 |
| ▼ INTRUST PLC EAD | | 11/2020 |
| L BM SYSTEMS EAD | | 11/2020 |
| L INT INVEST EOOD | | 11/2020 |
| L INTTRAFIK EOOD | | 11/2020 |
| L NSN INVESTMENT ITALIA S.R.L. IN LIQUIDAZIONE | | 07/2019 |
| L REAL ESTATES INT LTD EOOD | | 11/2020 |
| ▶ TELEGRAPH MEDIA EOOD | | 11/2020 |
| L TELEGRAPH NEWSPAPER LTD EOOD | | 11/2020 |

**Legend**

► There are names that are the same, or similar to, a risk relevant name

**Ultimate Owner definition**

The path from the company to its Ultimate Owner is minimum 50.01%



 orbis

EXHIBIT 11

I consider a company the Ultimate Owner if there are no identified shareholders or if the shareholder percentage is not known.

## Beneficial Owners



### Beneficial Owner (1)

**MR DELYAN SLAVCHEV PEEVSKI**
Bulgaria

Distance: 2

| Name | | Country | Ownership Direct % | Ownership Total % | Source |
|------|---|---------|--------------------|--------------------|--------|
| MR DELYAN SLAVCHEV PEEVSKI | | BG | 100.00 | 100.00 | CB 11/2020 |
| INTRUST PLC EAD | | BG | 100.00 | 100.00 | CB 11/2020 |
| INTTRAFIK EOOD | | BG | | | |

### Other Ultimate Beneficiary (0)

This company has no Other Ultimate Beneficiaries.

### Beneficial Owner from register (0)

There are no Beneficial Owners from register for this company

## Legend

► There are names that are the same, or similar to, a risk relevant name

Has enough influence power to control the result of a vote in the company

## Beneficial Owner definition

The minimum percentage of ownership at first level is 10.00%, the minimum percentage at further levels is 50.01%.

I also consider any individual at the top of a path who has an unknown percentage of ownership (% such as '>x%' are considered unknown)

I also consider any individual at the top of a path who has a percentage of minimum 10.00% (with the requested 50.01% at all other levels).

Beneficial Owners from register are not subject to the defined thresholds.

## Controlling shareholders



 orbis

EXHIBIT 11

**BvD independence indicator**



**D - Direct majority ownership**
Has an identified shareholder with over 50% direct ownership or is a branch/foreign company

| Name | | Country | Type | Ownership | | | Info | | Op. Rev. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Direct % | Total % | Source | Date | | (m USD) |
| MR DELYAN SLAVCHEV PEEVSKI | ⚑ | BG | I | 100.00 | 100.00 | CB | 11/2020 | | - |
| INTRUST PLC EAD | | BG | C | 100.00 | 100.00 | CB | 11/2020 | | 22 |
| INTTRAFIK EOOD | | BG | C | | | | | | 1 |

| Name | | No of employees |
|---|---|---|
| MR DELYAN SLAVCHEV PEEVSKI | ⚑ | - |
| INTRUST PLC EAD | | 29 |
| INTTRAFIK EOOD | | 38 |

**Legend**

⚑   There are names that are the same, or similar to, a risk relevant name

I = One or more named individuals or families
C = Corporate

**Ultimate Owner definition**

The path from the company to its Ultimate Owner is minimum 50.01%
I consider a company the Ultimate Owner if there are no identified shareholders or if the shareholder percentage is not known.

**Current shareholders**

| Name | Country | Type | Ownership | | | Info | Op. Rev. | No of |
|---|---|---|---|---|---|---|---|---|
| | | | Direct % | Total % | Source | Date | (m USD) | employees |
| INTRUST PLC EAD | BG | C | = | 100.00 | 100.00 | CB | 11/2020 | 22 | 29 |

**Legend**

C = Corporate

**Shareholders history**

**Current shareholders**

| Name | Country | Type | Ownership | | | Info | Op. Rev. | No of |
|---|---|---|---|---|---|---|---|---|
| | | | Direct % | Total % | Source | Date | (m USD) | employees |
| INTRUST PLC EAD | BG | C | 100.00 | 100.00 | CB | 11/2020 | 22 | 29 |

Data Update 204,003 (11/12/2020)
© Bureau van Dijk 2020
GLOMAG-23653 0270


BUREAU VAN DIJK

 **orbis**

**EXHIBIT 11**

| Name | Country | Type | Ownership | | | Info | | Op. Rev. | No of |
|------|---------|------|-----------|---|---|------|---|----------|-------|
| | | | Direct % | Total % | Source | Date | | (m USD) | employees |
| | | | 100.00 | 100.00 | CB | 03/2020 | | | |
| | | | 100.00 | 100.00 | CB | 09/2019 | | | |
| | | | 100.00 | 100.00 | CB | 03/2019 | | | |
| | | | 100.00 | 100.00 | CB | 09/2018 | | | |

**Legend**

C = Corporate

**Previous shareholders**

There is no data available for this entity.

**Filters**

Shareholders: All
All information since 01/2002

## Shareholders by T-Rank

| Name | Country | Type | T-rank (%) | Distance | Raw data | |
|------|---------|------|------------|----------|----------|---|
| | | | | | Direct (%) | Total (%) |
| INTRUST PLC EAD | n.a. | C | 100.00 | 1 | 100.00 | |
| MR DELYAN SLAVCHEV PEEVSKI | n.a. | I | 100.00 | 2 | | |

Based on Bureau van Dijk ownership data: 09/12/2020

**Legend**

C = Corporate
I = One or more named individuals or families

**Filters**

All shareholders
T-Rank threshold 5%
Sorted by T-rank percentage

## Shareholder power & coalitions

**Most influential shareholders**



 orbis

EXHIBIT 11

| Name | Country | Type | Distance | Influence power (%) |
|------|---------|------|----------|---------------------|
| INTRUST PLC EAD | n.a. | C | 1 | 100.0 |
| MR DELYAN SLAVCHEV PEEVSKI | n.a. | I | 2 | 100.0 |

**Possible controlling coalitions**

Controlling coalitions do not apply because there is a shareholder with enough influence power to control the result of a vote in the company: MR DELYAN SLAVCHEV PEEVSKI.

Based on Bureau van Dijk ownership data: 09/12/2020

**Legend**

C    Corporate
I     One or more named individuals or families

## Research

Company profiles

Filters:

Moody's Investors Service, Moody's Analytics Capital Markets, MarketLine, Morningstar, GlobalData

No data available for this company

Industry profiles

| Source | Document | Type | Date |
|--------|----------|------|------|
| MarketLine<br>Company operates in the industry | **Global Transportation Services** | Industry profile | 29/07/2020 |
| | **Global Transportation Services** | | 07/05/2019 |
| | **Global Transportation Services** | | 12/07/2018 |
| | **Global Transportation Services** | | 29/09/2017 |
| | **Global Transportation Services** | | 28/11/2016 |
| | **Global Transportation Services** | | 23/06/2016 |
| | **Global Transportation Services** | | 22/06/2016 |
| | **Global Transportation Services** | | 01/01/2015 |
| | **Global Transportation Services** | | 01/02/2014 |

⊘ orbis                                                                    EXHIBIT 11

| | | | |
|---|---|---|---|
| | **Global Transportation Services** | | 01/03/2013 |
| | **Global Transportation Services** | | 01/02/2012 |
| | **Global Transportation Services** | | 01/11/2010 |
| | **Global Transportation Services** | | 01/12/2009 |
| | **Global Transportation Services** | | 01/12/2008 |
| MarketLine<br>Company operates in the industry | **Transportation Services in Europe** | Industry profile | 29/07/2020 |
| | **Transportation Services in Europe** | | 07/05/2019 |
| | **Transportation Services in Europe** | | 12/07/2018 |
| | **Transportation Services in Europe** | | 29/09/2017 |
| | **Transportation Services in Europe** | | 28/11/2016 |
| | **Transportation Services in Europe** | | 23/06/2016 |
| | **Transportation Services in Europe** | | 22/06/2016 |
| | **Transportation Services in Europe** | | 01/01/2015 |
| | **Transportation Services in Europe** | | 01/02/2014 |
| | **Transportation Services in Europe** | | 01/03/2013 |
| | **Transportation Services in Europe** | | 01/02/2012 |
| | **Transportation Services in Europe** | | 01/11/2010 |
| | **Transportation Services in Europe** | | 01/12/2009 |
| | **Transportation Services in Europe** | | 01/12/2008 |
| MarketLine<br>Company operates in the industry | **Global Security Services** | Industry profile | 07/05/2019 |
| | **Global Security Services** | | 27/04/2018 |
| | **Global Security Services** | | 05/06/2017 |
| | **Global Security Services** | | 22/11/2016 |
| | **Global Security Services** | | 11/11/2015 |
| | **Global Security Services** | | 11/06/2014 |

 orbis

EXHIBIT 11

| | |
|---|---|
| **Global Security Services** | 01/10/2013 |
| **Global Security Services** | 01/05/2012 |
| **Global Security Services** | 01/07/2011 |

Industry profiles Filters

Moody's Investors Service, Moody's Analytics Capital Markets, MarketLine, Morningstar, GlobalData

## My variables

Unconsolidated, Local registry filing
No data available for this company

## Appendix – Omitted chapters

The chapters listed below have been omitted because they have no data for this company, or the data cannot be represented in the PDF

Public tenders
Detailed format
Cash flow statement
Segment data - Business lines
Segment data - Geographic segments
Graph – company ratings over time
Global score by WVB
Albatross score by Zanders
Compass score merchant risk by G2
RepRisk indicators by RepRisk
National scores
Stock profile
Annual stock data
Annual stock valuation
Pricing series
Beta and price volatility
Earnings estimates
Additional estimates
Brokers recommendations
Bonds and loans
Credit default swaps
Previous directors & managers
Current auditors, bankers & other advisors
Previous auditors, bankers & other advisors
Current subsidiaries
Branches
Innovation strength
Patent portfolio
Royalties agreements
Company and market news
FACTIVA news
Mergers & acquisitions
Crossborder investments
Liquidity events & potential beneficiaries
Local registry documents
aRMadillo
Global reports



 orbis

EXHIBIT 11

EOL SEC filings



Exhibit 12 Withheld in Full

Bates: GLOMAG-23653 0276–0278

 **orbis**                                        EXHIBIT 13

 **REAL ESTATES INT LTD EOOD**
SOFIA, Bulgaria

Active                                        Private
BvD ID n° BG204930572                         The Global Ultimate Owner of this controlled subsidiary is MR DELYAN
                                              SLAVCHEV PEEVSKI

## Key information

UL. EKZARH YOSIF, 119                 **Activity:**            Corporate, Property Services
1527 SOFIA                            **Date of Incorporation:** 2018
Bulgaria

**Turnover for 2019**                 **Net income for 2019**
$ 0.00   ▉                            $ -1.72 th   ▉

**Ownership**                         **PEPs and sanctions**
1 shareholder                          This company isnotthe same
0 subsidiary                          or similar to a risk relevant
10 companies in the corporate         name
group

## Financial profile

Unconsolidated, Local registry filing

|                                 | 31/12/2019 | 31/12/2018 |
|---------------------------------|------------|------------|
|                                 | USD        | USD        |
|                                 | 12 months  | 12 months  |
|                                 | Local GAAP | Local GAAP |
| Exchange rate: BGN/USD          | 0.57438    | 0.58541    |
| Operating revenue (Turnover)    | 0          | n.a.       |
| P/L before tax                  | -1,723     | n.a.       |
| P/L for period [=Net income]    | -1,723     | n.a.       |
| Total assets                    | 1,149 ↗    | 585        |
| Shareholders funds              | -1,149 ↘   | 585        |
| Current ratio (x)               | 0.50       | n.s.       |
| Solvency ratio (Asset based) (%) | -100.00 ↘  | 100.00     |



 **orbis**

**EXHIBIT 13**



| Management | News stories since last year |
|---|---|
| Mr Aleksandar Kirilov Georgiev | 0 negative stories<br>0 stories in total |

**Financial strength**

| | Falcon | CRIF | MORE | VadRisk | | Qualitative | | | Trucost |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 559 | CC | 3 | | B | | | 0.99 |
| | 2019 | 2019 | 2019 | 2019 | | 03/12/20 | | | 2018 |

## Contact

Contact information

UL. EKZARH YOSIF, 119
1527 SOFIA
Bulgaria

| | |
|---|---|
| **Oblast** | Sofia City |
| **NUTS1** | BG4 – Southwestern and South-Central Bulgaria |
| **NUTS2** | BG41 – Yugozapaden |
| **NUTS3** | BG412 - Sofia City |

## Industry & activities

Type of entity:        Corporate
BvD sector:            Property Services
NACE Rev. 2 main section:  L - Real estate activities

NACE Rev. 2 code(s)

| Core code: | 6810 | Buying and selling of own real estate |
|---|---|---|
| Primary code(s): | 6810 | Buying and selling of own real estate |

NAICS 2017 code(s) {derived from NACE Rev. 2 codes}

| Core code: | 5312 | Offices of Real Estate Agents and Brokers |
|---|---|---|

 **orbis**

**EXHIBIT 13**

| Primary code(s): | **531210** | Offices of Real Estate Agents and Brokers |

US SIC code(s) {derived from NACE Rev. 2 codes}

| Core code: | **653** | Real estate agents and managers |
| Primary code(s): | **6531** | Real estate agents and managers |

## Identifiers

| BvD ID number | BG204930572 |
| BvD account number | BG204930572U |
| BvD9 number | 372558088 |
| UIC (Trade register number) | 204930572 |
| European VAT number | BG204930572 |
| TIN (TIN) | 204930572 |

## Legal information

**Active**(updated in Orbis on 15/01/2018)

One-person private limited company - EOOD
Incorporated in 2018
Corporate

**PEPs and sanctions**

 This company isnotthe same or similar to a risk relevant name

## Accounting information

Information for this record is provided by Creditreform Bulgaria (last delivery: 29/11/2020)

| **Most recent accounts:** | 2019 | **Accounts published in:** | BGN |
| **Available in Orbis since** | 06/2020 | **Closing date:** | 31/12/2019 |
| **Types of account:** | Unconsolidated | **Filing type:** | Local registry filing |
| **Available for:** | 2 years | **Accounting template:** | Corporate |

**Available account**

| 31/12/2019 | Unconsolidated, Local registry filing |

**Key indicators based on Unconsolidated, Local registry filing**

**Turnover for 2019**

$ 0.00  ■

## Legal events



⊙ orbis

EXHIBIT 13

| Date | Type | Description | Source |
|------|------|-------------|--------|
| 19/02/2018 | Registration | VAT registration | Registry Agency (BULSTAT register) |
| 09/01/2018 | Registration | Founded as EOOD (one person private ltd. co.) | Registry Agency (BULSTAT register) |
| 09/01/2018 | Registration | Founded as EOOD (one person private ltd. co.) | Registry Agency (BULSTAT register) |

## Key financials & employees

Unconsolidated, Local registry filing

|  | 31/12/2019 | 31/12/2018 |
|--|-----------|-----------|
|  | USD | USD |
|  | 12 months | 12 months |
|  | Local GAAP | Local GAAP |
| Exchange rate: BGN/USD | 0.57438 | 0.58541 |
| └ Operating revenue (Turnover) | 0 | n.a. |
| └ P/L before tax | -1,723 | n.a. |
| └ P/L for period [=Net income] | -1,723 | n.a. |
| └ Cash flow | n.a. | n.a. |
| └ Total assets | 1,149 | 585 |
| └ Shareholders funds | -1,149 | 585 |
| └ Current ratio (x) | 0.50 | n.s. |
| └ Profit margin (%) | n.s. | n.a. |
| └ ROE using P/L before tax (%) | n.s. | n.a. |
| └ ROCE using P/L before tax (%) | n.s. | n.a. |
| └ Solvency ratio (Asset based) (%) | -100.00 | 100.00 |
| └ Number of employees | n.a. | n.a. |

## Global standard format

Unconsolidated, Local registry filing



 orbis

EXHIBIT 13

|  | 31/12/2019 | 31/12/2018 |
|---|---|---|
|  | USD | USD |
|  | 12 months | 12 months |
|  | Local GAAP | Local GAAP |
| Exchange rate: BGN/USD | 0.57438 | 0.58541 |

Balance sheet

Assets

| | | |
|---|---|---|
| Fixed assets | 0 | 0 |
| ∟ Intangible fixed assets | 0 | 0 |
| ∟ Tangible fixed assets | 0 | 0 |
| ∟ Other fixed assets | 0 | 0 |
| Current assets | 1,149 | 585 |
| ∟ Stock | 0 | 0 |
| ∟ Debtors | 0 | 0 |
| ∟ Other current assets | 1,149 | 585 |
| ∟ Cash & cash equivalent | 1,149 | 585 |
| **Total assets** | **1,149** | **585** |

Liabilities & equity

| | | |
|---|---|---|
| Shareholders funds | -1,149 | 585 |
| ∟ Capital | 574 | 585 |
| ∟ Other shareholders funds | -1,723 | 0 |
| Non-current liabilities | 0 | 0 |
| ∟ Long term debt | 0 | 0 |
| ∟ Other non-current liabilities | 0 | 0 |
| ∟ Provisions | 0 | 0 |
| Current liabilities | 2,298 | 0 |
| ∟ Loans | 0 | 0 |
| ∟ Creditors | 0 | 0 |
| ∟ Other current liabilities | 2,298 | 0 |
| **Total shareh. funds & liab.** | **1,149** | **585** |

Memo lines

Data Update 204,003 (11/12/2020)
© Bureau van Dijk 2020
GLOMAG-23653 0283

BUREAU VAN DIJK

 **orbis**

**EXHIBIT 13**

| | 31/12/2019 | 31/12/2018 |
|---|---|---|
| | USD | USD |
| | 12 months | 12 months |
| | Local GAAP | Local GAAP |
| Exchange rate: BGN/USD | 0.57438 | 0.58541 |
| L Working capital | -1,149 | -585 |
| L Net current assets | -1,149 | 585 |
| L Enterprise value | n.a. | n.a. |
| L Number of employees | n.a. | n.a. |

Profit & loss account

| | | |
|---|---|---|
| L Operating revenue (Turnover) | 0 | n.a. |
| L Sales | 0 | n.a. |
| L Costs of goods sold | n.a. | n.a. |
| L Gross profit | n.a. | n.a. |
| L Other operating expenses | n.a. | n.a. |
| L Operating P/L [=EBIT] | 0 | n.a. |
| L Financial P/L | -1,723 | n.a. |
| L Financial revenue | 0 | n.a. |
| L Financial expenses | 1,723 | n.a. |
| L P/L before tax | -1,723 | n.a. |
| L Taxation | 0 | n.a. |
| L P/L after tax | -1,723 | n.a. |
| L Extr. and other P/L | 0 | n.a. |
| L Extr. and other revenue | 0 | n.a. |
| L Extr. and other expenses | 0 | n.a. |
| L P/L for period [=Net income] | -1,723 | n.a. |

Memo lines

| | | |
|---|---|---|
| L Export revenue | n.a. | n.a. |
| L Material costs | n.a. | n.a. |
| L Costs of employees | n.a. | n.a. |
| L Depreciation & Amortization | n.a. | n.a. |



 **orbis**

<div align="right">

**EXHIBIT 13**

</div>

| | 31/12/2019 | 31/12/2018 |
|---|---|---|
| | USD | USD |
| | 12 months | 12 months |
| | Local GAAP | Local GAAP |
| Exchange rate: BGN/USD | 0.57438 | 0.58541 |
| └ Other operating items | 0 | n.a. |
| └ Interest paid | 1,723 | n.a. |
| └ Research & Development expenses | n.a. | n.a. |
| └ Cash flow | n.a. | n.a. |
| └ Added value | n.a. | n.a. |
| └ EBITDA | n.a. | n.a. |

## Global ratios

Unconsolidated, Local registry filing

| | 31/12/2019 | 31/12/2018 |
|---|---|---|
| | USD | USD |
| | 12 months | 12 months |
| | Local GAAP | Local GAAP |
| Exchange rate: BGN/USD | 0.57438 | 0.58541 |

Profitability ratios

| | | |
|---|---|---|
| └ ROE using P/L before tax (%) | n.s. | n.a. |
| └ ROCE using P/L before tax (%) | n.s. | n.a. |
| └ ROA using P/L before tax (%) | n.s. | n.a. |
| └ ROE using Net income (%) | n.s. | n.a. |
| └ ROCE using Net income (%) | n.s. | n.a. |
| └ ROA using Net income (%) | n.s. | n.a. |
| └ Profit margin (%) | n.s. | n.a. |
| └ Gross margin (%) | n.a. | n.a. |
| └ EBITDA margin (%) | n.a. | n.a. |
| └ EBIT margin (%) | n.s. | n.a. |
| └ Cash flow / Operating revenue (%) | n.a. | n.a. |
| └ Enterprise value / EBITDA (x) | n.a. | n.a. |

 **orbis**

EXHIBIT 13

|  | 31/12/2019 | 31/12/2018 |
|---|---|---|
|  | USD | USD |
|  | 12 months | 12 months |
|  | Local GAAP | Local GAAP |
| Exchange rate: BGN/USD | 0.57438 | 0.58541 |
| ∟ Market cap / Cash flow from operations (x) | n.a. | n.a. |

Operational ratios

|  | | |
|---|---|---|
| ∟ Net assets turnover (x) | n.s. | n.a. |
| ∟ Interest cover (x) | 0.00 | n.a. |
| ∟ Stock turnover (x) | n.s. | n.a. |
| ∟ Collection period (days) | n.s. | n.a. |
| ∟ Credit period (days) | n.s. | n.a. |
| ∟ Export revenue / Operating revenue (%) | n.a. | n.a. |
| ∟ R&D expenses / Operating revenue (%) | n.a. | n.a. |

Structure ratios

|  | | |
|---|---|---|
| ∟ Current ratio (x) | 0.50 | n.s. |
| ∟ Liquidity ratio (x) | 0.50 | n.s. |
| ∟ Shareholders liquidity ratio (x) | n.s. | n.s. |
| ∟ Solvency ratio (Asset based) (%) | −100.00 | 100.00 |
| ∟ Solvency ratio (Liability based) (%) | n.s. | n.s. |
| ∟ Gearing (%) | n.s. | 0.00 |

Per employee ratios

|  | | |
|---|---|---|
| ∟ Profit per employee (th) | n.a. | n.a. |
| ∟ Operating revenue per employee (th) | n.a. | n.a. |
| ∟ Costs of employees / Operating revenue (%) | n.a. | n.a. |
| ∟ Average cost of employee (th) | n.a. | n.a. |
| ∟ Shareholders funds per employee (th) | n.a. | n.a. |



 **orbis**

EXHIBIT 13

|  | 31/12/2019 | 31/12/2018 |
|---|---|---|
|  | USD | USD |
|  | 12 months | 12 months |
|  | Local GAAP | Local GAAP |
| Exchange rate: BGN/USD | 0.57438 | 0.58541 |
| L Working capital per employee (th) | n.a. | n.a. |
| L Total assets per employee (th) | n.a. | n.a. |

**Graph - Value over time**

Operating revenue (Turnover) (USD)

1.0

0.8

0.6

0.4

0.2

0.0

USD

2019

**Graph - Indices of several values over time**

 **orbis**

EXHIBIT 13



Base: 2018

● Total assets ( USD)                                              585

## Peer comparison

| Accounting year: Peer group year | Year | Operating revenue (Turnover) th USD | | P/L before tax th USD | |
|---|---|---|---|---|---|
| Median | | 0 | | -2 | |
| Standard deviation | | 0 | | 79 | |
| Average | | 0 | | -32 | |

| | | | | | |
|---|---|---|---|---|---|
| QUINLAN MOSKOVSKA EAD | 2019 | 0 | 1 | -280 | 11 |
| VILLA ORLOV LLC EOOD | 2019 | 0 | 1 | -16 | 9 |
| SMART ESTETIK EOOD | 2019 | 0 | 1 | -1 | 2 |
| SANGRAUND PROPARTI EOOD | 2019 | 0 | 1 | -1 | 1 |
| MEYK 2018 EOOD | 2019 | 0 | 1 | -1 | 2 |
| SDE PROPERTIES EOOD | 2019 | 0 | 1 | -4 | 7 |
| VIP GRUP SOZOPOL EOOD | 2019 | 0 | 1 | -2 | 6 |
| CORNELIA RIZORT LTD EOOD | 2019 | 0 | 1 | -11 | 8 |
| DIZAR STROY OOD | 2019 | 0 | 1 | -1 | 2 |
| VV INVESTMENTS EOOD | 2019 | 0 | 1 | -28 | 10 |
| REAL ESTATES INT LTD EOOD | 2019 | 0 | 1 | -2 | 5 |

 orbis

EXHIBIT 13

| Accounting year: Peer group year | Year | P/L for period [=Net income] th USD | | Total assets th USD | |
|---|---|---|---|---|---|
| Median | | -2 | | 241 | |
| Standard deviation | | 79 | | 2,282 | |
| Average | | -32 | | 984 | |

| | Year | | | | |
|---|---|---|---|---|---|
| QUINLAN MOSKOVSKA EAD | 2019 | -280 | 11 | 7,816 | 1 |
| VILLA ORLOV LLC EOOD | 2019 | -16 | 9 | 422 | 3 |
| SMART ESTETIK EOOD | 2019 | -1 | 2 | 111 | 7 |
| SANGRAUND PROPARTI EOOD | 2019 | -1 | 1 | n.a. | |
| MEYK 2018 EOOD | 2019 | -1 | 2 | 281 | 5 |
| SDE PROPERTIES EOOD | 2019 | -4 | 7 | 201 | 6 |
| VIP GRUP SOZOPOL EOOD | 2019 | -2 | 6 | 91 | 9 |
| CORNELIA RIZORT LTD EOOD | 2019 | -11 | 8 | 359 | 4 |
| DIZAR STROY OOD | 2019 | -1 | 2 | 102 | 8 |
| VV INVESTMENTS EOOD | 2019 | -28 | 10 | 456 | 2 |
| REAL ESTATES INT LTD EOOD | 2019 | -2 | 5 | 1 | 10 |

| Accounting year: Peer group year | Year | Shareholders funds th USD | | Number of employees | |
|---|---|---|---|---|---|
| Median | | 56 | | 1 | |
| Standard deviation | | 1,792 | | 0 | |
| Average | | -473 | | 1 | |

| | Year | | | | |
|---|---|---|---|---|---|
| QUINLAN MOSKOVSKA EAD | 2019 | -5,839 | 10 | n.a. | |
| VILLA ORLOV LLC EOOD | 2019 | 260 | 2 | n.a. | |
| SMART ESTETIK EOOD | 2019 | 111 | 5 | n.a. | |
| SANGRAUND PROPARTI EOOD | 2019 | n.a. | | 1 | 1 |
| MEYK 2018 EOOD | 2019 | 256 | 3 | n.a. | |
| SDE PROPERTIES EOOD | 2019 | 193 | 4 | n.a. | |
| VIP GRUP SOZOPOL EOOD | 2019 | -3 | 8 | n.a. | |
| CORNELIA RIZORT LTD EOOD | 2019 | 295 | 1 | n.a. | |
| DIZAR STROY OOD | 2019 | -3 | 9 | 1 | 1 |
| VV INVESTMENTS EOOD | 2019 | 1 | 6 | 1 | 1 |
| REAL ESTATES INT LTD EOOD | 2019 | -1 | 7 | n.a. | |

**Peer group definition**

Closest 10 international companies according to the Operating revenue (Turnover) of the subject company for the last available year (2019) amongst the standard peer group.
The standard peer group is based on NACE Rev. 2 industry classification: 6810 - Buying and selling of own real estate.



 **orbis**

EXHIBIT 13

## Company ratings

No data available for this company

## Country ratings

Your subscription does not include some of the agency ratings.

**EIU**

|  | Rating | Date | Action/Direction | Outlook | Watch |
|---|---|---|---|---|---|
| Overall country rating | BBB | 01/09/2020 | | | |
| Banking sector rating | BB | 01/09/2020 | | Stable | |

Copyright © 2020 The Economist Intelligence Unit Limited. All rights reserved.

## Financial strength summary



## Falcon counterparty risk score by Zanders

 **orbis**

EXHIBIT 13



10                    1

**1 - Very weak**

for 2019

| | |
|---|---|
| **Probability of default:** | 19.86% |
| **Credit limit:** | 0 $ |
| **Industry:** | Real estate activities |

**Evolution over time**



2019

**Evolution over time (Tabular view)**

| | 2019 |
|---|---|
| Counterparty Risk Score (CRS) | 1 |
| Probability of default (%) | 19.86 |
| Falcon credit limit ($) | 0 |

**Observation**

2019    Original currency is not EUR

 **orbis**

EXHIBIT 13

**Falcon influencing ratios**

|  | 2019 |
| --- | --- |
| **Operations and Liquidity** | |
| Turnover growth | 2 |
| Return on sales | 0 |
| Current ratio | 1 |
| Debtor days | 0 |
| **Debt services** | |
| Interest coverage ratio | 5 |
| Debt/EBITDA | 2 |
| **Capital structure** | |
| Gearing | 0 |
| Solvency | 0 |
| Tangible net worth | 0 |

## Financial stability score by CRIF Decision Solutions Ltd



1000       1

**559**

for 2019

| Key influencing factors | - Financial leverage<br>- Profitability<br>- Asset management efficiency |
| --- | --- |
| Scores for peer group | 250 Minimum<br>614 Average<br>834 Maximum |
| Industry | Buying and selling of own real estate |

 orbis

EXHIBIT 13



### Evolution over time

| | |
|---|---|
| **High risk** | 1 |
| | 100 |
| | 200 |
| | 300 |
| | 400 |
| | 500 |
| | 600 |
| | 700 |
| | 800 |
| | 900 |
| **Low risk** | 1000 |

2019

Legend

■ Peer group reference value (only average in graph)

### Evolution over time (Tabular view)

| | 2019 |
|---|---|
| Company | 559 |
| Key factors | - Financial leverage<br>- Profitability<br>- Asset management efficiency |
| Peer group | |
| Minimum | 250 |
| Average | 614 |
| Maximum | 834 |

### MORE credit risk score by modeFinance



AAA                    D

**CC - Risky**

for 2019

Confidence level: 86%

| | |
|---|---|
| **Probability of default:** | 51.0% |
| **Credit limit:** | 0 $ |
| **Industry:** | Services |



 orbis

EXHIBIT 13



**Evolution over time**

High risk — D, C, CC, CCC, B, BB, BBB, A, AA — Low risk — AAA

2018    2019

Legend

■ MORE comparison peer group

**Evolution over time (Tabular view)**

|  | 2018 | 2019 |
|---|---|---|
| **Score** |  |  |
| Company | BB | CC |
| Peer group | BB | n.a. |
| **Probability of default (%)** |  |  |
| Company | 2.50 | 51.00 |
| Peer group | 1.90 | n.a. |
| **Confidence level (%)** |  |  |
| Company | 52 | 86 |
| **Credit limit ($)** |  |  |
| Company | 1,145.00 | 0.00 |

 orbis

EXHIBIT 13



**MORE influencing ratios**

|  | 2018 | 2019 |
|---|---|---|
| **Solvency ratios** | | |
| Leverage ratio | AAA | D |
| Assets to debt | AAA | D |
| **Liquidity ratios** | | |
| Current ratio | BBB | CCC |
| Quick ratio | BBB | B |
| Cash conversion cycle (CCC) | | C |
| **Profitability and economic ratios** | | |
| Return on investment (ROI) | | |
| Return on equity (ROE) | | D |
| Asset turnover | | D |
| **Interest coverage ratio** | | |
| Interest paid coverage | | |

**Predictive indicators by Vadis**



Propensity of bankruptcy

1        9

**3**

Risk of bankruptcy lower than national average

for 2019

**Key influencing factors:**

+ Evolution of loans / current liabilities
+ Evolution of costs of goods sold
+ Evolution of current ratio
+ Evolution of loans (company's sector financials)
— Company's ownership key performance indicators

 orbis

EXHIBIT 13



Propensity to be sold

A5     A1

**n.a.**



**Evolution over time**

High risk  9
           8
           7
           6
           5
           4
           3
           2
Low risk   1

2019

**Evolution over time (Tabular view)**

|  | 2019 |
|---|---|
| Propensity of bankruptcy | 3 |

Key influencing factors
— Evolution of loans / current liabilities
— Evolution of costs of goods sold
— Evolution of current ratio
— Evolution of loans (company's sector financials)
— Company's ownership key performance indicators

**Qualitative score by modeFinance**

BUREAU VAN DIJK

 **orbis**

EXHIBIT 13



A — E

## B - Satisfactory

on 03/12/2020

Confidence level: 55.0%

| | |
|---|---|
| **Credit limit:** | **n.a.**<br>No Qualitative credit limit has been calculated because a recent MORE credit limit is available for this company. |
| **Key influencing factors:** | A - GUO MORE score / status<br>C - Directors average MORE score / status<br>B - Size of the GUO |
| **Industry score:** | D |

### Evolution over time



| High risk | E |
|---|---|
| | D |
| | C |
| | B |
| Low risk | A |

2018    2019    2020

Legend

■ Industry score

### Evolution over time (Tabular view)

| | 2018 | 2019 | 03/12/2020 |
|---|---|---|---|
| Qualitative score | A | A | B |
| Confidence level (%) | 38 | 54 | 55 |
| Credit limit | n.a. | n.a. | n.a. |
| Industry score | C | C | D |

**Credit limit annotations**

| | |
|---|---|
| 03/12/2020 | No Qualitative credit limit has been calculated because a recent MORE credit limit is available for this company. |
| 2019 | No Qualitative credit limit has been calculated because a recent MORE credit limit is available for this company. |
| 2018 | No Qualitative credit limit has been calculated because a recent MORE credit limit is available for this company. |

 orbis

EXHIBIT 13

## Environmental score by Trucost



0%          ≥ 100%

**0.99%**

for 2018

Legend

Greenhouse gases

Waste

Land & water pollutants

Water

Air pollutants

Natural resources used

Subject company values

Sector average values

**Industry:**     Real estate



**Evolution over time**

High risk

100
90
80
70
60
50
40
30
20
10
0

Low risk

2016     2017     2018

**⊙ orbis**

**EXHIBIT 13**

### Evolution over time (Tabular view)

|  | 2016 | 2017 | 2018 |
|---|---|---|---|
| Environmental score (%) | 0.91 | 0.97 | 0.99 |

### Managed funds

There is no available data for this entity set

### Current directors & managers

Management & staff                1

Senior Management

| MR ALEKSANDAR KIRILOV GEORGIEV<br>Executive Director |  | CB |
|---|---|---|

**Source**

CB:Creditreform (Bulgaria)

Filters

Formal sources
Bodies & departments

### Ownership structure

Graph : Shareholders



 orbis

EXHIBIT 13



MR Delyan Slavchev Peevski

BG

100.00/100.00

Intrust PLC EAD

BG

100.00/100.00

Real Estates INT LTD Eood

BG

1 shareholder and the controlling shareholder path are represented.

## Legend

| | | | |
|---|---|---|---|
| ↔ | Controlling shareholder | x/x | Direct / Total ownership % |
| ⌂ | An individual | BR | Branch |
| | | CQP1 | 50% + 1 Share |
| | Beneficial Owner | CTP | Calculated total percentage |
| | | DM | Director/Manager |
| ♛ | Global Ultimate Owner | FC | Foreign company |
| ► | There are names that are the same, or similar to, a risk relevant name | GP | General partner |
| | | JO | Jointly owned, = 50 % |
| | | MO | Majority owned, > 50% |
| | | n.a. | Not available |
| | | NG | Negligible, <=0.01% |
| | | REG | Beneficial Owner from register, = 100% |

 orbis

EXHIBIT 13

| T | Sole trader, = 100 % |
|---|---|
| VE | Vessel |
| WO | Wholly owned, >= 98% |

**Ultimate Owner definition**

The path from the company to its Ultimate Owner is minimum 50.01%
I consider a company the Ultimate Owner if there are no identified shareholders or if the shareholder percentage is not known.

## Geographic footprint

Number of companies in the corporate group per country



**The map represents the geographic location of the companies in the corporate group**

All 10 companies in the corporate group are represented

**Legend**

Number of entities by country

 Country of both the company and the GUO

▣ More than 1

Less than 1

**Ultimate Owner definition**

The path from the company to its Ultimate Owner is minimum 50.01%
I consider a company the Ultimate Owner if there are no identified shareholders or if the shareholder percentage is not known.

## Corporate group

 orbis

EXHIBIT 13

There are 10 companies in the corporate group

| Name | | Country | Ownership Direct % | Ownership Total % | Level of own. | Info Source |
|------|--|---------|---------|--------|--------|--------|
| **Global Ultimate Owner** | | | | | | |
| MR DELYAN SLAVCHEV PEEVSKI | ► | BG | | | | |
| **Ultimately owned subsidiaries** | | | | | | |
| INT LTD EOOD | ► | BG | 100.00 | 100.00 | 1 | CB |
| ▼ INTRUST PLC EAD | | BG | 100.00 | 100.00 | 1 | CB |
| L BM SYSTEMS EAD | | BG | 100.00 | 100.00 | 2 | CB |
| L INT INVEST EOOD | | BG | 100.00 | 100.00 | 2 | CB |
| L INTTRAFIK EOOD | | BG | 100.00 | 100.00 | 2 | CB |
| L NSN INVESTMENT ITALIA S.R.L. IN LIQUIDAZIONE | | IT | 100.00 | 100.00 | 2 | HO |
| L REAL ESTATES INT LTD EOOD | | BG | 100.00 | 100.00 | 2 | CB |
| ► TELEGRAPH MEDIA EOOD | | BG | 100.00 | 100.00 | 2 | CB |
| L TELEGRAPH NEWSPAPER LTD EOOD | | BG | 100.00 | 100.00 | 2 | CB |

| Name | | Date |
|------|--|------|
| **Global Ultimate Owner** | | |
| MR DELYAN SLAVCHEV PEEVSKI | ► | |
| **Ultimately owned subsidiaries** | | |
| INT LTD EOOD | ► | 11/2020 |
| ▼ INTRUST PLC EAD | | 11/2020 |
| L BM SYSTEMS EAD | | 11/2020 |
| L INT INVEST EOOD | | 11/2020 |
| L INTTRAFIK EOOD | | 11/2020 |
| L NSN INVESTMENT ITALIA S.R.L. IN LIQUIDAZIONE | | 07/2019 |
| L REAL ESTATES INT LTD EOOD | | 11/2020 |
| ► TELEGRAPH MEDIA EOOD | | 11/2020 |
| L TELEGRAPH NEWSPAPER LTD EOOD | | 11/2020 |

## Legend

► There are names that are the same, or similar to, a risk relevant name

## Ultimate Owner definition

The path from the company to its Ultimate Owner is minimum 50.01%



 **orbis**

EXHIBIT 13

I consider a company the Ultimate Owner if there are no identified shareholders or if the shareholder percentage is not known.

## Beneficial Owners



### Beneficial Owner (1)

| MR DELYAN SLAVCHEV PEEVSKI<br>Bulgaria | | Distance: 2 | | ⊘ | | ▶ |

| Name | | Country | Ownership Direct % | Ownership Total % | Source |
|------|------|---------|-----------|----------|--------|
| MR DELYAN SLAVCHEV PEEVSKI | ⊕ ▶ | BG | 100.00 | 100.00 | CB 11/2020 |
| INTRUST PLC EAD | | BG | 100.00 | 100.00 | CB 11/2020 |
| REAL ESTATES INT LTD EOOD | | BG | | | |

### Other Ultimate Beneficiary (0)

This company has no Other Ultimate Beneficiaries.

### Beneficial Owner from register (0)
There are no Beneficial Owners from register for this company

### Legend

▶ There are names that are the same, or similar to, a risk relevant name

⊕ Has enough influence power to control the result of a vote in the company

### Beneficial Owner definition

The minimum percentage of ownership at first level is 10.00%, the minimum percentage at further levels is 50.01%.
I also consider any individual at the top of a path who has an unknown percentage of ownership (% such as '>x%' are considered unknown)
I also consider any individual at the top of a path who has a percentage of minimum 10.00% (with the requested 50.01% at all other levels).
Beneficial Owners from register are not subject to the defined thresholds.

### Controlling shareholders



 **orbis**

**EXHIBIT 13**

**BvD independence indicator**



**D - Direct majority ownership**
Has an identified shareholder with over 50% direct ownership or is a
branch/foreign company

| Name | | Country | Type | Ownership | | | Info | | Op. Rev. |
|------|---|---------|------|-----------|---|---|------|---|----------|
| | | | | Direct % | Total % | Source | Date | | (m USD) |
| MR DELYAN SLAVCHEV PEEVSKI | ► | BG | I | 100.00 | 100.00 | CB | 11/2020 | | - |
| INTRUST PLC EAD | | BG | C | 100.00 | 100.00 | CB | 11/2020 | | 22 |
| REAL ESTATES INT LTD EOOD | | BG | C | | | | | | 0 |

| Name | | No of employees |
|------|---|-----------------|
| MR DELYAN SLAVCHEV PEEVSKI | ► | - |
| INTRUST PLC EAD | | 29 |
| REAL ESTATES INT LTD EOOD | | n.a. |

**Legend**

► There are names that are the same, or
similar to, a risk relevant name

I = One or more named individuals or families
C = Corporate

**Ultimate Owner definition**

The path from the company to its Ultimate Owner is minimum 50.01%
I consider a company the Ultimate Owner if there are no identified shareholders or if the shareholder percentage is not
known.

**Current shareholders**

| Name | Country | Type | | Ownership | | | Info | Op. Rev. | No of |
|------|---------|------|---|-----------|---|---|------|----------|-------|
| | | | | Direct % | Total % | Source | Date | (m USD) | employees |
| INTRUST PLC EAD | BG | C | = | 100.00 | 100.00 | CB | 11/2020 | 22 | 29 |

**Legend**

C = Corporate

**Shareholders history**

**Current shareholders**

| Name | Country | Type | Ownership | | | Info | Op. Rev. | No of |
|------|---------|------|-----------|---|---|------|----------|-------|
| | | | Direct % | Total % | Source | Date | (m USD) | employees |
| INTRUST PLC EAD | BG | C | 100.00 | 100.00 | CB | 11/2020 | 22 | 29 |



 **orbis**

EXHIBIT 13

| Name | Country | Type | Ownership Direct % | Total % | Source | Info Date | Op. Rev. (m USD) | No of employees |
|------|---------|------|-----------|---------|--------|------|-----------|-----------|
| | | | 100.00 | 100.00 | CB | 03/2020 | | |
| | | | 100.00 | 100.00 | CB | 09/2019 | | |
| | | | 100.00 | 100.00 | CB | 03/2019 | | |

**Legend**

C = Corporate

**Previous shareholders**

| Name | Country | Type | Ownership Direct % | Total % | Source | Info Date | Op. Rev. (m USD) |
|------|---------|------|-----------|---------|--------|------|-----------|
| NSN INVESTMENT OOD EOOD | BG | F | 100.00 | 100.00 | CB | 10/2018 | 70 |
| | | | 100.00 | 100.00 | CB | 07/2018 | |
| | | | 100.00 | 100.00 | CB | 01/2018 | |

| Name | No of employees |
|------|-----------|
| NSN INVESTMENT OOD EOOD | 18 |

**Legend**

F = Financial company

**Filters**

Shareholders: All
All information since 01/2002

## Shareholders by T-Rank

| Name | Country | Type | T-rank (%) | Distance | Raw data Direct (%) | Total (%) |
|------|---------|------|-----------|----------|-------------|-----------|
| INTRUST PLC EAD | n.a. | C | 100.00 | 1 | 100.00 | |
| MR DELYAN SLAVCHEV PEEVSKI | n.a. | I | 100.00 | 2 | | |

Based on Bureau van Dijk ownership data: 09/12/2020

**Legend**

C = Corporate
I = One or more named individuals or families

**Filters**

All shareholders
T-Rank threshold 5%



 **orbis**

EXHIBIT 13

Sorted by T-rank percentage

## Shareholder power & coalitions

### Most influential shareholders

| Name | Country | Type | Distance | Influence power (%) |
|------|---------|------|----------|---------------------|
| INTRUST PLC EAD | n.a. | C | 1 | 100.0 |
| MR DELYAN SLAVCHEV PEEVSKI | n.a. | I | 2 | 100.0 |

### Possible controlling coalitions

Controlling coalitions do not apply because there is a shareholder with enough influence power to control the result of a vote in the company: MR DELYAN SLAVCHEV PEEVSKI.

Based on Bureau van Dijk ownership data: 09/12/2020

### Legend

C     Corporate
I      One or more named individuals or families

## Research

Company profiles

Filters:

Moody's Investors Service, Moody's Analytics Capital Markets, MarketLine, Morningstar, GlobalData

No data available for this company

Industry profiles

| Source | Document | Type | Date |
|--------|----------|------|------|
| MarketLine Company operates in the industry | **Global Real Estate** | Industry profile | 09/06/2020 |
| | **Global Real Estate** | | 20/06/2019 |
| | **Global Real Estate** | | 11/04/2018 |
| | **Global Real Estate** | | 26/05/2017 |
| | **Global Real Estate** | | 26/05/2017 |

**⊙ orbis**                                                    **EXHIBIT 13**

| | | | |
|---|---|---|---|
| | **Global Real Estate** | | 25/07/2016 |
| | **Global Real Estate** | | 05/11/2015 |
| | **Global Real Estate** | | 01/06/2014 |
| | **Global Real Estate** | | 01/06/2014 |
| | **Global Real Estate** | | 01/03/2009 |
| | **Global Real Estate** | | 01/04/2008 |
| | **Global Real Estate** | | 01/03/2007 |
| | **Global Real Estate** | | 01/04/2006 |
| | **Global Real Estate** | | 01/05/2005 |
| | **Global Real Estate** | | 01/08/2004 |
| | **Global Real Estate** | | 01/12/2003 |
| MarketLine<br>Company operates in the industry | **Real Estate in Europe** | Industry profile | 09/06/2020 |
| | **Real Estate in Europe** | | 20/06/2019 |
| | **Real Estate in Europe** | | 11/04/2018 |
| | **Real Estate in Europe** | | 26/05/2017 |
| | **Real Estate in Europe** | | 26/05/2017 |
| | **Real Estate in Europe** | | 25/07/2016 |
| | **Real Estate in Europe** | | 05/11/2015 |
| | **Real Estate in Europe** | | 01/06/2014 |
| | **Real Estate in Europe** | | 01/06/2014 |

Industry profiles Filters

Moody's Investors Service, Moody's Analytics Capital Markets, MarketLine, Morningstar, GlobalData

## My variables

Unconsolidated, Local registry filing
No data available for this company

## Appendix – Omitted chapters



 **orbis**

EXHIBIT 13

The chapters listed below have been omitted because they have no data for this company, or the data cannot be represented in the PDF

Public tenders
Detailed format
Cash flow statement
Segment data - Business lines
Segment data - Geographic segments
Graph - company ratings over time
Global score by WVB
Albatross score by Zanders
Compass score merchant risk by G2
RepRisk indicators by RepRisk
National scores
Stock profile
Annual stock data
Annual stock valuation
Pricing series
Beta and price volatility
Earnings estimates
Additional estimates
Brokers recommendations
Bonds and loans
Credit default swaps
Previous directors & managers
Current auditors, bankers & other advisors
Previous auditors, bankers & other advisors
Current subsidiaries
Branches
Innovation strength
Patent portfolio
Royalties agreements
Company and market news
FACTIVA news
Mergers & acquisitions
Crossborder investments
Liquidity events & potential beneficiaries
Local registry documents
aRMadillo
Global reports
EOL SEC filings

Exhibit 14 Withheld in Full
Bates: GLOMAG-23653 0309–0311

Exhibit 15 Withheld in Full

Bates: GLOMAG-23653 0312–0328

Exhibit 16 Withheld in Full

Bates: GLOMAG-23653 0329–0347

Bureau van Dijk | Private company information – Orbis

EXHIBIT 17

**Menu**

 **Product login**

**Free trial (/en-us/contact-us/free-trial)**

for better
decision
**making and
increased
efficiency.**

Solutions for your role (/gn/

Solutions for your organiza

**Bureau**
**updated**

view the

1



8/13/2020

**Menu**

Bureau van Dijk | Private company information – Orbis

EXHIBIT 17

Product login

Free trial (/en-us/contact-us/free-trial)

with information on more than

# 375 million
### companies worldwide

**A certain approach**

# Understand the companies in your ecosystem

With information on more than 375 million companies we are the resource for company data.

A key benefit of our information is how simple we make it to compare companies internationally.

**Find out more (/en-us/our-products/data/international/orbis)**
Bureau van Dijk has updated its privacy policy effective June 30, 2020. You can review the updated privacy policy (/en-us/privacy-notice) now.

GLOMAG-23653 0349

8/13/2020

Menu

Bureau van Dijk | Private company information -- Orbis

EXHIBIT 17

   **Product login**

**Free trial (/en-us/contact-us/free-trial)**



GLOMAG-23653 0350

3

8/13/2020

Bureau van Dijk | Private company information – Orbis

**EXHIBIT 17**

## Menu
# Helping you navigate
# risk and business growth



**Product login**

**It's a difficult time to be making decisions.**

> **Free trial (/en-us/contact-us/free-trial)**

Whether you're an existing client with questions or training needs, or just interested to see if our data can help you in the current situation, do get in touch (/en-us/contact-us/ask-a-question) to see how we can help you.

We have teams ready to train you, help you explore our self-serve e-learning platforms, or demo our range of solutions and we can arrange a free trial access period. We can show you how our entity and business data can help you manage risk, screen suppliers, on-board clients or add value to your own CRM.

> **Get in touch (/en-us/contact-us/ask-a-question)**

> **Covid-19 content hub (https://www.moodys.com/newsandevents/topics/Coronavirus-Credit-Effect**

Bureau van Dijk has updated its privacy policy effective June 30, 2020. You can review the updated privacy policy (/en-us/privacy-notice) now.

GLOMAG-23653 0351

Bureau van Dijk | Private company information – Orbis

EXHIBIT 17

Menu



Free trial (/en-us/contact-us/free trial)

# Our data solutions show you

What companies do, how they're performing and the people that run them

Financial data, legal entity details, M&A activity and news

Corporate structures and ownership

Bureau van Dijk has updated its privacy policy effective June 30, 2020. You can review the updated privacy policy (/en-us/privacy-notice) now.

GLOMAG-23653 0352

5

8/13/2020

Bureau van Dijk | Private company Information – Orbis

**EXHIBIT 17**

**Menu**



**Product login**

| **Free trial (/en-us/contact-us/free-trial)** |

# Explore our solutions for your role

I work in...

(/en-us/solutions-for-your-role/corporate-credit-risk)
**Corporate credit risk**

(/en-us/solutions-for-your-role/transfer-pricing)
**Tax and transfer pricing**

(/en-us/solutions-for-your-role/data-management)
**Data management**

(/en-us/solutions-for-your-role/business-development-and-strategy)
**Business development and strategy**

(/en-us/solutions-for-your-role/corporate-finance-and-ma-research)
**Corporate finance and M&A**

(/en-us/solutions-for-your-role/supplier-risk-management-and-procurement)
**Supplier risk and procurement**

(/en-us/solutions-for-your-role/compliance-and-financial-crime)
**Compliance and financial crime**

# Explore our solutions for your organization

I work in...

Bureau van Dijk has updated its privacy policy effective June 30, 2020. You can review the updated privacy policy (/en-us/privacy-notice) now.

GLOMAG-23653 0353

Bureau van Dijk | Private company information – Orbis

EXHIBIT 17

**Menu** (/en-us/solutions-
for-your-
organization/governn

(/en-us/solutions-
for-your-
organization/academ

(/en-us/solutions-
for-your-
organization/corpora

(/en-us/solutions-
for-your-
organization/financial

**Product
login**

**Government**

**Academia**

Free trial (/en-us/contact-us/free-trial)
**A corporate**

**A financial**

**institution**

(/en-us/solutions-
for-your-
organization/professi

services)
**Professional
services**

Bureau van Dijk has updated its privacy policy effective June 30, 2020. You can review the
updated privacy policy (/en-us/privacy-notice) now.

GLOMAG-23653 0354

7

8/13/2020                          Bureau van Dijk | Private company information – Orbis

                                                                        EXHIBIT 17

**Menu**

                                        **Product login**

Free trial (/en-us/contact-us/free-trial)

## Introducing:



# The data-driven decision engine and risk management platform

## New Compliance Catalyst

Our new, enhanced Compliance Catalyst is a complete rebuild of our popular risk platform. It's more scalable, faster and includes a range of modules so you can build your own solution.

Register for your demo or trial now.

**Learn more (/en-us/our-products/catalyst/compliance-catalyst)**

Bureau van Dijk has updated its privacy policy effective June 30, 2020. You can review the updated privacy policy (/en-us/privacy-notice) now.

GLOMAG-23653 0355

8/13/2020

Bureau van Dijk | Private company information – Orbis

EXHIBIT 17

Menu

 **Product login**

**Free trial (/en-us/contact-us/free-trial)**



# Orbis

Orbis is the world's most powerful comparable data resource on private companies with information on more than 375 million companies across the globe. Orbis captures and blends data from more than 160 different sources and treats it so it's standardized and comparable. Using Orbis you can be certain of a lot more.

**Find out more (/en-us/our-products/data/international/orbis)**

Bureau van Dijk has updated its privacy policy effective June 30, 2020. You can review the updated privacy policy (/en-us/privacy-notice) now.

GLOMAG-23653 0356

Bureau van Dijk | Private company information – Orbis

EXHIBIT 17



**Menu**

Product login

Free trial (/en-us/contact-us/free-trial)

# White papers

**White papers**

Our collection of white papers explores several key business challenges around research, data and risk mitigation. Many are concerned with the challenges of analyzing companies with complex ownership structures – the theme of beneficial ownership runs through much of our content.

They are developed with industry experts, and are free to download.



View all (/en-us/knowledge-base/white-papers)

Bureau van Dijk has updated its privacy policy effective June 30, 2020. You can review the updated privacy policy (/en-us/privacy-notice) now.

GLOMAG-23653 0357

10

Bureau van Dijk | Private company information – Orbis

**EXHIBIT 17**

**Menu**

                **Product login**

Free trial (/en-us/contact-us/free-trial)

# Bureau van Dijk for you

Certainty is a highly-prized commodity in business. Data might be getting bigger all the time, but this only makes extracting value from it more difficult.

In capturing and treating private company information we aim to give you more certainty – and help you make better decisions and work more efficiently.

Our solutions are designed to help different business challenges and streamline your workflow. Many of our customers blend our information with their own internal data to get a more complete picture of the companies in their ecosystem.

Try our more certain approach – **welcome to the business of certainty.**

**Find out more (/en-us/about-us)**

Bureau van Dijk has updated its privacy policy effective June 30, 2020. You can review the updated privacy policy (/en-us/privacy-notice) now.

GLOMAG-23653 0358

8/13/2020                    Bureau van Dijk | Private company information – Orbis

EXHIBIT 17

**Menu**

# Our latest blog articles



**Product login**

See our expertise on compiling and using free trial (/en-us/contact-us/free-trial)
company and business information.



**24 July 2020**

## Responding to market conditions

(/en-us/blog/data-management/responding-to-market-conditions)
Adapting to the effects of global events is a vital part of risk management

**Read more (/en-us/blog/data-management/responding-to-market-conditions)**

## Featured blog categories

## Latest articles

Compliance and financial crime (/en-us/blog/compliance-and-financial-
**09 July 2020**
**How artificial intelligence can help with credit risk decisions (/en-
us/blog/supplier-and-credit-risk-management/how-artificial-intelligence-can-
help-with-credit-risk-decisions)**

Bureau van Dijk has updated its privacy policy effective June 30, 2020. You can review the updated privacy policy (/en-us/privacy-notice).

corporate-finance-and-ma)

GLOMAG-23653 0359
https://www.bvdinfo.com/en-us/

12

EXHIBIT 17

16 Jun 2020 Supplier and credit risk (/en-us/blog/supplier-and-credit-risk-

Menu
What's driving digitization in onboarding, KYC and AML? (/en-
us/blog/compliance-and-financial-crime/whats-driving-digitization-in-
onboarding-kyc-and-aml)

Product login

Tax and transfer pricing (/en-us/blog/transfer-pricing)

Free trial (/en-us/contact-us/free-trial)

news and offers.

Register (/en-us/contact-us/keep-up-to-da

(/en-us)

Product login

🐦 (https://twitter.com/bureauvandijk)   in
(https://www.linkedin.com/company/bureau-van-
dijk_8162)   ▶
(https://www.youtube.com/user/Bureauvandijk)   f
(https://www.facebook.com/bvdinfo/)

Bureau van Dijk updated its privacy policy effective June 30, 2020. You can review the updated privacy policy (/en-us/privacy-notice) now.

United States  Privacy Policy (/en-us/privacy-notice) Cookies notice (/en-us/cookies-notice)

Sitemap (/en-us/sitemap)

GLOMAG-23653 0360

13

8/13/2020

Bureau van Dijk | Private company information -- Orbis

© Bureau van Dijk 2020 | Website by Sagittarius (http://sagittarius.agency/)

**Menu**

EXHIBIT 17



**Product login**

Free trial (/en-us/contact-us/free-trial)

Bureau van Dijk has updated its privacy policy effective June 30, 2020. You can review the updated privacy policy (/en-us/privacy-notice) now.

GLOMAG-23653 0361

14

EXHIBIT 18
A

# Global Reference Solution for Government

1.

When commercial awareness is government business
Through the Global Reference Solution (GRS) for Government
platform, analysts gain access to the Dun & Bradstreet Data Cloud,
the world's most comprehensive business data and analytics.



### 330+ Million Businesses

Access to over 50 fields of data on over 330 million global private and
public businesses



### Executive Contact Info

Daily updates to information on over 100 million decision-making
executives and employees across the globe



### Corporate Family Trees

Information on all direct and indirect subsidiaries of complete global
family trees

## Uncover relationships between individuals & businesses

Fundamental, mission-advancing insights can be derived by linking
business activity to individuals that operate and fund businesses. GRS
for Government provides job titles, contact information, photos, and

GLOMAG-23653 0362

chrome-distiller://ddh17ac0-faf8-4d10-9457-12b1f98406e3_156ec677cb1314f96a3455884c4bd7b9588bfd2d780e1ddcf87b6427f40f82d6/?title=Global

1

1/3

Global Reference Solution for Government - Reader Mode

EXHIBIT 18

biographies for key executives and directors, and in many cases helps to identify lower level personnel.



## Easy search interface & exporting functionality

Query the database using any single criterion or combination of search criteria including company name, industry classification, executive name, address (city, state, region, etc.). Easily create and export customized reports and search results into Microsoft Excel and Word, Adobe Acrobat, CSV, or HTML. Charts can be exported into PNG, PDF, and SVG formats.

## Enable iterative 'broad-to-narrow' research

Research work isn't always linear, which is why GRS for Government allows users to jump start research wherever it is convenient. A search may begin with a SIC Code industry search and reveal

GLOMAG-23653 0363

2

chrome-distiller://4db17ac0-faf8-4d10-9457-12b1f98406e3...156ec677cb1314f96a3455884c4bd7b9588bfd2d780e14dcf87b6427f40f82d6/?title=Global   2/3

12/15/2020    Global Reference Solution for Government - Reader Mode

EXHIBIT 18

meaningful location-specific trends discovered by radius searching
with zip code parameters, locating specific points on a map, or
creating custom geographic zones with the geo mapping feature.



•   Discover

GLOMAG-23653 0364

chrome-distiller://4db17ac0-faf8-4d10-9457-12b1f98406e3_156ec677cb1314f96a3455884c4bd7b9588bfd2d780e14dcf87b6427f40f82d6/?title=Global...   3/3

3

Exhibit 19 Withheld in Full

Bates: GLOMAG-23653 0365–0382

Exhibit 20 Withheld in Full

Bates: GLOMAG-23653 0383–0399

Exhibit 21 Withheld in Full

Bates: GLOMAG-23653 0400–0413