# EXHIBIT 13

# TIMELINE OF OFAC CORRESPONDENCE RELATING TO FOIA AND ADMINISTRATIVE RECORD



136942163