IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| DELYAN SLAVCHEV PEEVSKI, *et al.*, <br><br>    Plaintiffs, <br>  v. <br><br> JANET YELLEN, Secretary, <br> Department of the Treasury, *et al.*, <br><br>    Defendants. | No. 1:22−cv−02334−TSC |

**JOINT NOTICE REGARDING APPENDIX**

In cases involving judicial review of administrative agency actions, this Court's Local Rule 7(n)(2) states that a motion shall be accompanied by an appendix "prepared jointly by the parties and filed within 14 days following the final memorandum on the subject motion." The comment to Local Rule 7(n) provides that "[t]his rule is intended to assist the Court in cases involving a voluminous record (e.g., environmental impact statements) by providing the Court with copies of relevant portions of the record relied upon in any dispositive motion."

In this case, the Court already has the entire unclassified version of the Administrative Record ("AR") before it. On November 28, 2022, Defendants filed a certified list of the contents of the AR. ECF No. 22-2. In their notice of filing, Defendants informed the Court that they had "transmitted a redacted, unclassified version of the Administrative Record to Plaintiffs' counsel" the same day. ECF No. 22. On April 3, 2023, Plaintiffs filed a full version of the unclassified version of the AR as Exhibit 2 to their Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment, and in Support of Plaintiffs' Cross-Motion for Summary Judgment. ECF Nos. 31-2, 32-3.

Plaintiffs request that the appendix include the entirety of the unclassified version of the AR; Defendants do not oppose this approach. Since the Court already has at its disposal all materials the parties would include in the appendix, they respectfully suggest that the submission of a separately filed appendix would be duplicative. Should the Court request that the parties file an appendix, they will submit that promptly.

Dated: May 11, 2023                                    Respectfully submitted,

<div style="margin-left: 40%;">

*/s/ Kenneth J. Nunnenkamp*
Kenneth J. Nunnenkamp (Bar No. 420914)
Patrick A. Harvey (Bar No. 995570)
Amanda L. Salz (Bar No. 1671976)
1111 Pennsylvania Avenue NW
Washington, DC 20004
Tel: (202) 739-6000
Fax: (202) 739-6001
Email: kenneth.nunnenkamp@morganlewis.com
         patrick.harvey@morganlewis.com
         amanda.salz@morganlewis.com

*Counsel for Plaintiffs*


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Director

*/s/ Stephen M. Elliott*
STEPHEN M. ELLIOTT (PA Bar No. 203986)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 353-0889   Fax: (202) 616-8470
E-mail: stephen.m.elliott@usdoj.gov

*Counsel for Defendants*

</div>