IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DELYAN SLAVCHEV PEEVSKI, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JANET YELLEN, Secretary, Department of the Treasury, *et al.* <br><br> *Defendants*. | No. 1:22-cv-02334-TSC |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

Pursuant to Local Rule 83.6(b), please take notice that Patrick Harvey (Bar No. 995570) of Morgan, Lewis & Bockius LLP, 1111 Pennsylvania Avenue, NW, Washington, DC 20004-2541, withdraws his appearance as counsel for Plaintiffs Delyan Slavchev Peevski, Int Ltd EOOD, Intrust PLC EAD, BM Systems EAD, Int Invest EOOD, Inttrafik EOOD, and Real Estates Int Ltd EOOD, in connection with the above-captioned matter. Plaintiffs will continue to be represented by Kenneth J. Nunnenkamp of Morgan Lewis.

Respectfully submitted,

Dated: May 9, 2025

*s/ Patrick A. Harvey*
Kenneth J. Nunnenkamp (Bar No. 420914)
Patrick A. Harvey (Bar No. 995570)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC  20004
Telephone: 202.739.3000
kenneth.nunnenkamp@morganlewis.com
patrick.harvey@morganlewis.com

*Attorneys for Defendants*