# IN UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DELYAN SLAVCHEV PEEVSKI, *et al.*, | ) | |
| | ) | |
| Plaintiffs. | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-02334-TSC |
| | ) | |
| JANET YELLEN, Secretary, | ) | |
| Department of the Treasury, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF CHANGE OF ADDRESS

Pursuant to LCvR 83.15(c), attorney Kenneth J. Nunnenkamp hereby files this

Notice/Praecipe advising of a change of address:


From:

Kenneth J. Nunnenkamp
Morgan, Lewis, & Bockius LLP
1111 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 739-5618
kenneth.nunnenkamp@morganlewis.com

To:

Kenneth J. Nunnenkamp
Blank Rome LLP
1825 Eye St., NW
Washington, DC 20006
(202) 420-2729
kenneth.nunnenkamp@blankrome.com


Dated: November 13, 2025


Respectfully submitted,

Kenneth J. Nunnenkamp
(DC Bar No. 420914)
Blank Rome LLP
1825 Eye Street NW

Washington, DC 20006
(202) 420-2729
kenneth.nunnenkamp@blankrome.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2025, the foregoing document was electronically filed with the Clerk of the Court and served upon counsel of record through the Court's ECF filing system.

Date: November 13, 2025

Respectfully Submitted,

Kenneth J. Nunnenkamp
(DC Bar No. 420914)
Blank Rome LLP
1825 Eye Street NW
Washington, DC 20006
(202) 420-2729
kenneth.nunnenkamp@blankrome.com

*Attorney for Plaintiffs*